**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No._____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentees Received Notice:     February 28, 2017

Date of Expiration of Patent:

- U.S. Patent No. 6,967,208:    February 3, 2023[1]

- U.S. Patent No. 9,326,945:    February 24, 2031

Thirty-Month Stay Deadline:     June 28, 2020

---

[1] The expiration date for the '208 patent of February 3, 2023 is currently listed in the FDA's official publication of approved drugs (i.e., the Orange Book.) This patent is subject to pending terminal disclaimers, which once processed will result in a revised patent expiry of September 17, 2022. Patentee has filed an application for a patent term restoration which requests that the expiration date of '208 patent be revised to November 21, 2026.

| | |
|---|---|
| Dated: April 5, 2017 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Amy K. Wigmore | /s/ Michael J. Farnan |
| Gregory H. Lantier | Joseph J. Farnan, Jr. (Bar No. 100245) |
| Tracey C. Allen | Brian E. Farnan (Bar No. 4089) |
| Heather M. Petruzzi | Michael J. Farnan (Bar No. 5165) |
| Jeffrey T. Hantson | 919 N. Market Str., 12th Floor |
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmington, DE 19801 |
| 1875 Pennsylvania Ave, NW | Tel: (302) 777-0300 |
| Washington, DC 20006 | Fax: (302) 777-0301 |
| 202-663-6000 | farnan@farnanlaw.com |
| 202-663-6363 | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |

*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*