IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, AND PFIZER INC.<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA USA INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. 1:17-cv-00374-UNA<br>)<br>)<br>)<br>) |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Aurobindo Pharma USA Inc. hereby states that it is a publicly-held corporation. There is no parent corporation or any publicly held corporation owning 10% or more of Aurobindo Pharma USA Inc.'s stock.

Dated: June 21, 2017

                                                              Respectfully submitted,

                                                              CONNOLLY GALLAGHER LLP

                                                              /s/ *Arthur G. Connolly, III*
                                                              Arthur G. Connolly (#2667)
                                                              Connolly Gallagher LLP
                                                              The Brandywine Building
                                                               1000 West Street
                                                               Suite 1400

OF COUNSEL:                                       Wilmington, DE 19801
Steven J. Moore                                  (302) 888-6318
Withers Bergman LLP                        aconnolly@connollygallagher.com
1700 East Putnam Road
Old Greenwich, CT 06870-1366        *Attorneys for Defendant Aurobindo Pharma Inc.*
(203) 302-4069