IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, ) <br> AND PFIZER INC.                                        ) <br>                                                              ) <br>             Plaintiffs,     ) <br>                                                              ) <br>             v.                   ) <br>                                                              ) <br> AUROBINDO PHARMA USA, INC.,             ) <br>                                                              ) <br>             Defendant.    ) | C.A. No. 1:17-cv-000374-LPS |

**DEFENDANT'S RULE 26 INITIAL DISCLOSURES**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant Aurobindo Pharma USA Inc., through their undersigned attorneys, hereby provide the following initial disclosures in the above-captioned action:

**A.**    **Individuals Likely to Have Discoverable Information that Defendants May Use to Support Their Claims, Unless Solely for Impeachment.**

| | | |
|---|---|---|
| Mr. V. Naga Prasad <br><br> APL Research Centre, Sy. No. 313, Bachupally, Quthubullapur Mandal, Hyderabad-500090 Telangana, INDIA | President, <br><br> Formulation Research & Development [FRD] | Responsible for the Research & Development (R&D) activities relating to the Finished dosage form |

| | | |
|---|---|---|
| Mr. Nilesh Bhandari<br><br>APL Research Centre, Sy. No. 313, Bachupally, Quthubullapur Mandal, Hyderabad-500090 Telangana, INDIA | Principal Scientist,<br><br>Formulation Research & Development [FRD] | Responsible for the Research & Development (R&D) activities relating to the Finished dosage form |
| Dr. V. Sumathi Rao<br><br>APL Research Centre, Sy. No. 313, Bachupally, Quthubullapur Mandal, Hyderabad-500090 Telangana, INDIA | Vice President,<br><br>Formulation Analytical Research & Development [FARD] | Responsible for the Research & Development (R&D) activities relating to the Finished dosage form |
| Mr. D. Krishnama Chary<br>APL Research Centre, Sy. No. 313, Bachupally, Quthubullapur Mandal, Hyderabad-500090 Telangana, INDIA | Principal Scientist,<br><br>Formulation Analytical Research & Development [FARD] | Responsible for the Analytical R&D activities relating to the Finished dosage form |
| Mr. Roopak Sawhney<br><br>APL Research Centre, Sy. No. 313, Bachupally, Quthubullapur Mandal, Hyderabad-500090 Telangana, INDIA | Senior Vice President,<br><br>Regulatory Affairs Department [RAD] | Responsible for the ANDA filing related activities for the Finished Dosage form. |
| Dr. Bapuji A.T.<br><br>APL Research Centre, Sy. No. 313, Bachupally, Quthubullapur Mandal, Hyderabad-500090 Telangana, INDIA | Associate President,<br><br>Clinical Pharmacology Department [CPD] | Responsible for Bio-equivalence study for Finished dosage form |

| | | |
|---|---|---|
| Dr. V.K. Handa<br><br>APL Research Centre, Sy. No. 71&72, Indrakaran Village, Sangareddy Mandal, Medak District — 502329 Telangana, INDIA | President,<br><br>Chemical Research & Development [CRD] | Responsible for the chemical research and development of the API |
| Dr. Arnab Roy<br><br>APL Research Centre, Sy. No. 71&72, Indrakaran Village, Sangareddy Mandal, Medak District — 502329 Telangana, INDIA | Principal scientist,<br><br>Chemical Research & Development [CRD] | Responsible for the chemical research and development of the API |
| Dr. Hemant Kumar Sharma<br><br>APL Research Centre, Sy. No. 71&72, Indrakaran Village, Sangareddy Mandal, Medak District — 502329 Telangana, INDIA | Associate President,<br><br>Analytical Research & Development [ARD] | Responsible for the Analytical R&D activities relating to the Active Pharmaceutical Ingredient (API) |
| Mr. Prince Kumar Devadas<br><br>APL Research Centre, Sy. No. 71&72, Indrakaran Village, Sangareddy Mandal, Medak District — 502329 Telangana, INDIA | Senior Scientist,<br><br>Analytical Research & Development [ARD] | Responsible for the Analytical R&D activities relating to the Active Pharmaceutical Ingredient (API) |
| Mr. K. K. C. Dasarathi<br><br>APL Research Centre, Sy. No. 71&72, Indrakaran Village, Sangareddy Mandal, Medak District — 502329 Telangana, INDIA | General Manager,<br><br>Regulatory Affairs Department [RAD] | Responsible for the DMF filing related activities for API |

B. **Documents that Defendants May Use to Support Their Claims, Unless Solely for Impeachment.**

1. All documents cited in Aurobindo's notice letter regarding non-infringement and invalidity.

2. Documents regarding plaintiffs' NDA application for approval from the FDA;

3. Documents regarding alleged infringement and/or invalidity of the patents in suit;

4. Documents relating to the claims asserted by plaintiffs that are presently unknown to Defendant and relate to Plaintiff's assertions;

5. U.S. Patent No. 6,967,208 and documents related to its prosecution history. These documents can be obtained from the U.S. Patent and Trademark Office;

6. U. S Patent No. 9,326,845, and documents related to its prosecution history. These documents can be obtained from the U.S. Patent and Trademark Office;

7. Defendants' Notice pursuant to Section 505(j)(2)(B)(ii) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. Section 355) which is in Plaintiff's possession.; and

8. Expert reports (to be prepared during case).

C. **Damages**

There is no claim for damages at this time.

D. **Insurance Agreement**

Defendants are not aware of any relevant insurance agreements. To the extent Plaintiffs have any insurance agreement(s) to satisfy all or part of a judgment which may be entered in the action against them or to indemnify or reimburse for payments made to satisfy any judgment against them, Defendants expect that Plaintiffs will produce any such agreement(s) for inspection or copying as required by Fed. R. Civ. P. 26(a)(1)(A)(iv).

Case 1:17-cv-00374-LPS Document 16 Filed 10/27/17 Page 4 of 5 PageID #: 291
B. Documents that Defendants May Use to Support Their Claims, Unless Solely for

Dated: October 27, 2017

          Respectfully submitted,

          CONNOLLY GALLAGHER LLP

          /s/ *Arthur G. Connolly, III*_____
          Arthur G. Connolly (#2667)
          Connolly Gallagher LLP
          The Brandywine Building
          1000 West Street
          Suite 1400
OF COUNSEL:          Wilmington, DE 19801
Steven J. Moore          (302) 888-6318
Withers Bergman LLP          aconnolly@connollygallagher.com
1700 East Putnam Road
Old Greenwich, CT 06870-1366    *Attorneys for Defendants*
(203) 302-4069          *Aurobindo Pharm USA, Inc.*