

November 13, 2017

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    **Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.,
C.A. No. 17-cv-374-LPS**

Dear Chief Judge Stark:

      The parties in the above-referenced consolidated cases write to request the scheduling of a discovery teleconference.

      Counsel for the parties in these consolidated cases, including at least one Delaware Counsel and at least one Lead Counsel from the plaintiff and defendant groups,[1] participated in verbal meet-and-confers (by telephone) on the following dates: October 27, November 8, and November 10.

      The dispute requiring judicial attention is listed below:[2]

- Pursuant to Paragraph 4 of the Scheduling Order (D.I. 19), the parties have agreed to the terms of a proposed protective order that will govern discovery in these consolidated cases except in one respect. The parties have been unable to reach agreement about whether and how outside counsel of a Defendant may access the Competitively Sensitive Confidential Information of other Defendants.

---

[1] Because of the size of these consolidated cases, the meet-and-confers had many participants. Plaintiffs Bristol-Myers Squibb Co. and Pfizer Inc. were primarily represented by Lead Counsel Tracey Allen, Andrew Danford, and Timothy Cook and by Delaware Counsel Brian Farnan and Michael Farnan. Nearly all defendants were represented on the meet-and-confers, with David Abramowitz, Lead Counsel for defendants Torrent, Dr. Reddy's, and Zydus, and Delaware Counsel including Jack Phillips primarily representing the defendants' positions.

[2] Defendants Sandoz, Apotex, Micro Labs, Bionpharma, InvaGen, Indoco, Macleods, Hetero, Unichem, Emcure, Sunshine Lake, Wockhardt, Mylan, Prinston, Lupin, Aurobindo, Sigmapharm Torrent, Dr. Reddy's, and Zydus do not take any position with respect to the dispute above, and therefore, will not be advocating for the position advanced by Plaintiffs or Co-Defendants Impax and Sun.

                                      Respectfully submitted,

                                      /s/ Brian E. Farnan

                                      Brian E. Farnan

cc: Counsel of Record (Via E-Filing)