CONTAINS MPI CONFIDENTIAL INFORMATION—SUBJECT TO L.R. 26.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>AUROBINDO PHARMA USA INC.,<br><br>Defendant and Counterclaim-Plaintiff. | C.A. No. 17-374-LPS (CONSOLIDATED)<br><br>**FILED UNDER SEAL** |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant and Counterclaim-Plaintiff. | C.A. No. 17-379-LPS |

**PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO DEFENDANT MYLAN PHARMACEUTICALS INC. REGARDING VENUE-RELATED DISCOVERY**

TO:   Mylan Pharmaceuticals Inc., 781 Chestnut Ridge Road, Morgantown, WV 26505

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (collectively, "Plaintiffs") will take the deposition(s) upon oral examination of Defendant Mylan Pharmaceuticals Inc. ("MPI"), through one or more officers, directors, managing agents, or persons who consent to testify on their behalf with respect to the matters listed on Schedule A attached hereto.   The deposition will take place on March 7, 2018, beginning at 9:00 a.m., at the offices of Wilmer Cutler Pickering Hale and Dorr

**CONTAINS MPI CONFIDENTIAL INFORMATION—SUBJECT TO L.R. 26.2**

LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, or at such other location and time mutually agreeable to counsel, before a court reporter, notary public, or other person duly authorized by law to administer oaths and will continue from day-to-day until completed.

Plaintiffs request that MPI identify in writing at least one week in advance of the deposition the name(s) of the person(s) who will testify on their behalf and the subjects on which each person will testify.

The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording.

You are invited to attend and cross-examine.

Dated:  December 22, 2017

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Amy K. Wigmore (admitted *pro hac vice*)
Gregory H. Lantier (admitted *pro hac vice*)
Tracey C. Allen (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
Jeffrey T. Hantson (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
202-663-6000
202-663-6363

**CONTAINS MPI CONFIDENTIAL INFORMATION—SUBJECT TO L.R. 26.2**

        Andrew J. Danford (admitted *pro hac vice*)
        Timothy A. Cook (admitted *pro hac vice*)
        Kevin M. Yurkerwich (admitted *pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        617-526-6000
        617-526-5000

        *Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*

**CONTAINS MPI CONFIDENTIAL INFORMATION—SUBJECT TO L.R. 26.2**

## SCHEDULE A

### Definitions & Instruction

A. Plaintiffs incorporate by reference herein the definitions set forth in Plaintiffs' Venue-Related Interrogatories to Defendant Mylan Pharmaceuticals Inc.

B. All other terms shall have their ordinary meanings.

### Topics of Examination

1. Any Delaware property that any MPI Affiliate (whether or not incorporated in Delaware) controls or has an interest in, including short- or long-term leases or room/office reservations.

2. For any Delaware property that any MPI Affiliate controls or has an interest in, the accounting treatment for such property, including any allocation of costs for such property.

3. [REDACTED]

4. Any revenue or cost allocated to MPI for any sales or costs incurred in Delaware by any MPI Affiliate.

5. Payments made by MPI or any MPI Affiliate to any Delaware government entity or agency from April 1, 2014, to March 31, 2017, including, but not limited to, any license fees, and the reason(s) for each such payment.

6. Employees or agents of MPI or any MPI Affiliate who have worked in any capacity, including, but not limited to, permanently, part-time, or on secondment, at any physical location in Delaware, including, but not limited to, visitor office space, law firms, hospitals, or universities, and the nature, location, and duration of the work.

**CONTAINS MPI CONFIDENTIAL INFORMATION—SUBJECT TO L.R. 26.2**

7. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████

8. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████

9.  Advertisements or marketing statements about the presence of MPI or any MPI Affiliate or sales of MPI products in Delaware including, but not limited to, MPI's claim that "[i]n 2016, Mylan generics saved Delaware $74 million" as identified in Exhibit 1 of Plaintiffs' opposition letter brief (D.I. 48 in C.A. No. 17-379).