IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al. <br><br> Defendants. | C.A. No. 17-cv-374-LPS <br> (consolidated) <br><br>  <br><br> Public Version Filed 4/18/ 2018 |

## STIPULATION TO DISMISS A PATENT

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████

NOW THEREFORE, the parties hereby agree to dismiss all claims, counterclaims, and defenses relating to the '208 patent without prejudice. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: April 12, 2018 | Respectfully submitted, |
| FARNAN LLP | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (No. 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>Tel. (302) 472-7300<br>Fax: (302) 472-7301<br>dgattuso@hegh.law |
| *Attorneys for Plaintiffs* | *Attorneys for Sandoz* |

IT IS SO ORDERED this _____ day of April, 2018.

_____
The Honorable Leonard P. Stark