# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., </br></br> Plaintiffs and Counterclaim-Defendants, </br></br> v. </br></br> AUROBINDO PHARMA USA INC., </br></br> Defendant and Counterclaim-Plaintiff. | C.A. No. 1:17-cv-374-LPS </br> (Consolidated) |

## NOTICE OF CHANGE OF FIRM

Defendant Mylan Pharmaceuticals Inc. hereby gives notice that it attorney Deepro R. Mukerjee has changed firms. The contact information for this attorney is reflected below:

Deepro R. Mukerjee
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Ph: 212-940-8800
Fax: 212-940-8776
deepro.mukerjee@kattenlaw.com


Dated: May 1, 2018                STAMOULIS & WEINBLATT LLC

/s/    *Stamatios Stamoulis*
Stamatios Stamoulis (Bar No. 4606)
Richard C. Weinblatt (Bar No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Robert L. Florence
Michael L. Binns

Karen L. Carroll
Sharad K. Bijanki
PARKER POE ADAMS & BERNSTEIN LLP
1180 Peachtree Street, N.E.
Suite 3300
Atlanta, GA 30309
robertflorence@parkerpoe.com
michaelbinns@parkerpoe.com
karencarroll@parkerpoe.com
sharadbijanki@parkerpoe.com

Melanie Black Dubis
Christopher M. Thomas
Catherine R.L. Lawson
PARKER POE ADAMS & BERNSTEIN LLP
PNC Plaza
301 Fayetteville Street
Suite 1400
Raleigh, NC 27601

Katherine H. Graham
PARKER POE ADAMS & BERNSTEIN
Three Wells Fargo Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

Shannon M. Bloodworth
Brandon M. White
PERKINS COIE LLP
700 13th Street, NW, Suite 600
Washington, DC 20005
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com

*Counsel for Defendant Mylan Pharmaceuticals Inc*