# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., *et al.*, <br><br> Defendants. | C.A. No. 17-374-LPS <br> (Consolidated) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Thomas R. Burns of Rakoczy Molino Mazzochi Siwik LLP, 6 West Hubbard Street, Suite 500, Chicago, IL 60654, hereby withdraws his appearance as counsel for Sandoz Inc. All other attorneys involved in the case from Heyman Enerio Gattuso & Hirzel LLP and Rakoczy Molino Mazzochi Siwik LLP continue to represent Sandoz Inc.

OF COUNSEL:

William A. Rakoczy
Tara M. Raghavan
Elena Endrukaite
RAKOCZY MOLINO MAZZOCHI
   SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone: 312.222.7543
wrakoczy@rmmslegal.com
traghavan@rmmslegal.com
eendrukaite@rmmslegal.com

Dated: May 2, 2018

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (No. 3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Telephone: (308) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc*