# FARNAN LLP

May 4, 2018

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al., C.A. No. 17-cv-374-LPS (consolidated)

Dear Chief Judge Stark:

The parties in the above-referenced consolidated cases write to request the scheduling of a discovery teleconference.

Counsel for the parties in these consolidated cases, including at least one Delaware Counsel and at least one Lead Counsel from the plaintiff and defendant groups,[1] participated in a verbal meet-and-confer (by telephone) on April 30, 2018.

The dispute requiring judicial attention is listed below:

- Pursuant to Paragraph 8(g) of the Scheduling Order (D.I. 19), the parties have attempted to reach agreement on the terms of an amendment to the Scheduling Order that will address "limits for deposition discovery, including locations for depositions." The parties have been unable to reach agreement about the terms of this amendment. The parties intend to submit separate proposals for the Court's consideration.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Filing)

---

[1] Because of the size of these consolidated cases, the meet-and-confer had many participants. Plaintiffs Bristol-Myers Squibb Co. and Pfizer Inc. were represented by Lead Counsel Jeffrey Hantson and Timothy Cook and by Delaware Counsel Michael Farnan. Nearly all defendants were represented on the meet-and-confer, with David Abramowitz, Lead Counsel for defendants Dr. Reddy's and Zydus, primarily representing the defendants' positions with Delaware Counsel Jack Phillips and Stephanie O'Byrne.