# EXHIBIT A

*Exhibit A*                                                                                                    *Defendants' Proposal*

*Bristol-Myers Squibb Co. v. Aurobindo Pharma USA Inc.*,
C.A. No. 17-374-LPS (D. Del.) (consolidated)

**Addendum to Scheduling Order (D.I. 19) Paragraph 8(g)**

Fact Deposition Limits.  Unless otherwise agreed by the parties or ordered by the Court, with respect to oral and written discovery depositions of party and non-party fact witnesses (including depositions of Rule 30(b)(6) witnesses), the Defendants as a group may take up to 200 hours of depositions of the Plaintiffs' witnesses and the Plaintiffs as a group may take up to 30 hours of depositions of each Defendant Group's witnesses.  Each Defendant Group may take up to 10 additional hours of depositions of the Plaintiffs' witnesses.  A party's "witnesses," as used here, refers to officers, directors, current employees, former employees, and corporate affiliates. In addition, depositions of a party's third-party contractual affiliates (e.g., suppliers) shall also be charged against these limits.  Depositions of named inventors shall be limited to ten hours, unless the deponent is testifying in a non-English language and a translator is being used.  All other fact depositions shall be limited to one day of seven hours unless the deponent is testifying in a non-English language and a translator is being used.  If testimony is given in a non-English language, the deposition shall be limited to 20 hours of testimony for named inventors and 14 hours of testimony for non-inventor fact deponents but will count as one deposition.  Each witness may be deposed only once.  The time limits in this section apply regardless of whether the witness is being deposed in an individual capacity, as a 30(b)(6) designee, or both.  Unless excluded above, the limits discussed above do not apply to depositions of third parties subject to subpoenas issued under Fed. R. Civ. P. 45 or the Hague Convention.  Nothing contained in this section pertaining to third party contractual affiliates shall be construed as a party consenting to a deposition of said third party contractual affiliates or an agreement to accept notice of a deposition on behalf of said third party contractual affiliates.

Expert Deposition Limits.  The parties will meet and confer during expert discovery to determine the appropriate length for expert witness depositions.

Noticing and Scheduling of Individual Depositions.  A party seeking to depose a current or former employee of another party shall notify counsel for all parties of its intention to do so by email as soon as possible.  Once a party is on notice that a deposition of an individual is sought, they will make diligent efforts to determine the witness's availability and ability to travel, and will meet and confer with the party seeking the deposition no later than 21 days after receiving notice.  Only after the parties agree upon a date and location may the noticing party serve and file a notice of deposition pursuant to Federal Rule of Civil Procedure 30 or, if necessary, a subpoena pursuant to Federal Rule of Civil Procedure 45.  Depositions of third-parties who are not current or former employees of a party and depositions solely pursuant to Federal Rule of Civil Procedure 30(b)(6) are not subject to this procedure.

Noticing and Scheduling of Party 30(b)(6) Depositions.  Deposition notices pursuant to Federal Rule of Civil Procedure 30(b)(6) shall be served and filed according to the Federal Rules of Civil Procedure and this Court's local rules.  No later than 30 days after service of a 30(b)(6) deposition notice, the party receiving the notice shall serve (i) any objections to the noticed topics (including topics for which the noticed party will not produce a witness) and (ii) a notice identifying the designated witness(es) and, if more than one witness is being designated to testify

*Exhibit A* *Defendants' Proposal*

with respect to the noticed topics, the particular topics with respect to which each witness is being designated.

Location of Depositions.  The parties agree to meet and confer in good faith to determine a mutually agreeable location for depositions on a witness-by-witness basis[1].  For witnesses who are foreign nationals, the parties will meet and confer in good faith to determine a mutually agreeable location that balances the burdens on the witnesses and counsel taking into account the witnesses' location and ability to travel.

---

[1] Defendant Mylan Pharmaceuticals Inc. maintains that venue in Delaware is improper; and therefore, objects to this District as a proper location for depositions of its witnesses.