# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 17-379-LPS |

## MYLAN PHARMACEUTICALS INC.'S RENEWED MOTION TO DISMISS OR TRANSFER UNDER 28 U.S.C. § 1406(a) FOR IMPROPER VENUE

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a), Defendant Mylan Pharmaceuticals Inc. respectfully moves this Court for an order dismissing this action for improper venue. The grounds for this Motion are set forth in the accompanying Brief in support filed contemporaneously herewith.

Respectfully submitted, this 17th day of May, 2018.

    /s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
**STAMOULIS & WEINBLATT LLC**
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

OF COUNSEL:

Robert L. Florence
Micheal L. Binns
Karen L. Carroll
**PARKER POE ADAMS & BERNSTEIN LLP**
1180 Peachtree Street, N.E.
Suite 1800
Atlanta, GA 30309

Melanie Black Dubis
Christopher M. Thomas
Catherine R. L. Lawson
**PARKER POE ADAMS & BERNSTEIN LLP**
301 Fayetteville Street
Suite 1400
Raleigh, NC 27601

Katherine H. Graham
**PARKER POE ADAMS & BERNSTEIN LLP**
Three Wells Fargo Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

Brandon M. White
**PERKINS COIE LLP**
700 13th Street, NW, Suite 600
Washington, DC 20005
(202) 654-6204

*Attorneys for Mylan Pharmaceuticals Inc.*