IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS (CONSOLIDATED) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 12 of the Scheduling Order (D.I. 19), Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (collectively, "Plaintiffs") and Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. ("Aurobindo"); Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("DRL"); Impax Laboratories ("Impax"); Indoco Remedies Ltd. ("Indoco"); InvaGen Pharmaceuticals, Inc. ("InvaGen"); Mylan Pharmaceuticals Inc. ("Mylan"); Sandoz Inc. ("Sandoz"); Sigmapharm Laboratories, LLC ("Sigmapharm"); Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc. ("Sunshine Lake"); Unichem Laboratories Ltd. ("Unichem"); and Zydus Pharmaceuticals (USA) Inc. ("Zydus") (collectively, "Defendants") have met and conferred and present the following Joint Claim Construction Chart identifying terms/phrases of the claims of the patents-in-suit for construction, the parties' proposed constructions, and citations to the intrinsic evidence supporting their respective proposed constructions.

I.  **Claim Terms Requiring Construction by the Court.**

The parties' Joint Claim Construction Chart for U.S. Patent Nos. 6,967,208 (the "'208 Patent") and 9,326,945 (the "'945 Patent") is attached as Exhibit A (the "Chart"). The '208 Patent and '945 Patent are attached to the Chart as Exhibits 1 and 2, respectively, and the cited portions of the intrinsic record are attached to the Chart as Exhibits 3 through 13. The parties reserve their rights to present extrinsic evidence supporting these constructions during the claim construction process.

II. **All Other Claims Terms.**

The parties agree that all claim terms not addressed in Exhibit A shall have their plain meaning to a person of ordinary skill in the art.

Dated:  May 18, 2018                           Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | CONNOLLY GALLAGHER LLP |
| /s/ Brian E. Farnan | /s/ Arthur G. Connolly, III |
| Brian E. Farnan (Bar No. 4089) | Arthur G. Connolly, III (Bar No. 2667) |
| Michael J. Farnan (Bar No. 5165) | Brandywine Building |
| 919 N. Market Street, 12th Floor | 1000 North West Street, 14th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 777-0300 | Tel: (302) 757-7300 |
| Fax: (302) 777-0301 | aconnolly@connollygallagher.com |
| farnan@farnanlaw.com | |
| bfarnan@farnanlaw.com | *Counsel for Defendants Aurobindo Pharma* |
| mfarnan@farnanlaw.com | *USA Inc. and Aurobindo Pharma Ltd.* |
| | |
| *Counsel for Plaintiffs Bristol-Myers Squibb* | |
| *Company and Pfizer Inc.* | SMITH, KATZENSTEIN, & JENKINS LLP |
| | /s/ Eve H. Ormerod |
| | Neal C. Belgam (No. 2721) |
| | Eve H. Ormerod (No. 5369) |
| | The Brandywine Building |
| | 1000 West Street, Suite 1501 |
| | P.O. Box 410 |

Wilmington, DE 19899
Tel: 302-652-8400
Fax: 302-652-8405
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Counsel for Defendant InvaGen*
*Pharmaceuticals Inc.*

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis (Bar No. 4606)
Richard C. Weinblatt (Bar No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Defendant Mylan*
*Pharmaceuticals Inc.*

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Counsel for Defendants Sunshine Lake*
*Pharma Co., Ltd. and HEC Pharm USA Inc.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Counsel for Defendants Unichem Laboratories, Ltd., Impax Laboratories Inc., Sigmapharm Laboratories LLC, and Zydus Pharmaceuticals (USA) Inc.*

POTTER ANDERSON & CORROON, LLP

/s/ Stephanie E. O'Byrne
David Ellis Moore (#3983)
Bindu Palapura (#5370)
Stephanie E. O'Byrne (#4446)
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Counsel for Defendant Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc.*

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS

/s/ Sean M. Brennecke
Sean M. Brennecke (Bar No. 4686)
919 Market Street
Suite 1000
Wilmington, DE 19801
Tel: (302) 552-5518

– 5 –

Fax: (302) 552-5518
sbrennecke@klehr.com

*Counsel for Defendant Indoco Remedies Ltd.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
Tel: (302) 472-7311
Fax: (302) 472-7301
dgattuso@hegh.law

*Counsel for Defendant Sandoz Inc.*