

June 19, 2018

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

> Re:  **Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al., C.A. No. 17-cv-374-LPS (consolidated)**

Dear Chief Judge Stark:

The parties in *Bristol-Myers Squibb Co. v. Mylan Pharmaceuticals Inc.*, C.A. No. 17-379-LPS, jointly write to respectfully request that the hearing set for July 12, 2018 at 11:00 a.m. on Mylan Pharmaceuticals Inc.'s Renewed Motion to Dismiss or Transfer under 28 U.S.C. § 1406(a) for Improper Venue (D.I. 178) ("Motion") be rescheduled for the week of August 6, 2018, or anytime thereafter at the Court's convenience.

The parties make this request because multiple of Plaintiffs' lead counsel are travelling internationally from July 12-17, 2018, and because multiple of Defendant's lead counsel are scheduled to be at trial in the District of New Jersey during the weeks of July 23 and 30, 2018. *See* D.I. 479, *BTG Int'l Ltd. v. Actavis Laboratories FL, Inc.*, No. 2:15-cv-5909 (D.N.J. Apr. 27, 2018) (setting trial to begin on July 23, 2018).

If the Court is agreeable to rescheduling the hearing, Plaintiffs have agreed to extend the time for Defendant to file a reply in support of its Motion from June 21, 2018 to July 2, 2018.

The parties are available at the convenience of the Court to discuss this issue further.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Filing)