

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial:  (302) 472-7311
Email:  dgattuso@hegh.law

June 22, 2018

**VIA EM-ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

    Re:  *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*,
          C.A. No. 1:17-cv-374 (LPS) (Consolidated)

Dear Chief Judge Stark:

    Pursuant to Paragraph 11 of the Scheduling Order, Defendants in the above-referenced action hereby submit a USB drive containing their tutorial on the technology at issue in this action.

    If the Court experiences any difficulty in viewing the presentation on the USB drive, please let me know.

                            Respectfully submitted,

                            */s/ Dominick T. Gattuso*

                            Dominick T. Gattuso (# 3630)

Enclosure

cc:    Counsel of Record (via EM-ECF)