**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA USA INC. et al.,<br><br>Defendants. | C.A. No. 17-cv-374-LPS<br><br>(CONSOLIDATED) |

**PLAINTIFFS BRISTOL MYERS SQUIBB COMPANY AND PFIZER INC.'S**
**NOTICE OF DEPOSITION OF DR. WAYNE J. GENCK**

PLEASE TAKE NOTICE that Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., by and through their attorneys, will take the deposition of Dr. Wayne J. Genck, by oral examination. The deposition will occur on July 19, 2018, beginning at 9:00 A.M. EDT, at the offices of Greenblum & Bernstein, P.L.C., 1950 Roland Clarke Place, Reston, VA 20191.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized to administer oaths under the laws of the United States and shall continue from day to day until completed. This deposition will be recorded by stenographic and videographic means by Planet Depos LLC (888-433-3767 or scheduling@planetdepos.com), and may involve the use of interactive, real-time transcription.

You are invited to attend and participate.

| | |
|---|---|
| Dated:  July 10, 2018 | Respectfully submitted, |

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Amy K. Wigmore (admitted *pro hac vice*)
Gregory H. Lantier (admitted *pro hac vice*)
Tracey C. Allen (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
Jeffrey T. Hantson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Andrew J. Danford (admitted *pro hac vice*)
Timothy A. Cook (admitted *pro hac vice*)
Kevin M. Yurkerwich (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*