# PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN\*†¦\*\*
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON\*\*\*
MEGAN C. HANEY

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

ALSO MEMBER OF
\*PENNSYLVANIA BAR
\*\*NEW JERSEY BAR
¦MARYLAND BAR
†FLORIDA BAR

July 13, 2018

**VIA HAND DELIVERY & CM/ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*
             C.A. No. 17-374-LPS (Cons.)

Dear Judge Stark,

      The Markman hearing in the above multi-party case is currently scheduled for Tuesday, September 4, 2018 at 9:00 a.m. This is the day after Labor Day which will require numerous counsel to have to travel on Labor Day. I write on behalf of all parties to request that, if possible for Your Honor, the hearing be moved to either September 5 or 6, 2018. In an effort to help accommodate this request the parties would agree to a hearing of no more than two (2) hours. Further, Defendants believe that 90 minutes would be sufficient time for the hearing. Plaintiffs defer to the Court's judgment on the specific amount of time warranted. Thank you for your consideration.

                        Respectfully,

                        *John C. Phillips, Jr.*

                        JOHN C. PHILLIPS, JR. (#110)

cc:     All Counsel of Record (via email)