# FARNAN LLP

August 3, 2018

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

   Re: **Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al., C.A. No. 17-cv-374-LPS**

Dear Chief Judge Stark:

  Pursuant to paragraph 14 of the Court's November 2, 2017 Scheduling Order (D.I. 19), we write on behalf of all parties regarding the hearing on claim construction scheduled for September 6, 2018, at 4:30 P.M.

  Pursuant to the Court's July 18, 2018 Order (D.I. 232), the parties understand that each side will be allocated 45 minutes during the hearing. The parties will not seek leave to present testimony at the hearing.

            Respectfully submitted,

            /s/ Brian E. Farnan

            Brian E. Farnan

cc: Counsel of Record (Via E-Filing)