IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., | ) ) ) ) | |
| Plaintiffs and Counterclaim-Defendants, | ) ) | |
| v. | ) ) | C.A. No. 17-374-LPS |
| AUROBINDO PHARMA USA INC., et al., | ) ) ) | (CONSOLIDATED) |
| Defendants and Counterclaim-Plaintiffs. | ) ) | |

**DEFENDANTS' NOTICE OF DEPOSITION OF DONALD J. PINTO**

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to and in accordance with Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd., Indoco Remedies Ltd., Mylan Pharmaceuticals Inc., Sigmapharm Laboratories, LLC, and Zydus Pharmaceuticals (USA) Inc. (collectively, "Defendants"), by and through their counsel, will take the deposition upon oral examination of Donald J. Pinto, before a notary public or other officer authorized to administer oaths on September 17, 2018 at 9:00 a.m. (Eastern) and continuing from day-to-day thereafter until completed, at the offices of Farnan, LLP, 919 N. Market Street, 12th Floor, Wilmington, Delaware 19801, or at a place to be mutually agreed by counsel. The deposition will be stenographically recorded and videotape recorded, and will continue until completed.

You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | CONNOLLY GALLAGHER LLP |
| /s/ *Stamatios Stamoulis* <br> STAMATIOS STAMOULIS <br> RICHARD C. WEINBLATT <br> TWO FOX POINT CENTRE <br> 6 DENNY ROAD, SUITE 307 <br> WILMINGTON, DE 19809 <br> TEL: (302) 999-1540 <br> STAMOULIS@SWDELAW.COM <br> WEINBLATT@SWDELAW.COM <br><br> *COUNSEL FOR DEFENDANT MYLAN PHARMACEUTICALS INC.* | /s/ *Arthur G. Connolly, III* <br> ARTHUR G. CONNOLLY, III <br> BRANDYWINE BUILDING <br> 1000 NORTH WEST STREET, 14TH FLOOR <br> WILMINGTON, DE 19801 <br> TEL: (302) 757-7300 <br> ACONNOLLY@CONNOLLYGALLAGHER.COM <br><br> *COUNSEL FOR DEFENDANTS AUROBINDO PHARMA USA INC. AND AUROBINDO PHARMA LTD.* |
| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. <br><br> /s/ *David A. Bilson* <br> JOHN C. PHILLIPS, JR. <br> DAVID A. BILSON <br> PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. <br> 1200 NORTH BROOM STREET <br> WILMINGTON, DE 19806 <br> TEL: (302) 655-4200 <br> DAB@PGMHLAW.COM <br> JCP@PGMHLAW.COM <br><br> *COUNSEL FOR DEFENDANTS SIGMAPHARM LABORATORIES LLC, AND ZYDUS PHARMACEUTICALS (USA) INC.* | KLEHR, HARRISON, HARVEY, BRANZBURG LLP <br><br> /s/ *Sean M. Brennecke* <br> SEAN M. BRENNECKE <br> 919 MARKET STREET <br> SUITE 1000 <br> WILMINGTON, DE 19801 <br> TEL: (302) 552-5518 <br> FAX: (302) 552-5518 <br> SBRENNECKE@KLEHR.COM <br><br> *COUNSEL FOR DEFENDANT INDOCO REMEDIES LTD.* |

DATED: AUGUST 16, 2018