# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-374-LPS <br> (CONSOLIDATED) |

## THE USL DEFENDANTS' MOTION TO STRIKE ATWOOD ARTICLE

Defendants Unichem Laboratories Ltd., Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc. (collectively "the USL Defendants") hereby move to strike, exclude and otherwise preclude Bristol-Myers Squibb Company and Pfizer Inc. (collectively "Plaintiffs") from relying on the untimely and irrelevant Atwood Article and the portions of Plaintiffs' Responsive Claim Construction Brief that rely upon it (D.I. 243, pp. 23-24 and Ex. Q). The parties conferred about this issue via email correspondence on August 13, 14, 15, and 16 (*see* Ex. B to USL Defendants' letter brief, filed concurrently herewith) and by telephone on August 15, with participation by the following counsel:

> For Unichem Laboratories Ltd.:
> Delaware Counsel: John C. Phillips, Jr.
> Lead Counsel: P. Branko Pejic, Paul A. Braier
>
> For Bristol-Myers Squibb Company and Pfizer Inc.:
> Delaware Counsel: Brian E. Farnan
> Lead Counsel: Tracey C. Allen, Kevin S. Prussia, Andrew J. Danford

However, the parties were unable to reach agreement.

The bases for this motion are set forth in USL Defendants' letter brief filed concurrently herewith in accordance with section 10 of the Court's Scheduling Order (D.I. 19).

Dated: August 17, 2018

| OF COUNSEL: | Respectfully submitted, |
|---|---|
| Paul A. Braier<br>P. Branko Pejic<br>Michael J. Fink<br>Jill M. Browning<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191<br>Tel: (703) 716-1191<br>pbraier@gbpatent.com<br>bpejic@gbpatent.com<br>mfink@gbpatent.com<br>jbrowning@gbpatent.com<br><br>*Counsel For Defendant Unichem Laboratories, Ltd.* | */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>PHILLIPS GOLDMAN McLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>*Counsel For Defendant Unichem Laboratories, Ltd.* |
| Paul H. Kochanski<br>Maegan A. Fuller<br>LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>T: 908.518.6314<br>F: 908.654.7866<br>pkochanski@lernerdavid.com<br><br>*Counsel for Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.* | */s/ Karen L. Pascale*<br>Karen L. Pascale (#2903)<br>Robert M. Vrana (#5666)<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com<br><br>*Counsel for Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.* |