IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-374-LPS <br><br> (CONSOLIDATED) |

**DEFENDANTS' AMENDED
<u>NOTICE OF DEPOSITION OF CHARLES FROST</u>**

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to and in accordance with Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. ("Aurobindo"); Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("DRL"); Indoco Remedies Ltd. ("Indoco"); InvaGen Pharmaceuticals Inc. ("InvaGen"); Mylan Pharmaceuticals Inc. ("Mylan"); Sandoz Inc. ("Sandoz"); Sigmapharm Laboratories, LLC ("Sigmapharm"); Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc. ("Sunshine Lake"); Unichem Laboratories Ltd. ("Unichem"); and Zydus Pharmaceuticals (USA) Inc. ("Zydus") (collectively, "Defendants"), by and through their counsel, will take the deposition upon oral examination of Charles Frost, before a notary public or other officer authorized to administer oaths on September 27, 2018 at 9:00 a.m. (Eastern) and continuing from day-to-day thereafter until completed, at the offices of Wilmer Hale, 7 World Trade Center, 250 Greenwich Street,

New York, New York 10007.  The deposition will be stenographically recorded and videotape recorded, and will continue until completed.

You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| William A. Rakoczy<br>Tara M. Raghavan<br>Erin Forbes<br>RAKOCZY MOLINO MAZZOCHI<br>  SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>Telephone: 312.222.7543<br>wrakoczy@rmmslegal.com<br>traghavan@rmmslegal.com<br>eforbes@rmmslegal.com | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (No. 3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>Telephone: (308) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Sandoz Inc.* |

Dated:  September 21, 2018