# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>AUROBINDO PHARMA USA INC., et al.,<br><br>Defendant and Counterclaim-Plaintiff. | C.A. No. 17-374-LPS<br>(CONSOLIDATED) |

## PLAINTIFFS' NOTICE OF DEPOSITION TO SRIKANT PIMPLE

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (collectively, "Plaintiffs") will take the deposition upon oral examination of Srikant Pimple.  The deposition will take place on November 5, 2018, beginning at 9:00 a.m., at the offices of Farnan LLP, 919 N. Market St., 12th Floor, Wilmington, DE 19801—or at such other location and time mutually agreeable to counsel—before a court reporter, notary public, or other person duly authorized by law to administer oaths, and continuing from day to day until complete. This deposition will be recorded by stenographic and audiovisual means.

You are invited to attend and participate.

| | |
|---|---|
| Dated: September 27, 2018 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Amy K. Wigmore (admitted *pro hac vice*)<br>Gregory H. Lantier (admitted *pro hac vice*)<br>Tracey C. Allen (admitted *pro hac vice*)<br>Heather M. Petruzzi (admitted *pro hac vice*)<br>Christa J. Laser (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>202-663-6000<br>202-663-6363<br><br>Kevin S. Prussia   (admitted *pro hac vice*)<br>Andrew J. Danford (admitted *pro hac vice*)<br>Timothy A. Cook (admitted *pro hac vice*)<br>Kevin M. Yurkerwich (admitted *pro hac vice*)<br>Katherine P. Kieckhafer (admitted *pro hac vice*)<br>Annaleigh E. Curtis (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6000<br>617-526-5000<br><br>*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.* |