## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., | ) ) ) ) | |
| Plaintiffs and Counterclaim-Defendants, | ) ) ) | |
| v. | ) ) ) | C.A. No. 17-374-LPS (CONSOLIDATED) |
| AUROBINDO PHARMA USA INC., et al., | ) ) ) ) | |
| Defendant and Counterclaim-Plaintiff. | ) ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION TO GOVIND DAGDU SHINDE

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (collectively, "Plaintiffs") will take the deposition upon oral examination of Govind Dagdu Shinde.   The deposition will take place on October 29, 2018, beginning at 9:00 a.m., at the offices of Farnan LLP, 919 N. Market St., 12th Floor, Wilmington, DE 19801—or at such other location and time mutually agreeable to counsel—before a court reporter, notary public, or other person duly authorized by law to administer oaths, and continuing from day to day until complete. This deposition will be recorded by stenographic and audiovisual means.

You are invited to attend and participate.

Dated: September 28, 2018

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Amy K. Wigmore (admitted *pro hac vice*)
Gregory H. Lantier (admitted *pro hac vice*)
Tracey C. Allen (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
Christa J. Laser (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
202-663-6000
202-663-6363

Kevin S. Prussia   (admitted *pro hac vice*)
Andrew J. Danford (admitted *pro hac vice*)
Timothy A. Cook (admitted *pro hac vice*)
Kevin M. Yurkerwich (admitted *pro hac vice*)
Katherine P. Kieckhafer (admitted *pro hac vice*)
Annaleigh E. Curtis (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
617-526-5000

*Counsel for Plaintiffs Bristol-Myers Squibb*
*Company and Pfizer Inc.*