IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) C.A. No. 17-374-LPS ) (CONSOLIDATED) ) ) ) ) ) ) ) |

## ORDER

At Wilmington this **18th** day of **October, 2018**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the disputed terms in this case are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| "pharmaceutically acceptable salts" | "derivatives of the disclosed compounds wherein the parent compound is modified by making acid or base salts thereof, which are, within the scope of sound medical judgment, suitable for use in contact with the tissues of human beings and animals without excessive toxicity, irritation, allergic response, or other problem or complication, commensurate with a reasonable benefit/risk ratio" |
| "apaxiban particles have a $D_{90}$" | plain and ordinary meaning |

**IT IS FURTHER ORDERED** that Unichem's motion to strike (D.I. 258) is **DENIED**.

UNITED STATES DISTRICT COURT