# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., | ) ) ) | |
| Plaintiffs and Counterclaim-Defendants | ) ) ) | |
| v. | ) ) | C.A. No. 17-374-LPS (CONSOLIDATED) |
| AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., | ) ) ) ) | |
| Defendants and Counterclaim-Plaintiffs. | ) | |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 17-379-LPS |
| MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, this **18th** day of **October, 2018**:

For the reasons set forth in the Memorandum Opinion issued on this date,

**IT IS HEREBY ORDERED** that Defendant Mylan Pharmaceuticals Inc.'s Motion to Dismiss or Transfer Under 28 U.S.C. § 1406(a) for Improper Venue (C.A. No. 17-379 D.I. 178) is **GRANTED**. **IT IS FURTHER ORDERED** that the parties shall meet and confer and, no later than **October 22, 2018**, submit a joint status report and any necessary or requested order to implement today's decision.

_____
UNITED STATES DISTRICT JUDGE