

October 25, 2018

<u>Via E-Filing</u>
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

   Re: *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*,
     <u>C.A. No. 17-cv-374-LPS (consolidated)</u>

Dear Chief Judge Stark:

  The parties in *Bristol-Myers Squibb Co. v. Sigmapharm Laboratories, LLC*, C.A. No. 17-408-LPS, which is one of the cases in the above-referenced consolidated action, write to request the scheduling of a discovery teleconference.

  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following date: October 19, 2018.

  <u>Delaware Counsel</u>:  Michael J. Farnan (counsel for Bristol-Myers Squibb Co. and Pfizer Inc. ("Plaintiffs")); (Jack Phillips (counsel for Sigmapharm Laboratories, LLC ("Sigmapharm"))

  <u>Lead Counsel</u>:  Andrew Danford (counsel for Plaintiffs); Christa J. Laser (counsel for Plaintiffs); Philip Segrest (counsel for Sigmapharm)

  The disputes requiring judicial attention are listed below:

- Whether Sigmapharm should be required to produce unredacted versions of documents from which certain information was redacted for confidentiality reasons concerning certain manufacturing steps about which the parties disagree as to relevance.

                Respectfully submitted,

                /s/ Michael J. Farnan

                Michael J. Farnan

cc: Counsel of Record (Via E-Filing)