IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS (CONSOLIDATED) |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and Counterclaim-Plaintiff. | C.A. No. 17-cv-379-LPS |

## JOINT STATUS REPORT

Pursuant to the Court's October 18, 2018 Order (D.I. 383), Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (collectively, "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") have met and conferred and present the following joint status report regarding the Court's decision on Mylan's Motion to Dismiss or Transfer Under 28 U.S.C. § 1406(a) for Improper Venue.[1]

---

[1] The Court's October 18, 2018 Order (D.I. 383) directed the parties to file this joint status report by October 22, 2018. Due to an apparent technical error with the ECF system, the parties were unaware of the file associated with that Order until November 5, 2018. Upon learning of the full extent of the Court's Order, the parties promptly conferred and prepared this report.

Shortly after the Court's October 18, 2018 decision, the parties notified the court presiding over the second-filed action in the Northern District of West Virginia of their intention to proceed with that case. The parties agreed that the West Virginia case would be coordinated with the remaining cases in this District to the extent practicable. The West Virginia court held a status conference on October 30, 2018, and ordered that the parties proceed under the scheduling order adopted in this case (except for the pretrial conference and trial dates, which are after the corresponding dates in this District), use the deposition limits agreed to in this case (except for its location provision for depositions unique to Mylan), and operate according to the protective order entered in this case. *See* Order, D.I. 65, *Bristol-Myers Squibb Co. v. Mylan Pharms. Inc.*, No. 1:17-cv-55-IMK-RWT (N.D. W. Va. Oct. 31, 2018) (Exhibit A). The West Virginia court also adopted this Court's opinion and order on claim construction. *See id.*

In light of this Court's decision granting Mylan's motion to dismiss, the parties respectfully request that the Court enter the attached proposed order dismissing Plaintiffs' complaint against Mylan without prejudice (Exhibit B).

| | |
|---|---|
| Dated: November 9, 2018 | Respectfully submitted, |
| FARNAN LLP | STAMOULIS & WEINBLATT LLC |
| /s/ Brian E. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.* | /s/ Stamatios Stamoulis<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Tel: (302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Counsel for Defendant Mylan Pharmaceuticals Inc.* |