

November 14, 2018

<span style="font-variant:small-caps">Via E-Filing</span>
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

**Re: Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al., C.A. No. 17-cv-374-LPS (consolidated)**

Dear Chief Judge Stark:

Pursuant to the Court's November 7, 2018 Oral Order, Plaintiffs respectfully submit this letter informing the Court that the dispute between Plaintiffs and Unichem Laboratories (*see* D.I. 386) has been resolved. As a result, only the dispute between Plaintiffs and Sigmapharm Laboratories, LLC (*see* D.I. 395) will proceed at the November 30, 2018 discovery teleconference.

The parties are available at the Court's convenience should Your Honor wish to discuss this matter further.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Filing)