

November 26, 2018

**VIA E-FILING – FILED UNDER SEAL**
**CONTAINS COMPETITIVELY SENSITIVE INFORMATION OF SIGMAPHARM**
**SUBJECT TO PROTECTIVE ORDER**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    **Re:**   Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al., C.A. No. 17-cv-374-LPS (consolidated)

Dear Chief Judge Stark:

    Plaintiffs BMS and Pfizer respectfully submit this response to an argument in Defendant Sigmapharm's November 20, 2018 letter (D.I. 427) that was never raised in the parties' numerous discussions and correspondence concerning Sigmapharm's improper redactions. Specifically, Sigmapharm points to certain redactions within Plaintiffs' document production as implicit support for its own redactions. D.I. 427 at 3. As an initial matter, Sigmapharm provides no argument as to how the information redacted from Plaintiffs' documents is relevant to any issue in the case, but there is no doubt that information concerning the manufacture of Sigmapharm's ANDA product is relevant to whether that product infringes the asserted claims of the patents-in-suit. In any event, Plaintiffs' trade secret redactions were the unintended result of producing materials redacted as part of an earlier unrelated litigation, in which the protective order authorized certain trade secret redactions. Indeed, many of the redacted documents Sigmapharm identified in its letter were also produced by Plaintiffs in unredacted form in this case. To the extent there are any instances in which Sigmapharm has been unable to identify an unredacted version of one of these documents, Plaintiffs are willing to produce it without redactions.

    Plaintiffs appreciate the Court's consideration of this matter and would be happy to provide any additional information during the hearing scheduled for November 30 or otherwise.

                                              Respectfully submitted,

                                              /s/ Michael J. Farnan

                                              Michael J. Farnan

cc: Counsel of Record (Via E-Filing)