IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC.,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>        v.<br><br>AUROBINDO PHARMA USA INC., et al.,<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | C.A. No. 17-374-LPS<br>(CONSOLIDATED) |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION TO DISHA PATEL**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the District of Delaware, Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (collectively, "Plaintiffs") will take the deposition upon oral examination of Disha Patel.  The deposition will take place on December 11, 2018, beginning at 9:00 a.m., at the offices of Akin Gump's Philadelphia office: 2001 Market St #4100, Philadelphia, PA 19103 before a court reporter, notary public, or other person duly authorized by law to administer oaths, and continuing from day to day until complete. This deposition will be recorded by stenographic and audiovisual means.

You are invited to attend and participate.

This notice supersedes Plaintiffs' Notice of Deposition to Disha Patel served on September 27, 2018 (D.I. 328).

| | |
|---|---|
| Dated: December 6, 2018 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Amy K. Wigmore (admitted *pro hac vice*)<br>Gregory H. Lantier (admitted *pro hac vice*)<br>Tracey C. Allen (admitted *pro hac vice*)<br>Heather M. Petruzzi (admitted *pro hac vice*)<br>Christa J. Laser (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>202-663-6000<br>202-663-6363<br><br>Kevin S. Prussia   (admitted *pro hac vice*)<br>Andrew J. Danford (admitted *pro hac vice*)<br>Timothy A. Cook (admitted *pro hac vice*)<br>Kevin M. Yurkerwich (admitted *pro hac vice*)<br>Katherine P. Kieckhafer (admitted *pro hac vice*)<br>Annaleigh E. Curtis (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6000<br>617-526-5000<br><br>*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.* |