# PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN\*†\*\*
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON\*\*\*
MEGAN C. HANEY

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

ALSO MEMBER OF
\*PENNSYLVANIA BAR
\*\*NEW JERSEY BAR
†MARYLAND BAR
†FLORIDA BAR

February 19, 2019

**VIA CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

  Re: *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*,
    **C.A. No. 17-cv-374-LPS (consolidated)**

Dear Chief Judge Stark:

  Plaintiffs Bristol-Myers Squibb Co. and Pfizer Inc. and defendant Unichem Laboratories, Ltd. hereby withdraw without prejudice their request for a discovery dispute teleconference contained in their February 5, 2019 letter (D.I. 474).

            Respectfully submitted,

            */s/ John C. Phillips, Jr.*

            John C. Phillips, Jr. (#110)

cc: Counsel of Record (Via E-Filing)