IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. 17-cv-374-LPS (consolidated) |

**SUPPLEMENTAL NOTICE OF DEPOSITION OF
ALLAN S. MYERSON, PH.D.**

PLEASE TAKE NOTICE that, in accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure, Unichem Laboratories Ltd. ("Unichem") will take the testimony by deposition upon oral examination of Allan S. Myerson, Ph.D. in connection with the Reply Expert Report of Allan S. Myerson, Ph.D. Regarding Validity Issues Raised by Dr. Genck's Rebuttal Expert Report on Noninfringement of U.S. Patent No. 9,326,945 by Unichem Laboratories, Ltd.

The limited deposition will begin at 1:00 p.m. on July 22, 2019, or upon a date and time of mutual agreement between Plaintiffs and Unichem, at the offices of Wilmer Cutler Pickering Hale & Dorr LLP, 60 State Street, Boston, Massachusetts 02109. The deposition will be taken before a notary public or other officer authorized to administer oaths. The deposition will be recorded by videographic, stenographic, audio, audiovisual, and/or real time computer means. Parties may attend via telephonic means.

You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

Dated: July 17, 2019

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A Bilson (#4986)
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgmhlaw.com
dab@pgmhlaw.com

Paul A. Braier
P. Branko Pejic
Michael J. Fink
Jill M. Browning
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
Tel: (703) 716-1191
pbraier@gbpatent.com
bpejic@gbpatent.com
mfink@gbpatent.com
jbrowning@gbpatent.com

*Counsel for Defendant Unichem Laboratories, Ltd.*