IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-374-LPS (CONSOLIDATED) |
| AUROBINDO PHARMA USA INC. et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND ORDER

The parties in the above-identified action hereby agree, subject to the approval of the Court, that the following deadlines shall control the remainder of this action:

| Event | Deadline |
|---|---|
| Parties exchange lists of admitted facts, contested issues of fact, contested issues of law, and intended proofs for issues for which they bear the burden of proof; parties exchange their trial exhibit lists and provide copies of their proposed exhibits; parties exchange initial witness lists; Plaintiffs provide pretrial order shell with placeholders according to the sections set forth in the Court's Revised Final Pretrial Order – Patent form and required by this Court's Scheduling Order (D.I. 19). | September 4, 2019 |
| Parties exchange lists (identified by page and line) of testimony they intend to offer by deposition ("deposition designations"); Plaintiffs provide Defendants with a draft of the sections of the joint proposed pretrial order set forth in the Court's Revised Final Pretrial Order – Patent form that the parties are not separately exchanging (nature of the case, jurisdiction) | September 6, 2019 |

| Event | Deadline |
|---|---|
| Parties exchange rebuttal lists of statement of admitted facts, contested issues of fact, contested issues of law, and intended proofs; parties exchange rebuttal exhibit lists, and provide copies of proposed rebuttal exhibits; parties provide objections to opening exhibit list; parties exchange objections to deposition designations and provide counter-designations; Defendants provide Plaintiff with any proposed edits to the draft joint proposed pretrial order. | September 13, 2019 |
| Parties exchange objections to rebuttal exhibits and objections to counter- designations; parties exchange counter-counter deposition designations; parties exchange proposed motion *in limine* topics and, thereafter, meet and confer to determine which requests are agreed upon and which requests are contested. | September 18, 2019 |
| Parties exchange opening motions *in limine*, which are to be included (together with oppositions and replies) in the final joint proposed pretrial order; parties exchange objections to counter-counter deposition designations.<br><br>Consistent with this Court's Scheduling Order (D.I. 19 at ¶ 20), each side shall be limited to three (3) requests, and each *in limine* request may be supported by a maximum of three (3) pages of argument per request. | September 20, 2019 |
| Parties exchange oppositions to motions *in limine*, which are to be included in the final joint proposed pretrial order; parties exchange lists of miscellaneous issues and any unresolved objections to designated testimony and thereafter meet-and-confer concerning miscellaneous issues and unresolved objections to designated testimony.<br><br>Consistent with this Court's Scheduling Order (D.I. 19 at ¶ 20), each *in limine* request may be opposed by a maximum of three (3) pages of argument. | October 2, 2019 |
| Parties meet and confer on trial logistics to include in pretrial order, including, as required by this Court's Scheduling Order (D.I. 19 at ¶ 20) and the Court's Revised Final Pretrial Order – Patent form, the number of hours for trial presentations, process for impeachment, process for objections to scope of expert testimony, process for motions for judgment as a matter of law, and post-trial briefing; deadline for parties to meet and confer regarding designations or other miscellaneous issues concerning the pretrial order. | October 7, 2019 |

| Event | Deadline |
|---|---|
| Parties exchange replies in support of motions *in limine*, which are to be included in the final joint proposed pretrial order. Consistent with this Court's Scheduling Order (D.I. 19 at ¶ 20), each *in limine* request may be supported by a maximum of one (1) page of argument in reply. | October 9, 2019 |
| Parties file joint proposed pretrial order (including exhibit lists and objections, deposition designations and objections, and motion *in limine* briefing). | October 11, 2019 |
| Pretrial conference in *BMS v. Defendants*, 4:00 p.m. | October 22, 2019 |
| Trial in *BMS v. Defendants*, 9:00 a.m. (at least 5 court days) | October 31, 2019 |

Dated: August 2, 2019

FARNAN, LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*

Respectfully submitted,

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Brandywine Building
1000 North West Street, 14th Floor
Wilmington, DE 19801
Tel: (302) 757-7300
aconnolly@connollygallagher.com

*Counsel for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Counsel for Defendants Unichem Laboratories, Sigmapharm Laboratories LLC, and Zydus Pharmaceuticals (USA) Inc.*

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Counsel for Defendants Sunshine Lake Pharma Co. Ltd. and HEC Pharm USA Inc.*

IT IS SO ORDERED on this_____day of_____, 2019.

_____
The Honorable Leonard P. Stark