# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-374-LPS (Cons.) <br> ) <br> ) **REDACTED** <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) |

## DEFENDANT SIGMAPHARM LABORATORIES, LLC'S *DAUBERT* MOTION TO EXCLUDE CERTAIN EXPERTS

Defendant Sigmapharm Laboratories, LLC respectfully moves the Court to exclude the opinions and/or testimony of certain of Plaintiffs' expert witnesses pursuant to Fed. R. Evid. 702 and the principles set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), for the reasons set forth in the accompanying Opening Brief submitted contemporaneously herewith.

Pursuant to D. Del. LR 7.1.1, the undersigned counsel hereby certifies that a reasonable effort was made to reach agreement on the matters set forth in this motion, but agreement could not be reached.

Dated: August 7, 2019

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A Bilson (#4986)
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgmhlaw.com

dab@pgmhlaw.com

Marc R. Wezowski
Don J. Mizerk
Phillip D. Segrest, Jr.
Dustin L. Taylor
David A. Gerasimow
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois  60606
(312) 655-1500

*Counsel for Defendant Sigmapharm Laboratories, LLC*