IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-374-LPS (CONSOLIDATED) ) |
| AUROBINDO PHARMA USA INC. et al., | ) ) |
| Defendants. | ) ) ) |

## STIPULATION AND ORDER

The parties in the above-identified action hereby agree, subject to the approval of the Court, that the following deadlines shall control the parties' exchanges related to the Joint Pretrial Order. This schedule supersedes the schedule in the stipulation entered on August 8, 2019 (D.I. 558).

| Event | Deadline |
|---|---|
| Plaintiffs send Defendants proposed statement of admitted facts and drafts of Plaintiffs' contested issues of fact and contested issues of law; parties exchange intended proofs for issues for which they bear the burden of proof (i.e., L.R. 16.3(c)(8), (10) statements); parties exchange their trial exhibit lists; parties exchange initial witness lists; Plaintiffs provide pretrial order shell with placeholders according to the sections set forth in the Court's Revised Final Pretrial Order – Patent form and required by this Court's Scheduling Order (D.I. 19).<br><br>The parties' trial exhibit lists shall provide enough information to identify each document (e.g., a Bates range, deposition exhibit number, or expert report exhibit number), and the parties agree to provide a copy of any listed exhibit promptly upon request. | September 4, 2019 |

| Event | Deadline |
|---|---|
| Parties exchange lists (identified by page and line) of testimony they intend to offer by deposition ("deposition designations"); Plaintiffs provide Defendants with a draft of the sections of the joint proposed pretrial order set forth in the Court's Revised Final Pretrial Order – Patent form that the parties are not separately exchanging (nature of the case, jurisdiction) | September 6, 2019 |
| Defendants send Plaintiffs revisions to the statement of admitted facts and drafts of Defendants' contested issues of fact and contested issues of law; parties exchange intended proofs for issues for which they do not bear the burden of proof (i.e., L.R. 16.3(c)(9) statements); parties exchange rebuttal exhibit lists; parties provide objections to opening exhibit list; parties exchange objections to deposition designations and provide counter-designations; Defendants provide Plaintiff with any proposed edits to the draft joint proposed pretrial order.<br><br>The parties' rebuttal exhibit lists shall provide enough information to identify each document (e.g., a Bates range, deposition exhibit number, or expert report exhibit number), and the parties agree to provide a copy of any listed exhibit promptly upon request. | September 13, 2019 |
| Parties exchange objections to rebuttal exhibits and objections to counter-designations; parties exchange counter-counter deposition designations; parties exchange proposed motion *in limine* topics and, thereafter, meet and confer to determine which requests are agreed upon and which requests are contested. | September 18, 2019 |
| Parties exchange opening motions *in limine*, which are to be included (together with oppositions and replies) in the final joint proposed pretrial order; parties exchange objections to counter-counter deposition designations.<br><br>Consistent with this Court's Scheduling Order (D.I. 19 at ¶ 20), each side shall be limited to three (3) requests, and each *in limine* request may be supported by a maximum of three (3) pages of argument per request. | September 20, 2019 |
| Plaintiffs send Defendants a proposed joint exhibit list. | September 23, 2019 |
| Defendants send Plaintiffs a final joint exhibit list. | September 26, 2019 |
| Parties exchange final exhibit lists and copies of all exhibits on their exhibit lists; Plaintiffs send Defendants copies of all joint exhibits. | September 30, 2019 |

| Event | Deadline |
|---|---|
| Parties exchange oppositions to motions *in limine*, which are to be included in the final joint proposed pretrial order; parties exchange lists of miscellaneous issues and any unresolved objections to designated testimony and thereafter meet-and-confer concerning miscellaneous issues and unresolved objections to designated testimony.<br><br>Consistent with this Court's Scheduling Order (D.I. 19 at ¶ 20), each *in limine* request may be opposed by a maximum of three (3) pages of argument. | October 2, 2019 |
| Parties meet and confer on trial logistics to include in pretrial order, including, as required by this Court's Scheduling Order (D.I. 19 at ¶ 20) and the Court's Revised Final Pretrial Order – Patent form, the number of hours for trial presentations, process for impeachment, process for objections to scope of expert testimony, process for motions for judgment as a matter of law, and post-trial briefing; deadline for parties to meet and confer regarding designations or other miscellaneous issues concerning the pretrial order. | October 7, 2019 |
| Parties exchange replies in support of motions *in limine*, which are to be included in the final joint proposed pretrial order.<br><br>Consistent with this Court's Scheduling Order (D.I. 19 at ¶ 20), each *in limine* request may be supported by a maximum of one (1) page of argument in reply. | October 9, 2019 |
| Parties file joint proposed pretrial order (including exhibit lists and objections, deposition designations and objections, and motion *in limine* briefing). | October 11, 2019 |

| | |
|---|---|
| Dated: August 23, 2019 | Respectfully submitted, |
| FARNAN, LLP | CONNOLLY GALLAGHER LLP |
| */s/ Brian E. Farnan* <br> Joseph J. Farnan, Jr. (Bar No. 100245) <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> farnan@farnanlaw.com <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.* | */s/ Arthur G. Connolly, III* <br> Arthur G. Connolly, III (#2667) <br> Brandywine Building <br> 1000 North West Street, 14th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 757-7300 <br> aconnolly@connollygallagher.com <br><br> *Counsel for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.* |
| | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. <br><br> /s/ David A. Bilson <br> John C. Phillips, Jr. (#110) <br> David A. Bilson (#4986) <br> Phillips, Goldman, McLaughlin & Hall, P.A. <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> Tel: (302) 655-4200 <br> jcp@pgmhlaw.com <br> dab@pgmhlaw.com <br><br> *Counsel for Defendants Unichem Laboratories, Sigmapharm Laboratories LLC, and Zydus Pharmaceuticals (USA) Inc.* |

4

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Counsel for Defendants Sunshine Lake Pharma Co. Ltd. and HEC Pharm USA Inc.*

IT IS SO ORDERED on this _____ day of _____, 2019.

_____

The Honorable Leonard P. Stark