# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | ) ) ) ) C.A. 17-cv-374-LPS ) ) (Consolidated) ) ) ) ) ) ) |
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. AND AUROBINDO PHARMA LTD., <br><br> Defendants. | ) ) ) ) C.A. 17-cv-374-LPS ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4.  This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5.  This Stipulation and Order shall finally resolve the Action between the parties.

Dated:  August 26, 2019

FARNAN LLP

*/s/ Michael J. Farnan*
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly*
Arthur G. Connolly (Bar No. 2667)
1201 Market Street
20th Floor
Wilmington, DE 19801
Tel: (302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Defendants*


IT IS SO ORDERED this _____ day of _____, 2019.


_____
The Honorable Leonard P. Stark