IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS (CONSOLIDATED) |

## DECLARATION OF KATHERINE KIECKHAFER

I, Katherine P. Kieckhafer, declare as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Bristol-Myers Squibb Co. and Pfizer Inc. (collectively, "Plaintiffs") in the above-captioned action. I am a member in good standing of the Bar of the State of Massachusetts, and I am admitted to appear before this Court *pro hac vice*. I respectfully submit this declaration in support of Plaintiffs' Reply Brief in Support of Plaintiffs' *Daubert* Motion to Preclude a Portion of the Testimony of Mark Sacchetti, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Excerpts of the Deposition of Mark Sacchetti, Ph.D., taken on July 9, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Excerpts of the Opening Expert Report of Dr. Eric Munson, Feb. 21, 2019.

– 2 –

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2019, at Boston, Massachusetts.

_____
Katherine P. Kieckhafer