# EXHIBIT 1

**REDACTED**

# EXHIBIT 2

**REDACTED**