**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS <br> (CONSOLIDATED) |

**STATUS REPORT REGARDING POST-TRIAL BRIEFING**

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (together, "Plaintiffs") and Defendants Sigmapharm Laboratories, LLC; Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.; and Unichem Laboratories Ltd. (together, "Defendants"; each group individually, a "Defendant") submit this proposal regarding post-trial briefing in response to the Court's November 13, 2019 oral order.

The parties continue to believe that the post-trial briefing schedule submitted with the proposed pretrial order (D.I. 672, ¶¶ 55-59) is appropriate. Under that proposal:

- Opening post-trial briefs shall be due on **December 20, 2019**. In their opening post-trial briefs, Plaintiffs shall address infringement (25 pages for each Defendant) and Defendants shall address invalidity (40 pages total).

- Responsive post-trial briefs shall be due on **February 7, 2020**. Plaintiffs shall address validity (40 pages total) and each Defendant shall address infringement (25 pages for each Defendant).

– 2 –

- Reply post-trial briefs shall be due on **March 6, 2020**.  Plaintiffs shall address infringement (15 pages for each Defendant) and Defendants shall address validity (15 pages total).

Plaintiffs and Defendants shall also provide proposed findings of fact, separately stated in numbered paragraphs, constituting a detailed listing of the relevant material facts the party believes it has proven, in a simple narrative form, along with citations to the record.   With their opening post-trial briefs on **December 20, 2019**, Plaintiffs shall submit proposed findings of fact on infringement (up to 20 pages per Defendant) and Defendants shall submit proposed findings of fact on invalidity (up to 50 pages total).   With their responsive post-trial briefs on **February 7, 2020**, Plaintiffs shall submit proposed findings of fact on validity (up to 50 pages total) and Defendants shall submit proposed findings of fact on non-infringement (up to 20 pages per Defendant).   No separate Conclusions of Law shall be filed.

| | |
|---|---|
| Dated:   November 15, 2019 | Respectfully submitted, |
| FARNAN LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| /s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.* | /s/ Karen L. Pascale<br>Karen L. Pascale (#2903)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com<br><br>*Counsel for Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.* |

– 3 –

        PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

        /s/ John C. Phillips, Jr.
        John C. Phillips, Jr. (Bar No. 110)
        David A. Bilson (Bar No. 4986)
        Phillips, Goldman, McLaughlin & Hall, P.A.
        1200 North Broom Street
        Wilmington, DE 19806
        Tel: (302) 655-4200
        jcp@pgmhlaw.com
        dab@pgmhlaw.com

        *Counsel for Defendants Unichem Laboratories, Ltd. and Sigmapharm Laboratories LLC*