**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants. | C.A. No. 17-cv-374-LPS (CONSOLIDATED) |

**PLAINTIFFS' PROPOSED FINDINGS OF FACT**
**ON SIGMAPHARM LABORATORIES, LLC'S INFRINGEMENT**

Dated: December 20, 2019

*Of Counsel:*

William F. Lee (admitted *pro hac vice*)
Kevin S. Prussia (admitted *pro hac vice*)
Andrew J. Danford (admitted *pro hac vice*)
Timothy A. Cook (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amy K. Wigmore (admitted *pro hac vice*)
William G. McElwain (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*

# TABLE OF CONTENTS

I. Background ...................................................................................................1

II. The '208 Patent ............................................................................................2

    A. Asserted Claims 13 and 104 ................................................................2

    B. Level of Ordinary Skill in the Art.........................................................2

    C. Sigmapharm Infringes the Asserted Claims of the '208 Patent..........3

        1. Sigmapharm's ANDA Products Will Infringe Claim 13 ..........3

        2. Sigmapharm's ANDA Products Will Infringe Claim 104....................................................................................6

        3. Sigmapharm's Proposed Manufacturing Process Will Infringe Claim 104 ..................................................................6

III. The '945 Patent ............................................................................................7

    A. Asserted Claims 21 and 22 ..................................................................7

    B. Claim Construction ..............................................................................8

    C. Level of Ordinary Skill in the Art.........................................................8

    D. Sigmapharm Infringes the Asserted Claims of the '945 Patent..........9

        1. Common Technical Background ................................................9

        2. Solid-State Nuclear Magnetic Resonance (SSNMR) .............12

        3. Sigmapharm's ANDA Products Comprise Crystalline Apixaban Particles .................................................................13

        4. The Particle Size Limitation Is Satisfied ................................19

    E. Conclusion ........................................................................................20

## TABLE OF ABBREVIATIONS

| Abbreviation | Description |
|---|---|
| '208 Patent | U.S. Patent No. 6,967,208 (JTX-1) |
| '945 Patent | U.S. Patent No. 9,326,945 (JTX-2) |
| ANDA | Abbreviated New Drug Application |
| Asserted Claims | For the '208 Patent, claims 13 and 104.<br>For the '945 Patent, claims 21 and 22. |
| FDA | United States Food and Drug Administration |
| BMS | Bristol-Myers Squibb Co. |
| Pfizer | Pfizer, Inc. |
| Plaintiffs | BMS and Pfizer |
| Sigmapharm | Sigmapharm Laboratories, LLC |
| Sunshine Lake | Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc. |
| Unichem | Unichem Laboratories, Ltd. |
| Defendants | Sigmapharm, Sunshine Lake, and Unichem |
| UF | Uncontested Facts (D.I. 672, Ex. 1) |
| POSA | Person of ordinary skill in the art.  For the '208 Patent, a POSA would have the characteristics described at UF ¶ 20 as of September 21, 2001; for the '945 Patent, a POSA would have the characteristics described at UF ¶ 31 as of February 24, 2011. |
| CoC | Certificate of Correction |
| XRPD | X-ray Powder Diffraction |
| SSNMR | Solid-State Nuclear Magnetic Resonance |
| USP | United States Pharmacopeia |

## I.    Background

1.      Eliquis® is an FDA-approved anticoagulant indicated to treat and reduce the risk of certain cardiovascular disorders.  Tr. 1281:13-1286:24 (Kowey); UF ¶¶ 35, 41-43; PTX-325.4.

2.      Apixaban is the active ingredient in Eliquis®.  UF ¶ 35.  The chemical name for apixaban is 1-(4-methoxyphenyl)-7-oxo-6-[4-(2-oxo-1-piperidinyl)phenyl]-4,5,6,7-tetrahydro-1H-pyrazolo-[3,4-c]pyridine-3-carboxamide.  UF ¶ 36.  The chemical structure for apixaban is:



.  UF ¶ 37.

3.      These consolidated cases concern U.S. Patent Nos. 6,967,208 and 9,326,945, both of which are listed in the FDA's *Orange Book* in connection with Eliquis®.  UF ¶ 51.

4.      BMS owns the '208 Patent.  UF ¶ 13.  The '208 Patent's priority date is no later than September 21, 2001, UF ¶ 19, and the patent will expire November 21, 2026, UF ¶ 15.

5.      BMS and Pfizer jointly own the '945 Patent.  UF ¶ 26.  The '945 Patent's priority date is no later than February 24, 2011, UF ¶ 30, and it will expire February 24, 2031, UF ¶ 27.

6.      Sigmapharm submitted ANDA No. 210053 ("Sigmapharm's ANDA") to the FDA seeking approval to engage in the commercial manufacture, use, or sale of apixaban oral tablets, 2.5 mg and 5 mg.  UF ¶ 54.  Sigmapharm's ANDA contained certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) for both the '208 and '945 Patents.  *Id.*  "Sigmapharm's ANDA products" refers to the apixaban oral tablets that are the subject of Sigmapharm's ANDA.

7.      Sigmapharm contests infringement of both the '208 Patent and the '945 Patent.

– 1 –

## II.    The '208 Patent

### A.    Asserted Claims 13 and 104

8.    Claims 13 and 104 of the '208 Patent are asserted against Sigmapharm.  UF ¶ 16.

9.    Claim 13 recites:

A compound according to claim 8, wherein the compound is:

1-(4-methoxyphenyl)-7-oxo-6-[4-(2-oxo-1-piperidinyl)phenyl]-4,5,6,7-tetrahydro-1H-pyrazolo[3,4- c]pyridine-3-carboxamide

or a pharmaceutically acceptable salt form thereof.

'208 Patent (JTX-1) at 269:1-6 & Dec. 2, 2008 CoC.  That is, claim 13 recites apixaban or a pharmaceutically acceptable salt form thereof.  Tr. 279:14-18 (MacMillan).

10.    Non-asserted claim 8, from which claim 13 depends, recites "[a] compound according to claim 1, wherein the compound is selected from" among 41 chemical compounds, "or a pharmaceutically acceptable salt form thereof."  '208 Patent (JTX-1) at 265:39-268:41 & Dec. 2, 2008 CoC.  Apixaban is one of the 41 listed compounds (i.e., "1-(4-methoxyphenyl)-7-oxo-6-[4-(2-oxo-1-piperidinyl)phenyl]-4,5,6,7- tetrahydro-1H-pyrazolo-[3,4-c]pyridine-3-carboxamide").  Tr. 280:18-281:14 (MacMillan).  Non-asserted claim 1, from which claim 8 depends, recites a generic structure that includes many chemical compounds, one of which is apixaban.  Tr. 281:15-283:7 (MacMillan); PDX-4.9 & 4.10.

11.    Claim 104 recites:

A compound according to claim 13, which is a crystalline compound.

'208 Patent (JTX-1) at Dec. 2, 2008 & Sept. 11, 2018 CoC.  In other words, claim 104 recites crystalline apixaban.  Tr. 279:14-18 (MacMillan).

### B.    Level of Ordinary Skill in the Art

12.    Plaintiffs' experts opined that a POSA for the '208 Patent is:

– 2 –

> A professional with a graduate degree in organic chemistry, pharmaceutical chemistry, or an equivalent discipline, with experience in the synthesis, purification, and design of pharmaceutical compounds and derivatives thereof as of the date of the claimed inventions.  A POSA would have worked with a team of professionals with training in related disciplines, such as pharmacology, pharmacokinetics, metabolism, toxicology, formulation, or clinical medicine as of the date of the claimed inventions.  UF ¶ 20.

13.  Defendants' experts offered a similar POSA definition.  UF ¶ 21.  The parties agree that "[t]he opinions offered by each side's experts as to the validity and infringement of the '208 patent do not change based on which of the two definitions … is applied."  UF ¶ 22.

## C.  Sigmapharm Infringes the Asserted Claims of the '208 Patent

### 1.  Sigmapharm's ANDA Products Will Infringe Claim 13

14.  Sigmapharm's ANDA Products will contain 2.5 mg or 5 mg of apixaban.  UF ¶ 57.  Therefore, Sigmapharm's ANDA Products will literally meet the limitation of claim 13 of the '208 Patent that refers to apixaban by chemical name.  Non-asserted claim 8 expressly recites apixaban, Tr. 712:2-9 (Heathcock); thus, the only dispute is whether apixaban is "[a] compound according to claim 1," which is the preamble to claim 8.  Tr. 712:13-19 (Heathcock).

15.  Apixaban satisfies each limitation of claim 1.  Tr. 281:15-283:7 (MacMillan), 1627:5-1631:25 (MacMillan Rebuttal).  Sigmapharm disputes that apixaban satisfies four limitations in claim 1:  rings M, E, A, and Q.  Tr. 714:19-21 (Heathcock).

16.  Claim 1's ring M limitation recites:

> ring M, including $P_1$, $P_2$, $M_1$, and $M_2$ *is substituted with* 0-2 $R^{1a}$ and is

'208 Patent (JTX-1) at 237:12-24 & Dec. 2, 2008 CoC (emphasis added). Claim 1's $R^{1a}$

limitation begins: "$R^{1a}$, at each occurrence, is selected from H, —$(CR^3R^{3a})_r$—$R^{1b}$, …" '208

Patent (JTX-1) at 238:62-63.

17.     A POSA would have understood that four hydrogens are present on the chemical

structure shown in the ring M limitation. Tr. 715:23-716:1 (Heathcock). Ring M in apixaban

contains the same four hydrogens. Tr. 284:1-285:6, 285:22-286:21 (MacMillan), 689:9-18

(Heathcock). A POSA therefore would have understood that Ring M in apixaban is substituted

with zero $R^{1a}$ groups because there is no difference in the $R^{1a}$ groups between the chemical

structure for Ring M recited in the claim and as Ring M appears in apixaban. Tr. 286:10-17

(MacMillan), 1628:8-23 (MacMillan Rebuttal).

18.     Claim 1's ring E limitation, as relevant to apixaban, recites:

> E is selected from phenyl, pyridyl, pyrimidyl, pyrazinyl, and
> pyridazinyl, and ***is substituted with*** 1-2 R;

'208 Patent (JTX-1) at 237:36-61 (emphasis added). Claim 1's R limitation begins: "R is

selected from H, $C_{1-4}$ alkyl, F, Cl, Br, I, OH, $OCH_3$, …." *Id.* at 238:5.

19.     In apixaban, Ring E is a phenyl ring. Tr. 1630:22-1631:4 (MacMillan Rebuttal).

Because carbon atoms typically form four bonds, Tr. 284:1-285:1 (MacMillan), a POSA would

have understood the phenyl ring at ring E to begin with five hydrogens, Tr. 1630:22-1631:4

(MacMillan Rebuttal). Ring E in apixaban contains four hydrogens and one methoxy group (i.e.,

$OCH_3$). Tr. 1630:14-1631:4 (MacMillan Rebuttal), 690:22-691:7 (Heathcock). A POSA

therefore would have understood ring E in apixaban to be substituted with one R group (i.e., the

methoxy group that is substituted for one of the five hydrogen atoms in the phenyl structure

recited in claim 1). Tr. 1631:5-10 (MacMillan Rebuttal); *see* Tr. 281:15-288:20 (MacMillan).

20.     Claim 1's ring A limitation recites:

– 4 –

A is selected from:

C$_{3-10}$ carbocycle **substituted with** 0-2 R$^4$,

'208 Patent (JTX-1) at 238:20-21 (emphasis added).  Claim 1's R$^4$ limitation begins: "R$^4$, at each occurrence, is selected from H, $=$O, ...." *Id.* at 240:47-48.

21.     In apixaban, Ring A is a phenyl ring.  Tr. 1629:6-14 (MacMillan Rebuttal). Because carbon atoms typically form four bonds, Tr. 284:20-21 (MacMillan), a POSA would have understood the phenyl ring at Ring A to begin with four hydrogens, Tr. 1629:6-14 (MacMillan Rebuttal).  Ring A in apixaban contains the same four hydrogens.  Tr. 1629:5-20 (MacMillan Rebuttal), 691:22-24 (Heathcock).  A POSA therefore would have understood Ring A in apixaban to be substituted with zero R$^4$ groups because there is no difference in the R$^4$ groups between the chemical structure for Ring A recited in the claim and as Ring A appears in apixaban.  Tr. 1629:5-20 (MacMillan Rebuttal); *see* Tr. 281:15-288:20 (MacMillan).

22.     Claim 1's ring Q limitation recites:

ring Q is a 6 membered monocyclic ring, wherein 0 double bond is
present within the ring and the ring **is substituted with** 0-2 R$^{4a}$;

'208 Patent (JTX-1) at 238:22-37& Dec. 2, 2008 CoC (emphasis added).  Claim 1's R$^{4a}$ limitation begins: "R$^{4a}$, at each occurrence, is selected from H, $=$O, (CR$^3$R$^{3a}$)$_r$OR$^2$, ...." *Id.* at 240:65-66.

23.     In apixaban and in claim 1, Ring Q is a six-membered monocycle.  Tr. 1630:1-7 (MacMillan Rebuttal).  Because carbon atoms typically form four bonds, Tr. 284:20-21 (MacMillan), a POSA would have understood the monocycle at ring Q to begin with eight hydrogens, Tr. 1630:1-7 (MacMillan Rebuttal).  Ring Q in apixaban contains the same eight hydrogens.  Tr. 692:9-19 (Heathcock); UF ¶ 38.  A POSA therefore would have understood ring Q in apixaban to be substituted with no R$^{4a}$ groups because there is no difference in the R$^{4a}$

– 5 –

groups between the chemical structure for Ring Q recited in the claim and as Ring Q appears in apixaban.  Tr. 1629:21-1630:13 (MacMillan Rebuttal); *see* Tr. 281:15-288:20 (MacMillan).

24.      If each hydrogen on rings M, E, A, and Q were counted as a substitution, as Sigmapharm contends, "apixaban, which is a compound that the '208 patent is about and which the '208 patent expressly claims, is not within the scope of claim 1," Tr. 718:8-12 (Heathcock); "none of the compounds that are specifically disclosed in the '208 patent would fall within the scope of claim 1," Tr. 713:8-14 (Heathcock); and "it's impossible for any compound to fall within claim 1's scope," Tr. 718:17-20 (Heathcock).  Under Sigmapharm's interpretation of claim 1, "a person of ordinary skill would not understand claim 1 to cover any chemical compound."  Tr. 713:15-19 (Heathcock); *see also* Tr. 288:10-13 (MacMillan).

25.      Because Sigmapharm's ANDA products will contain apixaban, and because apixaban literally infringes claim 13 of the '208 Patent, Sigmapharm's ANDA products will literally infringe claim 13 of the '208 Patent.  Tr. 288:17-20 (MacMillan).

**2.      Sigmapharm's ANDA Products Will Infringe Claim 104**

26.      As explained below, Sigmapharm's ANDA products will contain crystalline apixaban.  *See infra* ¶¶ 63-93.  Apixaban is a compound according to claim 13.  *See supra* ¶¶ 14-25.  Sigmapharm's ANDA products will therefore literally infringe claim 104 of the '208 Patent.  Tr. 288:21-289:6, 290:4-16, 291:10-15 (MacMillan).

**3.      Sigmapharm's Proposed Manufacturing Process Will Infringe Claim 104**

27.      Sigmapharm's manufacturing of Sigmapharm's ANDA products will separately infringe claim 104 of the '208 Patent because Sigmapharm uses crystalline apixaban to manufacture its ANDA products in the United States.  Tr. 291:24-292:5 (MacMillan).

28.      Sigmapharm's Drug Master File No. 030774 states that Sigmapharm uses

"Apixaban … crystalline Form I" as the "starting material" for manufacturing its ANDA

products.  PTX-1068 at SIGMA-APIX0013820; Tr. 292:10-293:8 (MacMillan).  Sigmapharm's

ANDA specifies that it manufactures its ANDA products—and therefore use crystalline

apixaban—in Bensalem, Pennsylvania.  PTX-1011 at 3; Tr. 293:9-294:11 (MacMillan).

29.     Sigmapharm's CEO, Spiridon Spireas, confirmed Sigmapharm's use of crystalline

apixaban in Bensalem, Pennsylvania:  "Look, we're using a Medichem material with crystalline

particles."  Tr. 262:18-23 (Spireas); *see also* Tr. 260:15-21, 261:17-20, 262:6-8 (Spireas).

## III.   The '945 Patent

### A.     Asserted Claims 21 and 22

30.     Plaintiffs asserted claims 21 and 22 of the '945 Patent.  Tr. 322:6-8 (Atwood).

Claims 21 and 22 depend from independent claim 12 and add that the compositions comprise 2.5

or 5 mg of apixaban, respectively.  '945 Patent (JTX-2) at 10:46-49; Tr. 345:21-23 (Atwood),

602:12-23 (Berkland).

31.     Claim 12 of the '945 Patent provides as follows:

A solid pharmaceutical composition comprising

a therapeutically effective amount of apixaban and a
pharmaceutically acceptable diluent or carrier,

wherein apixaban comprises crystalline apixaban particles,

wherein the crystalline apixaban particles have a $D_{90}$ equal to or
less than about 89 μm, and

wherein, as measured using a USP Apparatus 2 at a paddle rotation
speed of 75 rpm in 900 mL, of a dissolution medium at 37° C., at
least 77 wt % of apixaban in the pharmaceutical composition
dissolves within 30 minutes in the dissolution medium, and the
dissolution medium is 0.05 M sodium phosphate at a pH 6.8
containing 0.05% sodium lauryl sulfate.  '945 Patent (JTX-2) at
10:13-27.

32.     Sigmapharm disputes infringement of two limitations:  "wherein apixaban

comprises crystalline apixaban particles" and "wherein the crystalline apixaban particles have a D$_{90}$ equal to or less than about 89 microns."  Tr. 346:2-347:11 (Atwood), 964:15-25 (Zaworotko); UF ¶¶ 56-59.

### B.    Claim Construction

33.    The Court construed "apixaban particles have a D$_{90}$" to have its plain and ordinary meaning.  UF ¶ 34.  The plain meaning is that 90% of the apixaban particles by volume have a diameter of less than or equal to 89 microns.  UF ¶ 34; Tr. 347:23-348:5 (Atwood).

34.    The '945 Patent does not require measurement of apixaban particle size by any particular method or require measuring the starting API.  D.I. 380 at 10; Tr. 643:11-15 (Berkland), 1191:23-1192:7 (Genck), 1349:8-10 (Chambliss), 1716:12-17 (Myerson).

35.    The parties agreed that all terms not construed by the Court should have their plain and ordinary meaning.  UF ¶ 34; D.I. 182 at 2.

36.    The parties' experts agree that the plain meaning of "wherein apixaban comprises crystalline apixaban particles" to a POSA includes any amount of crystalline apixaban that can be detected.  Tr. 350:10-14 (Atwood), 968:18-24, 995:14-20 (Zaworotko), 1101:3-6 (Brittain).

37.    The claim language does not specify any particular percentage of apixaban that must be crystalline.  Tr. 967:9-17 (Zaworotko).

### C.    Level of Ordinary Skill in the Art

38.    Plaintiffs' experts opined that a POSA for the '945 Patent is:

> A person that has a Ph.D. or Master's degree or a Bachelor's degree with commensurate experience in chemistry, chemical engineering, pharmacy, pharmaceutical science or an equivalent discipline and has an understanding of the properties of active pharmaceutical ingredients, the design of solid pharmaceutical dosage forms, and knows or has access to techniques to characterize solid pharmaceutical products.  UF ¶ 31.

39.     The Defendants' experts offered a similar POSA definition.  *Id.* ¶ 32.  The parties

agree that "the opinions offered by each side's experts as to the validity and infringement of the

'945 patent do not change based on which of the two definitions … is applied."  *Id.* ¶ 33.

### D.     Sigmapharm Infringes the Asserted Claims of the '945 Patent

#### 1.     Common Technical Background

##### (a)     *Technical Experts Relating to XRPD and Particle Size*

40.     Dr. Atwood is Plaintiffs' expert addressing infringement of the '945 Patent by

Sigmapharm and Sunshine Lake.  Tr. 318:20-24 (Atwood).  Dr. Atwood is a Professor of

Chemistry at the University of Missouri, and he has worked on the preparation and analysis of

pharmaceutical formulations for about 40 years.  Tr. 319:19-25 (Atwood); PTX-788.

41.     Dr. Zaworotko is Sigmapharm's expert.  Tr. 902:2-4 (Zaworotko).  He is a

professor of crystal engineering at the University of Limerick.  Tr. 903:11-904:19 (Zaworotko).

##### (b)     *Crystalline and Amorphous Materials in Pharmaceutical Compositions*

42.     Pharmaceutical compositions are made up of an active pharmaceutical ingredient

(or API) and one or more excipients.  Tr. 325:11-24 (Atwood).  An API is the active ingredient

that treats a disease, and an excipient is a component that is not the active ingredient.  Tr.

325:11-15, 325:25-326:3 (Atwood).  Here, the API is apixaban.  Tr. 325:16-18 (Atwood).

43.     A crystalline particle contains a substance with molecules in a long-range order

called a crystal lattice or array.  Tr. 326:4-9 (Atwood), 969:2-8 (Zaworotko).  All crystals are

particles.  Tr. 1669:16-20 (Myerson).

44.     Amorphous materials lack long-range order.  Tr. 326:22-327:1 (Atwood).

Crystalline and amorphous forms can coexist, but amorphous materials will tend to convert to a

lower-energy crystalline form.  Tr. 327:2-329:3 (Atwood); PTX-367 at BMSAPIXE_0000183.

### (c)   *Classical Models of Crystallization: Nucleation and Crystal Growth*

45.     Crystals form by a process called nucleation when molecules come together to
form a lower-energy crystal array.  Tr. 330:2-9 (Atwood).  When crystals initially form, they are
on the order of a few nanometers across in size.  Tr. 330:19-22, 424:7-15 (Atwood).  89 microns
is 89,000 nanometers.  Tr. 424:13-15 (Atwood).

46.     After nucleation, a crystal grows by converting surrounding amorphous material
to crystalline form, as molecules join the lower-energy crystalline array.  Tr. 331:1-7 (Atwood).

47.     The classical models of nucleation and crystal growth were known in the art as of
2010 and apply to solid pharmaceutical compositions.  Tr. 332:22-333:2 (Atwood).  Amorphous
materials can convert to crystalline materials in a tablet formulation.  Tr. 1104:16-19 (Brittain).

48.     Crystal growth is limited by the amount of material able to be converted to
crystalline form, so excipients surrounding a region of crystalline and amorphous material will
limit the ultimate size of the crystalline particle.  Tr. 332:1-21 (Atwood).  Sunshine Lake's expert
Dr. Brittain agreed that the idea that apixaban particles form and become immobilized by a
surrounding layer of povidone is plausible.  Tr. 1118:13-1119:3 (Brittain).

49.     The parties' experts agree that nucleation and crystal growth are valid models.
Tr. 332:22-333:2 (Atwood), 924:6-17, 971:9-11 (Zaworotko), 1103:7-13 (Brittain).  Dr.
Zaworotko agreed that once you have nucleation in a composition, crystal growth requires
continued mobility.  Tr. 971:4-11 (Zaworotko).  He also testified that crystal growth or
crystallization comes after nucleation.  Tr. 934:14-935:1 (Zaworotko).

50.     Both Sunshine Lake's and Sigmapharm's manufacturing processes involve rapid
drying and a small amount of apixaban relative to other ingredients in the ANDA products.  Tr.
383:3-10, 426:13-2 (Atwood), 928:15-930:8 (Zaworotko), 1056:16-1057:8, 1058:6-1059:10
(Brittain).  In both, limiting molecular mobility of apixaban limits crystal growth.  Tr. 383:3-

384:9, 923:3-15 (Atwood), 971:4-11 (Zaworotko).  In particular, the excipient povidone is known to inhibit crystal growth.  Tr. 934:17-935:1 (Zaworotko), 1097:19-1098:16 (Brittain).

  **(d)** ***X-ray Powder Diffraction (XRPD)***

  51. The experts agree that XRPD is an appropriate method for identifying the presence of crystalline apixaban particles and distinguishing between crystalline and amorphous materials.  Tr. 335:14-336:13 (Atwood), 914:2-16 (Zaworotko), 1055:11-18 (Brittain).

  52. The United States Pharmacopeia teaches that identification of the phase composition of an unknown sample by XRPD can be based on visual comparison of a portion of its XRPD pattern to a known reference.  Tr. 339:21-340:4 (Atwood), 972:9-15 (Zaworotko).

  53. The '945 Patent lists six characteristic peaks of crystalline apixaban form N-1 and establishes a margin of error of 0.1 degrees.  Tr. 340:16-341:13, 353:22-354:9 (Atwood); '945 Patent (JTX-2) at 4:66-5:3 & Table 2.

  54. Dr. Zaworotko admitted that "a single sharp peak" is indicative of crystallinity.  Tr. 969:17-19 (Zaworotko).  He agreed that "if there is a sharp peak in an XRPD, this indicates long-range order."  Tr. 969:9-12 (Zaworotko).

  55. It is not necessary to match all peaks in an XRPD pattern to identify a crystalline material.  Tr. 341:21-342:3 (Atwood), 972:20-973:9 (Zaworotko), 1055:11-18 (Brittain).

  56. If a component is present in small amounts in a sample, a more sensitive XRPD method might be necessary to detect it.  Tr. 343:25-344:13 (Atwood), 917:18-24, 976:15-977:19 (Zaworotko), 1071:20-1072:17 (Brittain).

  57. The experts agree that performing slower scans by increasing the count time per step increases the sensitivity of an XRPD test.  Tr. 343:19-24 (Atwood), 976:15-22 (Zaworotko), 1112:15-21 (Brittain).  Count time and step time are synonymous.  Tr. 979:1-4 (Zaworotko).

58.     The count number on the Y axis is the number of photons collected by the detector at a certain angle during an XRPD experiment.  Tr. 334:8-19, 342:8-13 (Atwood).  The standard deviation in a measurement is the square root of the number of counts collected.  Tr. 342:19-343:9 (Atwood).  As the number of counts collected increases, the standard deviation decreases relative to the number of counts, so scans with higher count times are more sensitive than scans with lower count times and are better able to detect material in small amounts.  Tr. 342:19-343:24 (Atwood).

59.     There is no dispute that increasing the count time is an appropriate method to detect components that are a small portion of a sample.  Tr. 360:7-12 (Atwood), 917:18-24, 976:15-977:19 (Zaworotko), 1112:11-14 (Brittain).

**2.     Solid-State Nuclear Magnetic Resonance (SSNMR)**

60.     Dr. Eric Munson is Plaintiffs' expert on SSNMR and the head of the Department of Industrial and Physical Pharmacy at Purdue University.  Tr. 529:3-11 (Munson); PTX-786.

61.     Dr. David Apperley conducted SSNMR tests for Sigmapharm.  Tr. 725:20-22 (Apperley).  He is a professor at Durham University in the United Kingdom.  Tr. 722:24-25 (Apperley).  Dr. Robert Schurko is Sigmapharm's expert who analyzed SSNMR testing of Sigmapharm's ANDA products.  Tr. 782:23-783:4 (Schurko).  He is a professor at Florida State University in the Department of Chemistry and Biochemistry.  Tr. 779:17-780:22 (Schurko).

62.     The parties' experts agreed that SSNMR is a useful tool to distinguish crystalline and amorphous materials in pharmaceutical compositions.  Tr. 754:20-755:2 (Apperley), 817:8-22 (Schurko).  Crystalline peaks in an SSNMR spectra are characterized by sharp peaks, which are visually distinguishable from broad peaks created by amorphous material.  Tr. 532:5-17, 533:11-19, 574:5-9 (Munson), 727:23-728:1, 765:22-766:3  (Apperley).  Crystalline peaks in a

mixture of amorphous and crystalline material appear as sharp peaks overlaid on broader peaks. Tr. 548:18-22, 563:5-22 (Munson), 768:3-24 (Apperley). Identifying crystalline material in a mixture involves observing the peaks with the same positions and shapes as those in a reference material. Tr. 536:11-15, 562:8-18, 564:1-8 (Munson). Peak line widths should be visually comparable, but it is not necessary to measure line widths. Tr. 561:18-562:7, 564:9-13, 585:16-22 (Munson), 851:22-852:17 (Schurko).

### 3. Sigmapharm's ANDA Products Comprise Crystalline Apixaban Particles

63.     Plaintiffs have proven by a preponderance of the evidence that Sigmapharm's ANDA products comprise crystalline apixaban particles.

64.     The manufacturing processes of Sigmapharm's 5 mg and 2.5 mg tablets are the same. Tr. 374:5-376:3, 386:20-387:5 (Atwood), 555:7-555:17 (Munson). Dr. Zaworotko and Dr. Schurko do not contest that Sigmapharm's 2.5 mg and 5 mg ANDA products would be the same with respect to composition. Tr. 826:2-6 (Schurko), 935:4-16, 994:25-995:11 (Zaworotko).

#### (a) *Dr. Atwood's XRPD Testing Shows the Presence of Crystalline Apixaban Particles in Sigmapharm's ANDA Products*

65.     Dr. Atwood received the samples of Sigmapharm's 5 mg ANDA products from counsel. Tr. 350:15-351:3 (Atwood). The samples came in a bottle that had a Sigmapharm marking on it and that originated from Sigmapharm. *Id.* Dr. Zaworotko does not "have any doubt that Dr. Atwood received samples of Sigmapharm's tablets." Tr. 991:6-15 (Zaworotko).

66.     The bottle containing samples of Sigmapharm's ANDA products was first shipped to Dr. Munson's assistant on October 30, 2018, and then Dr. Atwood received the same bottle on November 29, 2019. Tr. 942:15-943:6 (Zaworotko). The foil seal was broken when Dr. Atwood received the bottle. Tr. 943:7-11 (Zaworotko). Dr. Zaworotko had no opinion on whether the apixaban in Sigmapharm's ANDA products would become unstable once the foil

seal on the bottle is broken.  Tr. 992:18-22 (Zaworotko).

67.     The Sigmapharm sample came to Dr. Atwood in good condition, and there was nothing about the shipping or storage conditions of the Sigmapharm sample that would cause any concern regarding its integrity.  Tr. 351:4-7 (Atwood).  Dr. Atwood stored the sample at temperature conditions specified on the label.  Tr. 351:4-12 (Atwood).

68.     The age of the samples of Sigmapharm's ANDA products is irrelevant.  Dr. Atwood testified that "crystallization is going to occur early on," and crystalline apixaban particles in Sigmapharm's ANDA products would not suddenly form after two years.  Tr. 385:13-23 (Atwood).  Sigmapharm presented no evidence that crystalline apixaban particles would begin to form in Sigmapharm's ANDA products only after two years.  Dr. Zaworotko testified that he could not recall any study suggesting that Sigmapharm's ANDA products are unstable after two years.  Tr. 990:16-19 (Zaworotko).

69.     Dr. Atwood prepared the Sigmapharm sample for testing by lightly removing the coating and crushing and lightly grinding the tablet to a powder so it would be amenable to XRPD.  Tr. 351:16-25 (Atwood).  This is a standard sample preparation method previously used by Dr. Atwood and others in the field that would not affect the integrity of the sample.  Tr. 352:1-352:10 (Atwood).  Plaintiffs' expert Dr. Berkland, Sunshine Lake's expert Dr. Brittain, and Sigmapharm used a similar method in their testing.  Tr. 618:13-16, 644:12-20 (Berkland), 1123:14-21 (Brittain), 981:18-982:2 (Zaworotko); PTX-1038 at SIGMA_APIX 0051799.

70.     Dr. Atwood performed XRPD scans of varying degrees of sensitivity, including scans with count times of 30 to 100 seconds on Sigmapharm's 5 mg ANDA products.  Tr. 363:14-365:7, 366:13-367:10, 369:15-370:7 (Atwood); PTX-1098 at 8, 12, 14.  Because Sigmapharm's ANDA products contain only 3.125% apixaban, a crystalline apixaban peak will

be relatively small, and "a rather long count time, like 100 seconds" can be necessary to detect any crystalline apixaban.  Tr. 356:25-357:9, 360:7-12 (Atwood).

71.     Dr. Atwood's XRPD patterns report the parameters used for each scan.  Tr. 358:18-360:1 (Atwood); PTX-1098.  Dr. Zaworotko received the raw data from Dr. Atwood's XRPD scans.  Tr. 950:3-9 (Zaworotko).

72.     Dr. Atwood identified four characteristic crystalline apixaban peaks in XRPD patterns of Sigmapharm's ANDA products.  Tr. 363:14-365:7 (Atwood) & PTX-1098 at 8 (12.3 and 12.9 peaks); Tr. 366:13-367:10 (Atwood) & PTX-1098 at 14 (27.1 peak); Tr. 369:15-370:7 (Atwood) & PTX-1098 at 12 (22.1 peak).  Peaks at 12.3, 12.9, and 27.1 are listed in the '945 patent, Tr. 354:10-18 (Atwood), and a peak at 22.1 degrees appears in Sigmapharm's XRPD test of its pure crystalline form N-1 apixaban API.  Tr. 367:16-369:4 (Atwood); PTX-1009 at SIGMA_APIX 0017897-98; PTX-1098 at 12.  Dr. Atwood identified a peak at 22.0 degrees in his reply report.  Tr. 506:18-507:2, 507:12-18 (Atwood), 951:3-951:8 (Zaworotko).

73.     Based on the peaks he identified in XRPD scans of Sigmapharm's ANDA products, Dr. Atwood concluded that Sigmapharm's ANDA products contain crystalline apixaban particles.  Tr. 350:19-21, 371:5-9, 466:16-467:1 (Atwood).

74.     Sigmapharm did not contest that peaks at 12.3, 12.9, 22.1, or 27.1 degrees are characteristic of crystalline apixaban, nor did it present evidence that those peaks are caused by any material other than crystalline apixaban particles in Sigmapharm's ANDA products.

75.     The USP recommendation to scan past ten peaks is about comparing an unknown sample to the Powder Diffraction File of over 60,000 reference patterns.  Tr. 973:10-974:25 (Zaworotko); PTX-409 at BMSAPIXE_0002473; DTX-257.4; DTX-720.2; DTX-753.2, 5 n.3 (citing DTX-720).

– 15 –

76.     Dr. Zaworotko admitted that no specific number of peaks is required to match a reference XRPD pattern.  Tr. 972:20-973:9 (Zaworotko).  He testified: "What is appropriate will vary from sample to sample."  Tr. 972:20-23 (Zaworotko).

77.     Sigmapharm's ANDA products contain a limited number of known ingredients. PTX-1074 at SIGMA_APIX 0050702; Tr. 356:9-24 (Atwood), 975:12-14 (Zaworotko).

78.     Sigmapharm's limit of detection study on its XRPD method relied on only two characteristic peaks at 12.7 and 22.0 to identify the presence of crystalline apixaban in its tablets. PTX-1038 at SIGMA_APIX 0051806; Tr. 979:21-981:17, 982:14-983:8 (Zaworotko).

79.     Dr. Atwood's initial scan of Sigmapharm's ANDA products showed that large excipient peaks in the range 10-11 and 18-19 degrees obscure characteristic peaks of crystalline apixaban at 10.0, 10.6, and 18.5 degrees.  Tr. 361:13-362:4 (Atwood); PTX-1098 at 2.

80.     Dr. Atwood tested a sample of Sigmapharm's placebo tablet, which includes the excipients without apixaban.  Tr. 362:5-25 (Atwood); PTX-1107.  This test showed the same large peaks at 10-11 and 18-19 degrees, confirming they were caused by excipients.  Tr. 362:5-25 (Atwood).

81.     Dr. Zaworotko did no testing.  Tr. 964:12-14 (Zaworotko).  The Catalent and Sigmapharm XRPD testing that Dr. Zaworotko relied on is insufficient to detect crystalline apixaban due to small amounts of apixaban in Sigmapharm's drug intermediate and drug product.  Tr. 373:13-374:4 (Atwood).  Catalent's testing of Sigmapharm drug intermediate used count times of one second.  Tr. 978:16-23, 979:5-14 (Zaworotko); PTX-1071 at SIGMA-APIX 0015821; DTX-650/PTX-1009 at SIGMA_APIX 0017896.  Sigmapharm's XRPD method for stability testing of its ANDA products has a limit of detection of 5%.  Tr. 982:24-983:8 (Zaworotko); PTX-1038 at SIGMA_APIX 0051798, 806; Tr. 938:11-20 (Zaworotko); PTX-

– 16 –

1073.  Dr. Zaworotko admitted that Sigmapharm's XRPD method is invalid to detect if Sigmapharm's ANDA products contain crystalline apixaban.  Tr. 977:7-15 (Zaworotko).

82.    Dr. Atwood did not need to perform a limit of detection study because he was able to detect four characteristic peaks and was not quantifying how much crystalline apixaban is present in Sigmapharm's ANDA products.  Tr. 371:10-372:5 (Atwood).

83.    Dr. Atwood's XRPD tests demonstrate that Sigmapharm's ANDA products contain crystalline apixaban particles.  Tr. 352:18-23, 371:5-9, 374:5-22, 377:19-22 (Atwood).

**(b)   SSNMR Confirms Sigmapharm's ANDA Products Contain Crystalline Apixaban Particles**

84.    Dr. Munson tested Sigmapharm's 5 mg ANDA product using SSNMR with BMS's crystalline apixaban API as a reference.  Tr. 533:23-534:2, 536:6-15 (Munson).  Based on his testing, Dr. Munson concluded that Sigmapharm's ANDA products contain crystalline apixaban.  Tr. 531:7-12, 545:9-14, 548:4-22, 555:7-17, 589:16-590:1, 590:13-15 (Munson).

85.    Dr. Munson observed twelve peaks in his analysis of Sigmapharm's ANDA products that correspond to peaks in the spectra from BMS's crystalline apixaban.  Tr. 545:18-24 (Munson).  Six well-resolved peaks had the same location and shape as those from the crystalline apixaban reference.  Tr. 546:17-547:12, 547:14-20, 547:21-548:3, 548:23-549:2, 554:7-555:1 (Munson).  The other six crystalline apixaban peaks were partially resolved and appeared as a shoulder or other features on another peak.  Tr. 549:3-15, 550:1-11, 552:20-555:1 (Munson).

86.    Dr. Munson also determined that no peaks present in the crystalline apixaban reference spectra were missing from the tablet.  Tr. 549:16-21, 557:14-16 (Munson).  Five crystalline apixaban peaks were obscured by large peaks from excipients, which is "fairly typical" and did not change Dr. Munson's conclusion.  Tr. 556:4-15, 557:4-13 (Munson).

87.    Artifacts in Dr. Munson's spectra, including a spinning sideband and baseline

distortions where the baseline is not perfectly flat, were not unusual and did not impair his analysis.  Tr. 550:12-551:13, 557:17-558:8 (Munson).

88.     An increased signal-to-noise ratio makes an experiment more sensitive.  Tr. 764:2-7 (Apperley).  A spectrum produced with higher signal-to-noise ratio is more reliable than one with a lower signal-to-noise ratio, and a skilled SSNMR spectroscopist has more confidence in the interpretation of the SSNMR data.  Tr. 764:10-18 (Apperley).

89.     Dr. Apperley's SSNMR experiments had an extremely poor signal-to-noise ratio such that peaks could not be observed.  Tr. 560:16-561:3 (Munson).  Dr. Apperley concluded that his first set of SSNMR experiments was "not sufficiently sensitive to definitively determine the crystallographic form of apixaban."  Tr. 763:14-24 (Apperley).

90.     Dr. Apperley's and Dr. Schurko's conclusions must be evaluated in the context of the limits of detection of Dr. Apperley's tests.  Tr. 761:3-10 (Apperley), 831:20-832:1, 832:24-833:5 (Schurko).  Dr. Apperley does not know the limit of detection for his first and second sets of SSNMR experiments.  Tr. 757:3-17 (Apperley); DTX-546; DTX-550.  The limit of detection for Dr. Apperley's third set of SSNMR experiments was about 1.5% or higher, which he admitted means that 50% of the apixaban in the sample could be crystalline and his SSNMR experiment would not detect it.  Tr. 757:18-24, 761:11-14 (Apperley), 833:15-17 (Schurko).

91.     Dr. Schurko performed no SSNMR testing and did not attempt to replicate any tests performed by Dr. Apperley or Dr. Munson.  Tr. 784:15-17 (Apperley), 815:21-816:4, 816:17-817:4 (Schurko).  Dr. Schurko submitted his opinions one week after receiving Dr. Apperley's data and did not speak with Dr. Apperley to discuss Dr. Apperley's work or analysis.  Tr. 822:1-6, 823:18-824:4, 824:20-825:2, 825:10-12 (Schurko).

92.     Dr. Schurko processed Dr. Munson's data differently than Dr. Munson did.  Tr.

– 18 –

558:15-25 (Munson), 837:14-24, 838:7-10, 839:9-15, 840:1-3, 846:13-16, 846:15-847:6

(Schurko).  Dr. Schurko admitted that he used different line broadening parameters that changed

the appearance of the spectra.  Tr. 837:22-24, 838:7-10, 839:9-15, 840:1-3 (Schurko).

93.     Dr. Munson's SSNMR tests confirm that Sigmapharm's ANDA products

comprise crystalline apixaban particles.  Tr. 377:12-22 (Atwood), 531:13-20 (Munson).

### 4.     The Particle Size Limitation Is Satisfied

94.     Plaintiffs have shown by a preponderance of the evidence that the crystalline

apixaban particles in Sigmapharm's ANDA products have a $D_{90}$ equal to or less than 89 microns.

95.     Sigmapharm attempts to avoid crystallization by using a process designed to

make an amorphous dispersion with the polymer povidone that is known to inhibit crystal

growth.  Tr. 908:3-9, 934:17-935:1, 970:9-16, 971:4-11  (Zaworotko).

96.     Sigmapharm starts by dissolving crystalline apixaban in a solution with povidone.

Tr 381:20-382:1 (Atwood), 929:5-18, 963:22-25 (Zaworotko).  The mixture containing the

apixaban and povidone is spread into trays and vacuum dried.  Tr. 382:2-5 (Atwood).  Drying

forms a drug intermediate that contains 6.6% apixaban and 93.1% povidone.  Tr. 382:2-8

(Atwood), 928:25-930:8 (Zaworotko).  After drying, the drug intermediate is granulated with

excipients and compressed into tablets.  Tr. 382:9-12 (Atwood), 935:2-936:16 (Zaworotko).

97.     Sigmapharm's manufacturing process limits the size of the crystalline apixaban

particles that form in Sigmapharm's ANDA products.  Tr. 382:17-383:2 (Atwood).  Apixaban is

thoroughly mixed in the solution, Tr. 452:14-19 (Atwood), and rapid drying leaves the apixaban

uniformly dispersed in pockets in the polymer povidone.  Tr. 383:3-10 (Atwood).

98.     Due to the small amount of apixaban in the intermediate, the pockets of apixaban

must be small, such that large crystalline apixaban particles cannot form.  Tr. 383:11-17

(Atwood).  As Dr. Atwood testified, "there's just not going to be enough apixaban in these pockets to form particles of 89 microns."  Tr. 384:10-22 (Atwood).

99.     Polymer and other excipients prevent pockets of crystalline apixaban from joining to form larger crystalline apixaban particles.  Tr. 383:18-384:9 (Atwood).  Dr. Zaworotko testified that there would be "an inhibition of crystallization" in the dispersion.  Tr. 970:17-25 (Zaworotko).  Apixaban in Sigmapharm's formulation would be expected to have limited mobility, and "crystal growth requires continued molecular mobility."  Tr. 971:4-11 (Zaworotko).  As Dr. Atwood testified, it is not possible for "apixaban as it crystallizes to mix and mingle with other crystal apixaban pockets and form large crystals."  Tr. 383:18-384:9 (Atwood).  Thus, povidone will prevent large crystalline apixaban particles from forming.

100.    Dr. Zaworotko presented no evidence that a crystalline apixaban particle in Sigmapharm's ANDA products could grow larger than 89 microns.

101.    The crystalline apixaban particles in Sigmapharm's ANDA products are orders of magnitude below 89 microns in diameter.  Tr. 385:5-12 (Atwood).  Calculating a $D_{90}$ was not necessary because the limitation is clearly met.  Tr. 385:24-386:19 (Atwood).

102.    All crystals are particles.  Tr. 1669:16-20 (Myerson).  The '945 patent discloses that the term "particles" refers to individual drug substance particles, whether they exist singly or are agglomerated.  '945 Patent (JTX-2) at 3:20-22; Tr. 348:6-22 (Atwood).  Thus, the particle size limitation addresses the apixaban particles in the agglomerate, not the agglomerate itself. '945 Patent (JTX-2) at 3:22-29; Tr. 348:6-349:10, 470:18-471:22  (Atwood).

**E.     Conclusion**

103.    Sigmapharm's 2.5 mg and 5 mg ANDA products will infringe claims 21 and 22 of the '945 patent, respectively.  Tr. 386:20-387:5 (Atwood).

Dated: December 20, 2019

*Of Counsel:*

William F. Lee (admitted *pro hac vice*)
Kevin S. Prussia (admitted *pro hac vice*)
Andrew J. Danford (admitted *pro hac vice*)
Timothy A. Cook (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amy K. Wigmore (admitted *pro hac vice*)
William G. McElwain (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb
Company and Pfizer Inc.*