## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRISTOL-MYERS SQUIBB COMPANY and
PFIZER INC.,

      Plaintiffs,

      v.

AUROBINDO PHARMA USA INC. and
AUROBINDO PHARMA LTD.,

      Defendants.

C.A. No. 17-cv-374-LPS
(CONSOLIDATED)

## PLAINTIFFS' PROPOSED FINDINGS OF FACT ON
## SUNSHINE LAKE PHARMA CO., LTD. & HEC PHARM USA INC.'S INFRINGEMENT

Dated: December 20, 2019

*Of Counsel:*

William F. Lee (admitted *pro hac vice*)
Kevin S. Prussia (admitted *pro hac vice*)
Andrew J. Danford (admitted *pro hac vice*)
Timothy A. Cook (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amy K. Wigmore (admitted *pro hac vice*)
William G. McElwain (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb
Company and Pfizer Inc.*

# TABLE OF CONTENTS

I.      Background ................................................................................................1

II.     The '945 Patent ........................................................................................1

        A.      Asserted Claims ...........................................................................1

        B.      Claim Construction ......................................................................3

        C.      Level of Ordinary Skill in the Art...............................................4

III.    Sunshine Lake Infringes the Asserted Claims of the '945 Patent................4

        A.      Common Technical  Background ..................................................4

                1.      Technical Experts........................................................4

                2.      Crystalline and Amorphous Materials in
                        Pharmaceutical Compositions.....................................5

                3.      Classical Models of Crystallization: Nucleation and
                        Crystal Growth............................................................5

                4.      X-Ray Powder Diffraction (XRPD)...........................7

        B.      "Wherein Apixaban Comprises Crystalline Apixaban
                Particles"......................................................................................8

                1.      Dr. Atwood's XRPD Testing Shows the Presence of
                        Crystalline Apixaban Particles in Sunshine Lake's
                        ANDA Products ..........................................................9

                2.      Sunshine Lake's Internal Documents and Witnesses
                        Confirm that Crystalline Apixaban Can Form in
                        Sunshine Lake's ANDA Products ...........................11

                3.      Dr. Brittain's Testing Was Insufficient...................12

                4.      Dr. Brittain Confirmed There Is a Genuine Peak at 12.4
                        Degrees in Dr. Atwood's Analysis of Sunshine Lake's
                        ANDA Product.......................................................13

        C.      The Crystalline Apixaban Particles in Sunshine Lake's
                ANDA Products Have a $D_{90}$ Equal to or Less than about 89
                Microns ......................................................................................14

        D.      Conclusion .................................................................................17

# TABLE OF ABBREVIATIONS

| Abbreviation | Description |
|---|---|
| '208 Patent | U.S. Patent No. 6,967,208 (JTX-1) |
| '945 Patent | U.S. Patent No. 9,326,945 (JTX-2) |
| ANDA | Abbreviated New Drug Application |
| Asserted Claims | For the '208 Patent, claims 13 and 104.<br>For the '945 Patent, claims 21 and 22. |
| FDA | United States Food and Drug Administration |
| BMS | Bristol-Myers Squibb Co. |
| Pfizer | Pfizer, Inc. |
| Plaintiffs | BMS and Pfizer |
| Sigmapharm | Sigmapharm Laboratories, LLC |
| Sunshine Ltd. | Sunshine Lake Pharma Co., Ltd. |
| HEC | HEC Pharm USA Inc. |
| Sunshine Lake | Sunshine Ltd. and HEC |
| Unichem | Unichem Laboratories, Ltd. |
| Defendants | Sigmapharm, Sunshine Lake, and Unichem |
| UF | Uncontested Facts (D.I. 672, Ex. 1) |
| POSA | Person of ordinary skill in the art.  For the '208 Patent, a POSA would have the characteristics described at UF ¶ 20 as of September 21, 2001; for the '945 Patent, a POSA would have the characteristics described at UF ¶ 31 as of February 24, 2011. |
| XRPD | X-ray Powder Diffraction |

## I.      Background

1.      Eliquis® is an FDA-approved anticoagulant that is indicated to treat and reduce the risk of certain cardiovascular disorders.  Tr. 1281:13-1286:24 (Kowey); UF ¶¶ 35, 41-43; PTX-325.4.

2.      Apixaban is the active ingredient in Eliquis®.  UF ¶ 35.  The chemical name for apixaban is 1-(4-methoxyphenyl)-7-oxo-6-[4-(2-oxo-1- piperidinyl)phenyl]-4,5,6,7-tetrahydro-1H-pyrazolo-[3,4-c]pyridine-3-carboxamide.  UF ¶ 36.

3.      These consolidated cases concern U.S. Patent Nos. 6,967,208 and 9,326,945, both of which are listed in the FDA's *Orange Book* in connection with Eliquis®.  UF ¶ 51.  The '208 Patent was not challenged by and therefore not asserted against Sunshine Lake.

4.      BMS and Pfizer jointly own the '945 Patent.  UF ¶ 26.  The '945 Patent's priority date is no later than February 24, 2011, UF ¶¶ 29-30, and it will expire February 24, 2031, UF ¶ 27.

5.      Sunshine Lake submitted ANDA No. 209994 to the FDA seeking approval to engage in the commercial manufacture, use, or sale of apixaban oral tablets 2.5 mg and 5 mg. UF ¶ 63.  ANDA No. 209994 contained a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) for the '945 Patent.  *Id.*  "Sunshine Lake's ANDA products" refers to the 2.5 mg and 5 mg apixaban oral tablets that are the subject to ANDA No. 209994.

6.      Sunshine Lake contests infringement of the '945 Patent.

## II.   The '945 Patent

### A.    Asserted Claims

7.      Plaintiffs asserted claims 21 and 22 of the '945 Patent.  Tr. 322:6-8 (Atwood); D.I. 677.  Claims 21 and 22 depend from independent claim 12 and add that the compositions

comprise 2.5 or 5 mg of apixaban, respectively.  '945 Patent (JTX-2) at 10:46-49; Tr. 345:21-23

(Atwood), 602:12-23 (Berkland).

      8.     Claim 12 provides as follows:

> A solid pharmaceutical composition comprising a therapeutically
> effective amount of apixaban and a pharmaceutically acceptable
> diluent or carrier,
>> wherein apixaban comprises crystalline apixaban particles,
>> wherein the crystalline apixaban particles have a $D_{90}$ equal to or
>> less than about 89 μm, and
>> wherein, as measured using a USP Apparatus 2 at a paddle
>> rotation speed of 75 rpm in 900 ml, of a dissolution medium
>> at 37° C., at least 77 wt % of apixaban in the pharmaceutical
>> composition dissolves within 30 minutes in the dissolution
>> medium, and the dissolution medium is 0.05 M sodium
>> phosphate at a pH 6.8 containing 0.05% sodium lauryl
>> sulfate.

      9.     The claims are directed to a solid pharmaceutical composition.  Tr. 1191:15-18

(Genck), 1348:24-1349:7 (Chambliss), 1666:19-1667:9 (Myerson).  A POSA would understand

a solid pharmaceutical composition to refer to the finished drug product.  Tr. 1191:19-22

(Genck).

      10.     The solid pharmaceutical composition comprises a "therapeutically effective

amount of apixaban and a pharmaceutically acceptable diluent or carrier," wherein some of that

apixaban "comprises crystalline apixaban."  '945 Patent (JTX-2) at 10:13-18; Tr. 1666:19-

1667:9 (Myerson).  The "crystalline apixaban particles have a D90 equal to or less than 89 μm."

'945 Patent (JTX-2) at 10:19-20; Tr. 1666:19-1667:9 (Myerson).

      11.     The claims also recite a specific dissolution rate of the pharmaceutical

composition "wherein, as measured using a USP Apparatus 2 at a paddle rotation speed of

75 rpm in 900 ml, of a dissolution medium at 37° C., at least 77 wt % of apixaban in the

pharmaceutical composition dissolves within 30 minutes in the dissolution medium, and the

dissolution medium is 0.05 M sodium phosphate at a pH 6.8 containing 0.05% sodium lauryl sulfate." '945 Patent (JTX-2) at 10:21-27; Tr. 1666:19-1667:9 (Myerson).

12.     Sunshine Lake disputes only two limitations:  "wherein apixaban comprises crystalline apixaban particles" and "wherein the crystalline apixaban particles have a $D_{90}$ equal to or less than about 89 microns."  Tr. 346:2-347:11 (Atwood), 1100:4-7 (Brittain); UF ¶¶ 64-67, 69.

13.     The '945 Patent discloses that the term "particles" refers to individual drug substance particles, whether they exist singly or are agglomerated.  '945 Patent (JTX-2) at 3:20-22; Tr. 348:6-22 (Atwood).  Thus, the analysis of the particle size limitation addresses the apixaban particles in the agglomerate, not the agglomerate itself.  '945 Patent (JTX-2) at 3:22-29; Tr. 348:6-349:10 (Atwood).

### B.     Claim Construction

14.     The Court construed "apixaban particles have a $D_{90}$" to have its plain and ordinary meaning.  UF ¶ 34.  The plain meaning is that 90% of the apixaban particles by volume have a diameter of less than or equal to 89 microns. UF ¶ 34; Tr. 347:23-348:5 (Atwood).

15.     The '945 Patent does not require measurement of apixaban particle size by any particular method or require measuring the starting API.  D.I. 380, 10; Tr. 643:11-15 (Berkland), 1191:23-1192:7 (Genck), 1349:8-10 (Chambliss), 1716:12-17 (Myerson).

16.     The parties agreed that all terms not construed by the Court should have their plain and ordinary meaning.  UF ¶ 34; D.I. 182 at 2.

17.     The parties' experts agree that the plain meaning of "wherein apixaban comprises crystalline apixaban particles" includes any amount of crystalline apixaban that can be detected. Tr. 350:10-14 (Atwood), 968:18-24, 995:14-20 (Zaworotko), 1101:3-6 (Brittain).

18.    The claim language does not specify any particular percentage of apixaban that must be crystalline.  Tr. 350:10-14 (Atwood), 967:9-17, 968:18-24, 995:14-20 (Zaworotko), 1100:21-1101:6 (Brittain).

### C.    Level of Ordinary Skill in the Art

19.    Plaintiffs' experts opined that a POSA for the '945 Patent is:

> A person that has a Ph.D. or Master's degree or a Bachelor's degree with commensurate experience in chemistry, chemical engineering, pharmacy, pharmaceutical science or an equivalent discipline and has an understanding of the properties of active pharmaceutical ingredients, the design of solid pharmaceutical dosage forms, and knows or has access to techniques to characterize solid pharmaceutical products.

UF ¶ 31.

20.    The Defendants' experts offered a similar POSA definition.  *Id.* ¶ 32.  The parties agree that "the opinions offered by each side's experts as to the validity and infringement of the '945 Patent do not change based on which of the two definitions . . . is applied."  *Id.* ¶ 33.

### III.    Sunshine Lake Infringes the Asserted Claims of the '945 Patent

### A.    Common Technical  Background

#### 1.    Technical Experts

21.    Dr. Atwood is Plaintiffs' expert addressing infringement of the '945 Patent by Sigmapharm and Sunshine Lake.  Tr. 318:20-24 (Atwood).  Dr. Atwood is a Professor of Chemistry at the University of Missouri, and he has worked on the preparation and analysis of pharmaceutical formulations for about 40 years.  Tr. 319:19-25 (Atwood); PTX-788.

22.    Dr. Brittain is Sunshine Lake's expert with respect to the '945 Patent infringement analysis.  Tr. 1051:9-19 (Brittain).  He currently operates his own consultancy and

has experience in both academia and the pharmaceutical industry.  Tr. 1047:10-17, 1048:10-23 (Brittain).

23.     Dr. Zaworotko[1] is Sigmapharm's expert with respect to the '945 Patent infringement analysis.  Tr. 902:2-4 (Zaworotko).  He is a professor of crystal engineering at the University of Limerick.  Tr. 903:11-904:19 (Zaworotko).

## 2.     Crystalline and Amorphous Materials in Pharmaceutical Compositions

24.     Pharmaceutical compositions are made up of an active pharmaceutical ingredient (or API) and one or more excipients.  Tr. 325:11-24 (Atwood).  An API is the active ingredient that treats a disease, and an excipient is a component that is not the active ingredient.  Tr. 325:11-15, 325:25-326:3 (Atwood).  Here, the API is apixaban.  Tr. 325:16-18 (Atwood).

25.     A crystalline particle contains a substance with molecules in a long-range order called a crystal lattice or array.  Tr. 326:4-9 (Atwood), 969:2-8 (Zaworotko).  All crystals are particles.  Tr. 1669:16-20 (Myerson).

26.     Amorphous materials lack long-range order.  Tr. 326:22-327:1 (Atwood).  Crystalline and amorphous forms can coexist, but amorphous materials will tend to convert to a lower-energy crystalline form.  Tr. 327:2-329:3 (Atwood); PTX-367 at BMSAPIXE_0000183.

## 3.     Classical Models of Crystallization: Nucleation and Crystal Growth

27.     Crystals form by a process called nucleation when molecules come together to form a lower-energy crystal array.  Tr. 330:2-9 (Atwood).  When crystals first form, they will be on the order of a few nanometers across in size.  Tr. 330:19-22, 424:7-15 (Atwood).  89 microns is 89,000 nanometers.  Tr. 424:13-15 (Atwood).

---

[1] Although Dr. Zaworotko was not retained by Sunshine Lake, Sunshine Lake's expert, Dr. Brittain, endorsed Dr. Zawortoko's testimony with respect to background issues including crystal structure and XRPD.  Tr. 1055:11-18 (Brittain).

28.     After nucleation, a crystal grows by converting surrounding amorphous material to crystalline form, so molecules join the lower-energy crystalline array.  Tr. 331:1-7 (Atwood).

29.     The classical models of nucleation and crystal growth were known in the art as of 2010 and apply to solid pharmaceutical compositions.  Tr. 332:22-333:2 (Atwood).  Amorphous materials can convert to crystalline materials in a tablet formulation.  Tr. 1104:16-19 (Brittain).

30.     Crystal growth is limited by the amount of material able to be converted to crystalline form, so excipients surrounding a region of crystalline and amorphous material will limit the ultimate size of the crystalline particle.  Tr. 332:1-21 (Atwood).  Sunshine Lake's expert, Dr. Brittain, agreed that the hypothesis that apixaban particles form and become immobilized by a surrounding layer of povidone is plausible.  Tr. 1118:13-1119:3 (Brittain).

31.     The parties' experts agree that nucleation and crystal growth are valid models.  Tr. 332:22-333:2 (Atwood), 924:6-17, 971:9-11 (Zaworotko), 1103:7-13 (Brittain).  Dr. Zaworotko agreed that once you have nucleation in a composition, crystal growth requires continued mobility.  Tr. 971:4-11 (Zaworotko).  He also testified that crystal growth or crystallization comes after nucleation.  Tr. 934:14-935:1 (Zaworotko).

32.     Both Sunshine Lake's and Sigmapharm's manufacturing processes involve rapid drying and a small amount of apixaban relative to other ingredients in the ANDA products.  Tr. 383:3-10, 426:13-2 (Atwood), 928:15-930:8 (Zaworotko), 1056:16-1057:8, 1058:6-1059:10 (Brittain).  In both, inhibiting molecular mobility of apixaban limits crystal growth.  Tr. 383:3-384:9 (Atwood), 923:3-15, 971:4-11 (Zaworotko).  In particular, the excipient povidone is known to limit crystal growth.  Tr. 934:17-935:1 (Zaworotko), 1097:19-1098:16 (Brittain)

### 4. X-Ray Powder Diffraction (XRPD)

33.    The experts agree that XRPD is an appropriate method for identifying the presence of crystalline apixaban particles and distinguishing between crystalline and amorphous materials.  Tr. 335:14-336:13 (Atwood), 914:2-16 (Zaworotko), 1055:11-18 (Brittain).

34.    The United States Pharmacopeia teaches that identification of the phase composition of an unknown sample by XRPD can be based on visual comparison of a portion of its XRPD pattern to a known reference.  Tr. 339:21-340:4 (Atwood), 972:9-15 (Zaworotko).

35.    The '945 Patent lists six characteristic peaks of crystalline apixaban form N-1 and establishes a margin of error of 0.1 degrees.  Tr. 340:16-341:13, 353:22-354:9 (Atwood); '945 Patent (JTX-2) at 4:66-5:3 & Table 2.

36.    Dr. Zaworotko admitted that "a single sharp peak" is indicative of crystallinity. Tr. 969:17-19 (Zaworotko).  He agreed that "if there is a sharp peak in an XRPD, this indicates long-range order."  Tr. 969:9-12 (Zaworotko).  Dr. Brittain testified that Dr. Zaworotko's explanation of crystal structure and definitions of genuine XRPD peaks are accurate.  Tr. 1055:11-18 (Brittain).

37.    It is not necessary to match all peaks in an XRPD pattern to identify a crystalline material.  Tr. 341:21-342:3 (Atwood), 972:20-973:9 (Zaworotko), 1055:11-18 (Brittain).

38.    If a component is present in small amounts in a sample, a more sensitive XRPD method might be necessary to detect it.  Tr. 343:25-344:13 (Atwood), 917:18-24, 976:15-977:19 (Zaworotko), 1071:20-1072:17 (Brittain).

39.    The experts agree that performing slower scans by increasing the count time per step increases the sensitivity of an XRPD test.  Tr. 343:19-24 (Atwood), 976:15-22 (Zaworotko), 1112:15-21 (Brittain).  Count time and step time are synonymous.  Tr. 979:1-4 (Zaworotko).

– 7 –

40.     The count number on the Y axis is the number of photons collected by the detector at a certain angle during an XRPD experiment.  Tr. 334:8-19, 342:8-13 (Atwood).  The standard deviation in a measurement is the square root of the number of counts collected.  Tr. 342:19-343:9 (Atwood).  As the number of counts collected increases, the standard deviation decreases relative to the number of counts, so scans with higher count times are more sensitive than scans with lower count times and are better able to detect material in small amounts.  Tr. 343:10-24 (Atwood).

41.     There is no dispute that increasing the count time is an appropriate method to detect components that are a small portion of a sample.  Tr. 360:7-12 (Atwood), 917:18-24, 976:15-977:19 (Zaworotko), 1112:11-14 (Brittain).

## B.     "Wherein Apixaban Comprises Crystalline Apixaban Particles"

42.     Plaintiffs have proven by a preponderance of the evidence that Sunshine Lake's ANDA products comprise crystalline apixaban particles.  *E.g.*, Tr. 415:22-416:22, 426:1-7 (Atwood), 1106:16-1107:9 (Brittain), 1013:24-1014:17, 1017:6-1018:16 (Chen); DTX-996/PTX-948 at HECAPIX093394, 97.

43.     The manufacturing processes for Sunshine Lake's 5 mg and 2.5 mg tablets are the same.  Tr. 429:2-8 (Atwood).  Therefore, Dr. Atwood's results from testing the 2.5 mg tablets also show that the 5 mg tablets contain crystalline apixaban.  *Id.*  Dr. Brittain agrees that the composition of Sunshine Lake's 2.5 and 5 mg tablets is the same.  Tr. 1123:5-13 (Brittain). Sunshine Lake determined that its 5 mg ANDA product from a larger lab-scale batch contained crystalline apixaban form N-1 based on a single peak at 17.1 in an XRPD scan.  DTX-996/PTX-948 at HECAPIX093397; Tr. 1013:6-23, 1017:6-17 (Chen).

### 1. Dr. Atwood's XRPD Testing Shows the Presence of Crystalline Apixaban Particles in Sunshine Lake's ANDA Products

44.     Dr. Atwood prepared the Sunshine Lake sample for testing by lightly removing the coating and crushing and lightly grinding the tablet to a powder so it would be amenable to XRPD.  Tr. 402:25-403:8 (Atwood).  This is a standard sample preparation method previously used by Dr. Atwood and others in the field that would not affect the integrity of the sample.  Tr. 403:9-20 (Atwood).  A similar method was used by Dr. Berkland, Dr. Brittain, and by Sigmapharm in their own testing.  Tr. 618:13-16, 644:12-20 (Berkland), 981:18-982:2 (Zaworotko), 1123:14-21 (Brittain).

45.     Dr. Atwood performed XRPD scans with count times as long as 1,000 seconds per step on Sunshine Lake's 2.5 mg ANDA products.  Tr. 409:10-22, 412:2-20, 414:10-415:7 (Atwood); PTX-960 at 21, 23, 13.  Slower scans with longer count times are more sensitive.  Tr. 409:25-410:11 (Atwood).  Because apixaban is only 2.5% of the material in Sunshine Lake's tablets, crystalline apixaban peaks will be relatively small, and a long count time is necessary to detect any crystalline apixaban.  Tr. 405:25-406:19, 410:12-19 (Atwood); PTX-843 at HECAPIX000398.

46.     Dr. Atwood's XPRD scans of Sunshine Lake's ANDA product show three characteristic peaks of crystalline apixaban peaks at 12.4, 16.9, and 27.1 degrees.  Tr. 409:4-411:8 (Atwood) & PTX-960 at 21 (12.4 peak); Tr. 412:2-20 (Atwood) & PTX-960 at 23 (27.1 peak); Tr. 413:10-415:7 (Atwood) & PTX-960 at 13 (16.9 peak), 26 (API).  Peaks at 12.4 and 27.1 degrees are listed in the '945 Patent, and a peak at 16.9 degrees appears in Dr. Atwood's XRPD test of Sunshine Lake's pure crystalline apixaban API.  Tr. 411:22-412:1, 412:21-414:6 (Atwood); '945 Patent (JTX-2) at 5 & Table 2; PTX-960 at 26.

**Sunshine Lake XRPD Analysis**

| Crystalline Apixaban Peaks '945 and API | Observation |
|---|---|
| 10.0 | Blocked by a large peak from excipients |
| 10.6 | Blocked by a large peak from excipients |
| 12.3 | Observed a peak at 12.4 |
| 12.9 | Blocked by a large peak from excipients |
| 16.9 | Observed a peak at 16.9 |
| 18.5 | Blocked by a large peak from excipients |
| 27.1 | Observed a peak at 27.1 |

Also PDX 7.15
PDX 15.20

47.     Based on the three peaks he identified in XRPD scans of Sunshine Lake's ANDA product, Dr. Atwood concluded that Sunshine Lake's ANDA products contains crystalline apixaban particles.  Tr. 415:22-416:22, 426:1-7 (Atwood).

48.     Large excipient peaks between 10-11 degrees and 18-19 degrees obscure smaller apixaban peaks at 10, 10.6, and 18.5 degrees.  Tr. 407:14-408:4 (Atwood); PTX-960 at 2.  A large excipient peak also obscures a crystalline apixaban peak at 12.9 degrees.  Tr. 408:5-409:3 (Atwood); PTX-960 at 8.

49.     Dr. Atwood did not need to perform a limit of detection study because he was able to detect three characteristic peaks and was not quantifying how much crystalline apixaban is present in Sunshine Lake's ANDA products.  *See* Tr. 371:10-372:5 (Atwood).

50.     Dr. Atwood's XRPD tests demonstrate that crystalline apixaban particles are present in Sunshine Lake's ANDA products.  Tr. 415:22-416:22, 426:1-7 (Atwood).

**2.      Sunshine Lake's Internal Documents and Witnesses Confirm that Crystalline Apixaban Can Form in Sunshine Lake's ANDA Products**

51.      Sunshine Lake reported to the FDA that "it can be concluded that the polymorph conversion can consistently occur during the stability of Apixaban tablets."  PTX-846 at HECAPIX001956; Tr. 1013:24-1014:17 (Chen).  After the deposition of the Director of the Excipient Department, Dr. Yong Chen, Sunshine Lake amended its ANDA to recharacterize allegedly erroneous descriptions related to polymorph conversion.  Tr. 1003:12-17, 1004:4-19, 1022:12-19, 1016:13-15 (Chen).  But the conclusion that "polymorph conversion can consistently occur during the stability of Apixaban tablets" and the underlying XRPD data remain in the amended ANDA submitted in August 2019.  Tr. 1013:24-1014:17, 1017:6-1018:16 (Chen); DTX-996/PTX-948 at HECAPIX093394, 97.

52.      Sunshine Lake determined that its 5 mg ANDA product from a larger lab-scale batch contained crystalline apixaban form N-1 based on a single peak at 17.1 in an XRPD scan.  DTX-996/PTX-948 at HECAPIX093397; Tr. 1013:6-23, 1017:6-17 (Chen).

53.      The manufacturing method for the larger lab scale batches and the exhibit batches is the same.  Tr. 1015:8-17 (Chen).

54.      Sunshine Lake's internal testing and analysis shows that the amorphous apixaban in its ANDA product can convert to crystalline form N-1.  Tr. 1010:3-1011:14 (Chen).  An internal presentation by HEC, a company affiliated with Sunshine Lake, from 2015 was titled "Discussion on the Crystalline Form of Apixaban Tablet U.S."  Tr. 1009:14-19 (Chen); UF ¶¶ 5-7.  That presentation states that "during the stability process, amorphous apixaban will partially convert to crystalline form N.  The longer, the higher the conversion ratio."  Tr. 1010:3-7 (Chen).  Dr. Chen admitted that amorphous apixaban "can convert" to crystalline form N-1 apixaban.  Tr. 1010:23-1011:1 (Chen).  The presentation also states that "82 percent of the amorphous form

converts into crystalline form N," and "in the end, all will convert to crystalline N."  Tr. 1010:19-1011:14 (Chen).

### 3.    Dr. Brittain's Testing Was Insufficient

55.    Dr. Brittain agreed that Dr. Atwood's approach of using slow scans to increase the sensitivity was reasonable given the small percentage of apixaban in Sunshine Lake's ANDA product.  Tr. 1112:11-17 (Brittain).  But Dr. Brittain did not attempt to replicate Dr. Atwood's method by using slow scans in his analysis.  Tr. 1112:25-1113:6 (Brittain).

56.    For each test he performed, Dr. Brittain ran five fast scans at approximately 0.3 seconds per step and then averaged the data.  Tr. 1072:1-10, 1114:4-20 (Brittain).  Dr. Brittain admitted that his scan averaging method results in an equivalent step time of 1.75 seconds per step and that the step time Dr. Atwood used at 1,000 seconds is "a lot bigger than 1.75."  Tr. 1114:14-20 (Brittain).  Thus, Dr. Atwood's XRPD testing is several orders of magnitude more sensitive than Dr. Brittain's.

57.    Dr. Brittain's testing was insufficient to detect crystalline apixaban in Sunshine Lake's tablets.  Tr. 423:6-12 (Atwood).  Dr. Brittain's fast scans are not sufficiently sensitive to observe small features in an XRPD pattern.  Tr. 421:18-422:7 (Atwood).  The small percentage of apixaban in Sunshine Lake's ANDA product means that any crystalline apixaban will not produce large peaks in an XRPD pattern.  Tr. 422:8-15 (Atwood).  And averaging five fast scans will not compensate, because running a slow scan with a significant number of counts and a low standard deviation is needed.  Tr. 422:22-423:5 (Atwood).

58.    Dr. Brittain also relied on XRPD testing provided by counsel from Sunshine Lake.  Tr. 1116:24-1117:11 (Brittain); DTX-505.  Dr. Brittain did not know who conducted those tests and never spoke with anyone who did the testing.  Tr. 1117:12-20 (Brittain).  He did

not know what scan parameters were used.  Tr. 1117:21-24 (Brittain).  Dr. Brittain accepted the

results at face value.  Tr. 1117:25-1118:2 (Brittain).

### 4.   Dr. Brittain Confirmed There Is a Genuine Peak at 12.4 Degrees in Dr. Atwood's Analysis of Sunshine Lake's ANDA Product

59.   Dr. Brittain conceded that Dr. Atwood's XRPD tests showed a reproducible peak

at 12.4 degrees.  Tr. 1106:21-1107:9 (Brittain).  Dr. Brittain described the peak at 12.4 degrees as

"indisputable."  Tr. 1107:4-9 (Brittain).  A peak at 12.4 degrees is characteristic of crystalline

apixaban because it is within 0.1 degrees of the characteristic peak at 12.3 listed in the '945

Patent.  Tr. 411:22-412:1 (Atwood), 1106:16-20 (Brittain).

60.   In his expert report, Dr. Brittain initially claimed that the peak at 12.4 degrees was

caused by lactose anhydrous, one of the excipients in Sunshine Lake's ANDA product.  Tr.

1107:10-17 (Brittain).

61.   Dr. Atwood disproved that theory.  Dr. Atwood tested Dr. Brittain's alleged

sample of lactose anhydrous and found that it was not lactose anhydrous but, instead, contained

lactose monohydrate.  Tr. 1108:5-1109:1 (Brittain).  Dr. Brittain conceded as much.  Tr. 1108:5-

15 (Brittain) ("Yes.  There was lactose monohydrate as Dr. Atwood said.").

62.   Dr. Brittain then claimed that the peak at 12.4 degrees that Dr. Atwood observed

was caused by lactose monohydrate.  Tr. 1095:10-1096:13 (Brittain).  Dr. Brittain speculated that

the lactose anhydrous in Dr. Atwood's sample must have converted to lactose monohydrate

because Dr. Atwood did not see a peak in his November scan.  Tr. 1110:21-1111:7 (Brittain).

Dr. Brittain theorized at his deposition that there must have been a conversion because Dr.

Atwood's first scan did not show a peak and then "a scan a couple months later showed the

peak."  Tr. 1111:18-1112:4 (Brittain).  But Dr. Brittain ultimately agreed that Dr. Atwood's

November 7, 2018 scan shows a peak at 12.4 degrees.  Tr. 1110:21-1112:4 (Brittain).

63. Lactose monohydrate is not an ingredient in Sunshine Lake's ANDA products. Tr. 1109:2-9 (Brittain).

64. Accordingly, the indisputable peak Dr. Atwood found at 12.4 degrees cannot be attributed to lactose monohydrate, nor to any form of lactose in Sunshine Lake's ANDA product. Tr. 420:307 (Atwood).

65. Dr. Atwood's first XRPD test of Sunshine Lake's ANDA product was on October 31, 2018. PTX-960 at 2; Tr. 482:2-7 (Atwood). This scan used a six-second count time, which is too fast to observe material that is 2.5% of the sample. Tr. 485:22-486:9 (Atwood). The slow scan that Dr. Atwood relied on to show the presence of a peak at 12.4 degrees was a week later on November 7, 2018. PTX-960 at 11; Tr. 421:4-10 (Atwood). Dr Atwood testified that the lactose anhydrous would not convert in the time between his first and later scans. Tr. 420:21-421:14 (Atwood).

## C. The Crystalline Apixaban Particles in Sunshine Lake's ANDA Products Have a $D_{90}$ Equal to or Less than about 89 Microns

66. Plaintiffs have shown by a preponderance of the evidence that the crystalline apixaban particles in Sunshine Lake's ANDA products have a $D_{90}$ equal to or less than 89 microns.

67. Sunshine Lake attempts to avoid crystallization by using a process designed to make an amorphous dispersion. Tr. 1078:5-13 (Brittain). Sunshine Lake uses the polymer povidone, which is a well-known nucleation and crystallization inhibitor. Tr. 1097:19-1098:16 (Brittain).

68. Sunshine Lake starts by dissolving crystalline apixaban in a solution with povidone. Tr. 425:4-9 (Atwood). The solution of polymer and apixaban is then sprayed onto a

bed of excipient particles where the droplets rapidly dry.  Tr. 425:10-21 (Atwood), 1058:20-1059:8 (Brittain).

69.     Sunshine Lake's manufacturing process limits the size of the crystalline apixaban particles that form in Sunshine Lake's ANDA products.  Tr. 426:8-12 (Atwood).  Rapid drying leaves apixaban uniformly distributed.  Tr. 426:13-427:2 (Atwood), 1058:20-1059:8 (Brittain). Dr. Atwood testified that apixaban will be "well separated" in the solution step and rapid drying "will capture apixaban in small pockets rather uniformly distributed among the excipients."  Tr. 426:13-427:2 (Atwood).  Apixaban will not be able to coalesce into large domains during drying. Tr. 426:13-427:2 (Atwood).

70.     Because the apixaban is only 2.5% of the composition, the regions of apixaban will be small and will not support the growth necessary for crystalline apixaban particles to reach 89 microns.  Tr. 427:3-15. (Atwood).  When crystals first form, they will be on the order of a few nanometers across in size.  Tr. 330:19-22, 424:7-15 (Atwood).  Even if the apixaban were to crystallize completely, the small amount "places a distinct limitation on the size to which crystals could grow."  Tr. 427:3-15. (Atwood).  Crystals must convert surrounding amorphous material in order to grow.  Tr. 331:1-13 (Atwood).  Because the small amount of apixaban is uniformly distributed, "[t]here is just not enough material in these individual pockets to support growth of crystals of 89,000 nanometers."  Tr. 427:3-15 (Atwood).

71.     Povidone and other excipients will keep the crystalline apixaban particles separate.  Tr. 427:16-22 (Atwood).  Dr Brittain described the apixaban as existing in "a film of povidone on the surface of the excipient particles."  Tr. 1058:6-1059:10 (Brittain).  Dr. Brittain testified that povidone is a well-known crystallization inhibitor.  Tr. 1097:19-1098:16 (Brittain). Dr. Brittain agreed that Dr. Atwood's explanation that apixaban particles form and become

immobilized by surrounding povidone is plausible, if there were not experimental evidence to the

contrary.  Tr. 1118:13-1119:3 (Brittain).  The only experimental evidence Dr. Brittain cited in an

attempt to contradict Dr. Atwood were (a) the theory that Sunshine Lake's products contain no

crystalline apixaban based on his assessments of the XRPD data; and (b) a patent from Cadila

Healthcare.  Tr. 1118:19-1120:25 (Brittain).  But the theory that Sunshine Lake's products

contain no crystalline apixaban is disproven by Dr. Atwood's contrary test results (*supra* at 44-

50), Sunshine Lake's own testing (*supra* at 51-54), the insufficient sensitivity of Dr. Brittain's

tests (*supra* at 55-58), and the indisputable peak at 12.4 (*supra* at 59-65).  And the Cadila

Healthcare patent is distinguishable and irrelevant.  *Infra* at 74.  Thus, povidone will prevent

crystalline apixaban particles from growing large.

72. Dr. Brittain presented no evidence that a crystalline apixaban particle in Sunshine

Lake's ANDA products could grow larger than 89 microns.

73. Based on Sunshine Lake's manufacturing process, Sunshine Lake's ANDA

products will not contain large crystalline apixaban particles.  Tr. 428:2-16 (Atwood).  It was not

necessary to calculate the $D_{90}$ because the crystalline apixaban particles will be so much smaller

than 89 microns that the claim limitation is clearly met.  Tr. 428:2-429:1 (Atwood).

74. Dr. Brittain contends that the apixaban in its amorphous dispersion will be bound

to excipients and not exist as discrete particles.  Tr. 1119:17-1120:5 (Brittain).  Dr. Brittain's

only support is a patent application by a third party Cadila Healthcare, Limited.  Tr. 1119:17-

1120:15 (Brittain); DTX-503.  Dr. Brittain admitted that the patent application does not describe

Sunshine Lake's manufacturing process.  Tr. 1119:17-1120:12, 1122:10-12 (Brittain).  He agreed

that Sunshine Lake does not use the procedure described in the examples in that patent

application.  Tr. 1122:13-16 (Brittain).  Sunshine Lake uses a different solvent than what is

described in the patent application.  Tr. 1122:17-19 (Brittain).  Sunshine Lake's manufacturing process involves spray drying apixaban and povidone on an excipient, and the patent application does not.  Tr. 1122:20-25 (Brittain).

75.      All crystals are particles.  Tr. 1669:16-20 (Myerson).  The '945 Patent discloses that the term "particles" refers to individual drug substance particles, whether they exist singly or are agglomerated.  '945 Patent (JTX-2) at 3:20-22; Tr. 348:6-22 (Atwood).  Thus, the particle size limitation addresses the apixaban particles in the agglomerate, not the agglomerate itself. '945 Patent (JTX-2) at 3:22-29; Tr. 348:6-349:10, 492:22-493:3 (Atwood).

### D.     Conclusion

76.      Sunshine Lake's 2.5 mg and 5 mg ANDA products will infringe claims 21 and 22 of the '945 Patent, respectively.  Tr. 429:2-8 (Atwood).

Dated: December 20, 2019

*Of Counsel:*

William F. Lee (admitted *pro hac vice*)
Kevin S. Prussia (admitted *pro hac vice*)
Andrew J. Danford (admitted *pro hac vice*)
Timothy A. Cook (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amy K. Wigmore (admitted *pro hac vice*)
William G. McElwain (admitted *pro hac vice*)
Heather M. Petruzzi (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb
Company and Pfizer Inc.*

– 17 –

Tel: (202) 663-6000
Fax: (202) 663-6363