## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | C.A. No. 17-374-LPS (CONSOLIDATED) |

### SUNSHINE LAKE'S PROPOSED FINDINGS OF FACT ON NONINFRINGEMENT

OF COUNSEL:

Paul H. Kochanski
Kendall K. Gurule
**LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP**
20 Commerce Drive
Cranford, NJ 07016
Telephone: (908) 654-5000
pkochanski@lernerdavid.com
kgurule@lernerdavid.com

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Sunshine Lake Pharma
Co., Ltd. and HEC Pharm USA Inc.*

February 7, 2020

# TABLE OF CONTENTS

Page(s)

ABBREVIATIONS .................................................................................................................iii

I.    BACKGROUND ..........................................................................................................1

II.   THE '945 PATENT .....................................................................................................1

     A.    Asserted Claims .............................................................................................1

     B.    Claim Construction ........................................................................................2

     C.    Person of Ordinary Skill In The Art .............................................................2

III.  SUNSHINE LAKE DOES NOT INFRINGE THE ASSERTED CLAIMS
       OF THE '945 PATENT ...............................................................................................3

     A.    Common Technical Background ....................................................................3

          1.    Technical Experts...............................................................................3

          2.    Crystalline and Amorphous Materials
              in Pharmaceutical Compositions........................................................4

          3.    Amorphous Solid Dispersions ...........................................................4

          4.    X-Ray Powder Diffraction (XRPD)...................................................6

IV.  SUNSHINE LAKE'S ANDA PRODUCT DOES NOT CONTAIN
       CRYSTALLINE APIXABAN PARTICLES ...............................................................8

     A.    Sunshine Lake's Production Method Is Designed To Produce A
          Stable Amorphous Solid Dispersion ............................................................8

          1.    Sunshine Lake's Testing Showed That Its Production
              Method Produced A Stable Solid Amorphous Dispersion .........................9

     B.    Dr. Brittain's Testing Showed That Sunshine Lake's Production
          Method Produced A Stable Solid Amorphous Dispersion ....................................11

     C.    Dr. Brittain's Testing Was Adequate To Reduce Noise To Identify
          XRPD Peaks.................................................................................................13

     D.    Dr. Atwood's Testing Showed That Sunshine Lake's Production
          Method Produced A Stable Solid Amorphous Dispersion ....................................13

V.   SUNSHINE LAKE'S ANDA PRODUCT DOES NOT CONTAIN
       CRYSTALLINE APIXABAN PARTICLES HAVING A $D_{90}$ EQUAL
       TO OR LESS THAN ABOUT 89 μM.......................................................................20

VI.  CONCLUSION..........................................................................................................20

## **ABBREVIATIONS**

| Abbreviation | Description |
| --- | --- |
| '208 Patent | U.S. Patent No. 6,967,208 (JTX-1) |
| '945 Patent | U.S. Patent No. 9,326,945 (JTX-2) |
| ANDA | Abbreviated New Drug Application |
| Asserted Claims | For the '945 Patent, claims 21 and 22 |
| FDA | United States Food and Drug Administration |
| BMS | Bristol-Myers Squibb Co. |
| Pfizer | Pfizer, Inc. |
| Plaintiffs | BMS and Pfizer |
| Sigmapharm | Sigmapharm Laboratories, LLC |
| Sunshine Lake | Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc |
| Unichem | Unichem Laboratories, Ltd. |
| Defendants | Sigmapharm, Sunshine Lake, and Unichem |
| UF | Uncontested Facts |
| POSA | Person of Ordinary Skill in the Art |
| XRPD | X-Ray Powder Diffraction |

## I.   BACKGROUND

1.     Apixaban is the active ingredient in Eliquis® which is an FDA approved anticoagulant. UF ¶¶ 35-36, 41-43.

2.     These consolidated cases concern U.S. Patent Nos. 6,967,208 and 9,326,945, which are listed in the FDA's Orange Book in connection with Eliquis®. UF ¶ 51.

3.     Sunshine Lake submitted ANDA No. 209994 to the FDA seeking approval to engage in the commercial manufacture, use, and sale of apixaban oral tablets in 2.5 mg and 5 mg doses. UF ¶ 63. Sunshine Lake's ANDA product refers to the 2.5 mg and 5 mg apixaban oral tablets that are the subject of ANDA No. 209994. The characteristics of Sunshine Lake's ANDA product are shown by the exhibit batches submitted to the FDA. Tr. 1078:14-1079:13 (Brittain).

4.     Sunshine Lake filed a Paragraph IV Certification with its ANDA contesting infringement of the '945 Patent. The '208 Patent was not challenged by or asserted against Sunshine Lake.

## II.   THE '945 PATENT

### A.   Asserted Claims

5.     Plaintiffs asserted only claims 21 and 22 of the '945 Patent against Sunshine Lake. Tr. 322:6-8 (Atwood); D.I. 677. Claims 21 and 22 depend from independent claim 12 and add that the compositions comprise 2.5 mg or 5 mg of apixaban, respectively. JTX-2 at 10:46 49; Tr. 345:21-23 (Atwood), 1065:21-23 (Brittain).

6.     Claim 12 provides as follows:

> A solid pharmaceutical composition comprising a therapeutically effective amount of apixaban and a pharmaceutically acceptable diluent or carrier,
> wherein apixaban comprises crystalline apixaban particles,
> wherein the crystalline apixaban particles have a $D_{90}$ equal to or less than about 89 μm, and
> wherein, as measured using a USP Apparatus 2 at a paddle rotation speed of 75 rpm in 900 ml, of a dissolution medium at 37° C., at least 77 wt % of apixaban in the pharmaceutical composition dissolves within 30 minutes in the

1

dissolution medium, and the dissolution medium is 0.05 M sodium phosphate at a pH 6.8 containing 0.05% sodium lauryl sulfate.

JTX-2 at 10:13-26.

7.      Sunshine Lake disputes infringement of only the following claim limitations: "wherein apixaban comprises crystalline apixaban particles" and "wherein the crystalline apixaban particles have a $D_{90}$ equal to or less than about 89 microns". UF ¶¶ 64-67.

8.      In order to show infringement, Plaintiffs must prove that: Sunshine Lake's ANDA product contains crystalline apixaban, that any crystalline apixaban is in particulate form, and that, if crystalline apixaban particles are present, they have a $D_{90}$ equal to or less than about 89 µm. Tr.  065:24-25, 1066:9 18 (Brittain).

**B.   Claim Construction**

9.      The Court construed "apixaban particles have a $D_{90}$ equal to or less than about 89 µm" to have its plain and ordinary meaning. UF ¶ 34. The plain meaning is that 90% of the apixaban crystalline particles by volume have a diameter of less than or equal to 89 µm "irrespective of whether the apixaban particles is bulk apixaban". UF ¶ 34; D.I. 380 at 10.

**C.   Person of Ordinary Skill In The Art**

10.     Sunshine Lake's expert Dr. Brittain opined that a POSA, for the purposes of the '945 Patent, is:

A person that has a Ph.D. in pharmaceutical sciences or a closely related field with two or more years of experience in that field or a master's degree in pharmaceutical sciences or a closely related field and five or more years of experience, or the equivalent, in pharmaceutical formulation, or a bachelor's degree in chemistry, pharmaceutics, or chemical engineering, and significant work experience in the manufacture and characterization of materials having pharmaceutical interest. That POSA would have been capable of designing and formulating pharmaceutical formulations, including immediate release compositions of low solubility active pharmaceutical ingredients, such as, for example, apixaban for thromboembolic therapy. This POSA at the relevant time had training in, experience in, and/or an understanding of particle size and dissolution testing that frequently accompanies the development of

2

pharmaceutical formulations. Such a person generally would have supervised and/or collaborated with others having skill and/or expertise in the testing discussed above.

11.     The other Defendants' experts and Plaintiffs' experts offered a similar definition for a POSA. UF ¶ 31. The parties agreed that "the opinions offered by each side's experts do not change based on which of the two definitions … is applied". UF ¶ 33.

## III.   SUNSHINE LAKE DOES NOT INFRINGE THE ASSERTED CLAIMS OF THE '945 PATENT

### A.   Common Technical Background

#### 1.   Technical Experts

12.     Dr. Brittain is Sunshine Lake's expert addressing noninfringement of the '945 Patent. Tr. 1050:25-1051:19 (Brittain). Dr. Brittain is the Institute Director at the Center for Pharmaceutical Physics and has worked in the field of physical chemistry for 40 years, and in the field of physical pharmacy for over 35 years. Tr. 1047:10-17, 1049:24-1050:3 (Brittain); DTX-502.1. Dr. Brittain has special expertise in the physical characterization of pharmaceutical formulations in particular analytical methods including X-ray powder diffraction. Dr. Brittain holds 23 U.S. patents based on his XRPD work. Tr. 1049:18-1050:16 (Brittain).

13.     Dr. Zaworotko[1] is Sigmapharm's expert with respect to the '945 Patent noninfringement analysis. Tr. 902:2-4 (Zaworotko). He is a professor of crystal engineering at the University of Limerick who has published over 400 peer reviewed articles whose main subject matter is crystallography and crystallization. Tr. 903:11-904:19, 905:5-11 (Zaworotko).

14.     Dr. Atwood is Plaintiffs' expert addressing infringement of the '945 Patent by Sunshine Lake and Sigmapharm.  Tr. 318:20-24 (Atwood).

---

[1] Dr. Zaworotko was not retained by Sunshine Lake. However, Dr. Zaworotko provided relevant testimony with respect to background scientific information and standards, including information with respect to amorphous solid dispersions and XRPD analysis. Tr. 1055:11-18 (Brittain).

### 2. Crystalline and Amorphous Materials in Pharmaceutical Compositions

15.     Pharmaceutical compositions are made up of an active pharmaceutical ingredient (API) and one or more excipients. Tr. 325:11-24 (Atwood). An API is an active ingredient that treats a disease, and an excipient is a component that is not an active ingredient. Tr. 325:11-15, 325:25-326:3 (Atwood). Here, the API is apixaban. Tr. 325:16-18 (Atwood). "Bulk apixaban" refers to apixaban before it is included in a pharmaceutical composition. Tr. 1148:2-6 (Genck).

16.     A crystalline material is a material in which molecules have a long-range order called a crystal lattice or array. Tr. 326:4-9 (Atwood), 910:13-21 (Zaworotko). Long-range order means there are enough ordered molecules to generate an XRPD pattern. Tr. 911:1-3 (Zaworotko).

17.     Amorphous materials are materials which lack long-range order. Tr. 326:22-327:1 (Atwood), 910:22-25 (Zaworotko).

18.     Crystals may form by a process that includes nucleation, in which molecules move to come together and aggregate to form a crystal nucleus. Tr. 330:2-6 (Atwood). Nucleation, and therefore crystal growth and formation, cannot occur without sufficient molecular mobility. Tr. 923:3-11 (Zaworotko), 330:2-6, 331:1-7 (Atwood).

### 3. Amorphous Solid Dispersions

19.     A neat amorphous solid is a pure amorphous substance or a substance containing only one type of material. Tr. 1097:23-1098:5 (Brittain), 910:22-25 (Zaworotko).

20.     An amorphous solid dispersion (also called a "solid solution" or a "solid dispersion") is an amorphous mixture of a polymer, such as PVP (also called "povidone" or "polyvinylpyrrolidone"), and a small amount of material such as apixaban. PVP is known in the

art to form amorphous solid dispersions when mixed with small amounts of apixaban. Tr. 1098:12-16 (Brittain); DTX-720.2, DTX-503.10.

21.     Neat amorphous solids and amorphous solid dispersions should not be confused because they have very different properties. Tr. 927:12-19 (Zaworotko), 1097:23-1098:16 (Brittain).

22.     In an amorphous solid dispersion of apixaban in PVP, apixaban is dispersed in a matrix of PVP such that individual apixaban molecules are separated from one another and immobilized so that they cannot aggregate or come together to nucleate and form a crystal. Tr. 912:2-12 (Zaworotko), 1063:13-1064:8 (Brittain). The apixaban molecules are immobilized and separated from one another because they are actually bonded to sites on the PVP polymer. Tr. 912:8-12 (Zaworotko), 1063:13-1064:8 (Brittain).

23.     Due to the molecular level separation, amorphous solid dispersions do not contain discrete particles or crystals. Tr. 1102:16-22 (Brittain).

24.     PVP is well known in the art for inhibiting and preventing nucleation and crystallization in an amorphous solid dispersion. Tr. 1057:5-6, 1098:12-16 (Brittain), 934:15-935:1 (Zaworotko); DTX-768.1, DTX-767.1, DTX-720.2.

25.     A neat amorphous solid has the potential to convert to crystalline form, because the amorphous form is at a higher energy state then the crystalline. Tr. 328:20-329:13, 493:9-18 (Atwood). However, amorphous solid dispersions are much more stable in the amorphous form and may never convert to crystalline form. Tr. 924:6-17 (Zaworotko). Amorphous solid dispersions are used in drug products precisely because they produce stable amorphous products. Tr. 922:15-19 (Zaworotko), Tr. 1065:8-14 (Brittain); DTX-767.1, DTX-720.2.

**4.**     **X-Ray Powder Diffraction (XRPD)**

26.     XRPD is recognized in the art as being an appropriate analytical tool for distinguishing between amorphous and crystalline solids and, in some scenarios, for identification of crystalline solids. Tr. 914: 4-6 (Zaworotko), 336:2-13 (Atwood), 1068:3-9 (Brittain).

27.     Broad humps in an XRPD pattern show the presence of amorphous material in a sample. Tr. 1062:3-17, 1078:14-1079:13 (Brittain); DTX-503.2, DTX-505.2-13.

28.     It is important to identify XPRD peaks, or genuine peaks, by distinguishing them from noise spikes. Tr. 1076:17-24 (Brittain), 920:3-7 (Zaworotko). A genuine XRPD peak must have both sufficient height and sufficient width in comparison to the noise. Tr. 919:10-15, 920:3-922:9 (Zaworotko), 1076:17-24, 1091:21-25 (Brittain). A sufficient width is approximately 0.2 to $0.3^{\circ}2\Theta$ at the base of a peak. Tr. 1088:24-1089:12 (Brittain). For crystalline apixaban, the breadth of genuine XPRD peaks is very similar for all the peaks. Tr. 502:14-19 (Atwood). A genuine XRPD peak will also be reproducible throughout multiple scans. Tr. 1088:10-20, 1092:21-25 (Brittain).

29.     Noise is a random signal which creates completely random fluctuations which are present throughout the entirety of an XRPD pattern Tr. 920:14-16 (Zaworotko). Noise peaks can be included on and throughout a genuine peak. Tr. 1073:25-1074:3, 1077:11-18, 1092:21-25 (Brittain). Because noise is random, a noise spike will not be reproducible in multiple scans. Tr. 1088:10-23 (Brittain).

30.     Although one peak in an XRPD pattern may show the presence of crystalline material, one peak is not sufficient to establish the identity of the crystalline material without more information because different compounds may have similar or almost identical XRPD patterns. Tr. 915:2-9 (Zaworotko), 336:8-9 (Atwood).

31.     An XRPD pattern is the fingerprint of a crystalline substance. Tr. 336:10-13, 339:21-340:4 (Atwood), 972:9-15 (Zaworotko).

32.     The United States Pharmacopeia ("USP") teaches that identification of a crystalline form in an unknown sample can be based on comparison of its XRPD pattern to a known reference. Tr. 336:10-13, 339:21-340:4 (Atwood), 972:9-15 (Zaworotko); PTX-681.8. The industry standard is that 10 peaks should be matched to within 0.2º2Θ in order to identify a crystalline form by peak matching.  Tr. 917:5-9 (Zaworotko); DTX-257.4. Even with an exact match of 10 peaks, accurate identification is not guaranteed. Tr. 917:9-17 (Zaworotko).

33.     The '945 Patent lists six characteristic peaks for the identification of crystalline apixaban form N-1 and establishes a margin of error of plus or minus 0.1º2Θ for each peak. JTX-2 at 4:66-5:3 and Table 2, Tr. 1067:5-19 (Brittain).

34.     The parties agree that when a component is present in small amounts in a sample, a sensitive XRPD method should be used to detect it. Tr. 343:25-344:10 (Atwood), 1071:20-1072:17 (Brittain).

35.     Sensitivity may be increased by using more than one technique, including both: (i) performing multiple scans and averaging their results ("scan averaging") or (ii) performing slower scans to increase count time per step ("slow scans"). Tr. 1071:20-1072:10 (Brittain). Both methods to achieve sensitivity are known by a POSA to be valid and effective methods to reduce the amount or significance of the noise, so that genuine peaks stand out more clearly when small amounts of material are present. Tr. 1072:11-17 (Brittain), 343:10-18, 21-24 (Atwood). A reduction in noise means an increase in sensitivity. Tr. 343:10-18, 21-14 (Atwood), 1072:11-17 (Brittain).

## IV.   SUNSHINE LAKE'S ANDA PRODUCT DOES NOT CONTAIN CRYSTALLINE APIXABAN PARTICLES

### A.   Sunshine Lake's Production Method Is Designed To Produce A Stable Amorphous Solid Dispersion

36.      It is known in the art that a process including dissolution of apixaban and PVP in a solvent followed by rapid dry down results in an amorphous solid dispersion. Tr. 1060:1-1061:14,   1062:3-17,   1062:22-1063:9,   1063:13-1064:8,   1064:16-22   (Brittain); DTX-503.10.

37.      Sunshine Lake's product is produced by a process including (i) dissolving bulk crystalline apixaban and PVP in a solvent and (ii) rapidly drying down the solution to remove the solvent in order to form an amorphous solid dispersion of apixaban in povidone. Tr. 1058:13-1059:8 (Brittain); DTX-512.116. Sunshine Lake uses bulk crystalline apixaban, which has a particle size greater than 89 µm to produce its ANDA product. DTX-512.65-66. The crystalline character of the bulk apixaban is destroyed when it is dissolved in the solvent. Tr. 1058:13-19 (Brittain), 494:14-22 (Atwood).

38.      It is established in the art that a PVP:apixaban ratio at least within the range of 1:1 to 8:1 will produce an amorphous solid dispersion. DTX503:10; Tr. 1064:16-22 (Brittain). The PVP:apixaban ratio of Sunshine Lake's ANDA product is 1.2:1, which is within this range. Tr. 1056:16-1057:8, 1065:2-7 (Brittain); DTX-518.2.

39.      Although it is not Sunshine Lake's patent and that the process is not exactly the same, the manner in which amorphous apixaban product is produced disclosed in DTX-503 is applicable and useful in understanding Sunshine Lake's product because both utilize exceedingly similar methods of manufacture including steps of dissolving apixaban and PVP in a solvent followed by rapid removal of the solvent, and also use similar ratios of PVP:apixaban. Tr. 1064:12-22 (Brittain).

8

40.     Based on Sunshine Lake's PVP:apixaban ratio, its manufacturing process, and current knowledge in the art, a POSA would expect the apixaban in Sunshine Lake's ANDA product to be in the form of an amorphous solid dispersion of apixaban in PVP, and therefore, contain no crystalline apixaban or crystalline apixaban particles. Tr. 1058:6-1059:8, 1064:23-1065:14, 1077:19-1078:13, 1101:25-1102:25 (Brittain); DTX-503.10. This is in fact what happens in Sunshine Lake's process as proven by at least Dr. Brittain's testing and Sunshine Lake's testing of its exhibit batches. Tr. 1058:6-1059:8 (Brittain).

### 1.     Sunshine Lake's Testing Showed That Its Production Method Produced A Stable Solid Amorphous Dispersion

41.     Sunshine Lake performed testing of its apixaban containing intermediates and determined that the apixaban in the intermediates was not crystalline apixaban but amorphous apixaban. DTX-996.156-157.

42.     Sunshine Lake conducted stability testing on its lab scale and exhibit batches of its ANDA product at the time points of 0, 2-months, 3-months, 6-months, and 3 years, for a total of 40 tests. DTX-996.160-182. Only one out of Sunshine Lake's 40 stability tests showed crystalline conversion of apixaban and the remaining 39 tests showed that no crystalline apixaban was present. DTX-996.160-162; Tr. 1019:12-24 (Chen). Taken as a whole, Sunshine Lake's stability testing data shows that the apixaban in its ANDA product is present in an amorphous form which is stable for at least up to three years. DTX-996.160-162.

43.     In its stability testing, Sunshine Lake used the analysis of a peak at 17.1°2$\Theta$ in combination with the results of extensive previous testing, as an indicator of whether or not the N-1 form of crystalline apixaban was present. DTX-996.35. Sunshine Lake chose this peak as an indicator for screening purposes because: (i) it was the most intense peak in the previously obtained pattern of crystalline apixaban API and (ii) the tablet it was analyzing in its stability

testing was an extremely well characterized system in which previous testing had established that there were no other components of the system or contaminants which could produce a peak in the 17.1°2Θ region, other than crystalline apixaban. DTX-996.13, 27, 35-36, 152, 156-157, 159.

44.     The sole test which showed some crystalline conversion was a 6-month accelerated stability test on a larger-lab scale batch. DTX-996.160; Tr. 1019:12-24 (Chen). The remaining eight lab scale batches showed no conversion. DTX-996.160. Lab scale batches are prepared merely for research and development and may have less stringent production process and testing standards than exhibit batches. Tr. 1015:8-13 (Chen), 1105:15-24 (Brittain); DTX-996.160.

45.     None of Sunshine Lake's exhibit batches showed any crystalline conversion in any of the 31 tests performed on them, including in the 6-month accelerated tests. DTX-996.160-162; Tr. 475:9-17 (Atwood), 1021:5-6 (Chen). Exhibit batches are the batches which are submitted to the FDA as being representative of the ANDA product. Tr. 1078:14-1079:13 (Brittain), 475:9-12 (Atwood).

46.     Although the actual testing data showed no crystalline conversion in the exhibit batches, Sunshine Lake's ANDA contained erroneous language in approximately nine locations stating that conversion into and between crystalline forms of apixaban will occur in Sunshine Lake's ANDA product. DTX-995.4-8, DTX 996.160.

47.     Dr. Yong Chen, the Director of the Excipient Department at Sunshine Lake, testified that these statements were in error because they did not reflect the actual data in Sunshine Lake's ANDA. Tr. 1014:18-22, 1020:10-6 (Chen). As to the errors, Dr. Chen testified that:

"…my opinion is that the person who edited or written this paragraph has a misunderstanding – had misunderstood the data on the table because they are not a professional researcher."

Tr. 1022:12-19 (Chen).

48.     During preparation for his deposition, Dr. Chen became aware of these drafting errors and shortly after took the necessary steps to correct the same. Tr. 1003:18-1004:16 (Chen).

49.     Sunshine Lake filed amendments with the FDA in May 2019 and August 2019 which were intended to correct all the erroneous statements, and did in fact correct at least eight out of the approximately nine erroneous statements. Tr. 1004:17-1005:10 (Chen); DTX-995.4-8, DTX-509.2-19, DTX-994.1-2.

### B.     Dr. Brittain's Testing Showed That Sunshine Lake's Production Method Produced A Stable Solid Amorphous Dispersion

50.     Dr. Brittain obtained XRPD patterns for each of Sunshine Lake's 2.5 mg and 5 mg apixaban tablets which came from Sunshine Lake's exhibit batches. Tr. 1069:1070:5 (Brittain); DTX-504.2, 9, 10, DTX-996.160, 161.

51.     To produce his XRPD pattern of the 2.5 mg tablet, Dr. Brittain ground five tablets, ran five separate XRPD scans on the same day he ground the tablets, and then averaged the results to arrive at a single scan-averaged pattern. Tr. 1070:6-1071:2, 1071:20-1072:10 (Brittain); DTX-504.2-7. To produce his XRPD pattern of the 5 mg tablet, Dr. Brittain followed a comparable method – grinding multiple tablets, running multiple XRPD scans on the same day, and averaging the results to arrive at a single scan-averaged pattern. Tr. 1075:19-1076:3; DTX-504.2-7.

52.     Each of Dr. Brittain's scans was run with from 0 to $41°2\Theta$, with a count time of 0.33 seconds per step. DTX-504.2-7, 9-10; Tr. 1113:16-18 (Brittain).

53.     Dr. Brittain's XRPD pattern for the 2.5 mg Sunshine Lake tablet showed no peaks within 0.1º2Θ of any of the six peaks identified in Table 2 of the'945 Patent for crystalline form N-1. Tr. 1068:17-1069:6, 1073:13-18 (Brittain); DTX-504.9.



54.     Dr. Brittain's XRPD pattern for the 5 mg Sunshine Lake tablet similarly showed no peaks within 0.1º2Θ of any of the six peaks identified in Table 2 of the '945 Patent for crystalline form N-1. Tr. 1075:19-1076:6 (Brittain); DTX-504.10.

55.     Sunshine Lake's exhibit batches, including the 2.5 mg and 5 mg apixaban tablets Dr. Brittain analyzed, were manufactured in January 2016 and Dr. Brittain conducted his XRPD analysis in March 2019, and accordingly, he tested the tablets when they were three years old. Tr. 1071:3-19 (Brittain); DTX-504.2, DTX-996.160-162.

56.     Dr. Brittain's testing shows that the apixaban in Sunshine Lake's ANDA product is present in an amorphous form which is stable for at least up to three years. Tr. 1068:17-1069:6, 1073:13-18, 1075:19-1076:6, 1071:3-19 (Brittain).

### C.  Dr. Brittain's Testing Was Adequate To Reduce Noise To Identify XRPD Peaks

57.    Dr. Brittain's scan averaging technique reduces noise and is thus a valid and effective method of increasing sensitivity to visualize weak peaks of crystalline material present in small amounts. Tr. 1071:20-1072:17 (Brittain).

58.    Plaintiffs have not entered any evidence to show that "Dr. Atwood's XRPD testing is several orders of magnitude more sensitive than Dr. Brittain's". D.I. 687 at ¶ 56.

59.    In obtaining his XRPD pattern of Sunshine Lake's 2.5 mg tablet, Dr. Brittain performed scan averaging and spent a total of 1.75 seconds counting at each step. Tr. 1070:6-1071:2, 1071:20-1072:10, 1113:16-1114:1, 1114:17-19 (Brittain); DTX-504.2-7. Dr. Atwood ran an XRPD scan of Sunshine Lake's tablet with the file name "apix1" using a count time of 6 seconds, but performed no scan averaging. PTX-960.2, DTX-526.16-32. Therefore, Dr. Atwood's total time spent counting on his "apix1" scan was approximately 3.5 times longer than Dr. Brittain's total time spent counting on his 2.5 mg tablet scan. However, because Dr. Brittain used scan averaging, Dr. Brittain's 2.5 mg tablet scan showed lower noise than Dr. Atwood's "apix1" scan. Tr. 1084:21-1085:1 (Brittain). Scan averaging and long count times are separate noise reduction techniques whose sensitivity cannot be compared by comparing the time spent counting.

### D.  Dr. Atwood's Testing Showed That Sunshine Lake's Production Method Produced A Stable Solid Amorphous Dispersion

60.    Dr. Atwood predicated his opinion on the alleged presence of the N-1 form of crystalline apixaban. Tr. 1067:23-1068:1 (Brittain), 404:11-13 (Atwood).

61.    Dr. Atwood obtained an XRPD pattern from a sample of Sunshine Lake's API, which showed approximately 20-25 XRPD peaks between approximately 0 and 30º2Θ for N-1 crystalline apixaban. Tr. 1082:9-22 (Brittain), 412:22-413:9 (Atwood). Dr. Atwood's XRPD

13

pattern of Sunshine Lake's API shows that 16.9º2Θ is the most intense peak. Tr. 1083:6-11 (Brittain), 413:21-23 (Atwood).

62.     Notwithstanding the 20-25 peaks identified in his scan of Sunshine Lake's API, the 10 peak identification recommended by the USP and by industry standard, and the six peaks disclosed in the '945 Patent, Dr. Atwood relied upon the alleged presence of only three peaks at 12.3, 16.9 and 27.1º2Θ in his analysis of Sunshine Lake's 2.5 mg tablet to identify crystalline apixaban. Tr. 1082:23-1083:5 (Brittain), 483:13-21 (Atwood).

63.     To obtain all of his scans of Sunshine Lake's 2.5 mg tablet, Dr. Atwood ground only one single tablet and then used that single ground tablet to conduct at least 12 scans between the dates of October 31, 2018 and February 6, 2019. Tr. 481:5-8, 482:2-483:5 (Atwood); DTX-526.1-15, PTX-960.   This tablet was from the same exhibit batch as Dr. Brittain's tablet. Tr. 402:14-24 (Atwood), Tr. 1085:7-24 (Brittain).

64.     Dr. Atwood ran two scans of Sunshine Lake's 2.5 mg tablet from approximately 0 to 30º2Θ. Tr. 1083:18-23 (Brittain); DTX-526.1, 16-32, 37-55, PTX-960.2. Neither of these patterns contained any evidence of genuine XRPD peaks at the angles that Dr. Atwood chose to analyze – 12.3, 16.9, or 27.1º2Θ. Tr. 1083:12-23, 1084:4-7, 1086:10-19 (Brittain); DTX-526.1, 16-32, 37-55, PTX-960.2.

65.     Around the region of 16.9º2Θ, Dr. Atwood ran an additional four scans having count times of 100 ("SunshineLakeg"), 200 ("apix6" and "SunshineLakeg2"), and 1000 ("apix9") seconds. Tr. 1087:10-18 (Brittain); PTX-960.5, 10, 13, DTX-526.10, 33, 36, 92-93. Out of four scans, Dr. Atwood purports to have identified a peak in only the 1000 second "apix9" scan. Tr. 414:7-415:7 (Atwood).



66.    The single "peak" identified by Dr. Atwood in the 16.9º2Θ region is a noise spike, not a genuine peak. Tr. 1087:2-9 (Brittain). None of Dr. Atwood's scans of the 16.9º2Θ region has a peak with sufficient width and height to be a genuine peak. Tr. 1088:10-1089:12 (Brittain). More tellingly, the alleged "peak" identified by Dr. Atwood near 16.9º2Θ in the apix9 scan is not reproducible and does not appear in the remaining three scans, as a genuine peak would. Tr. 1087:12-1089:12 (Brittain). In fact, both SunshineLakeg and apix6 show downward spikes at 16.9º2Θ. DTX-526.10, PTX-960.5.

67.    Around the region of 27.1º2Θ, Dr. Atwood ran an additional four scans having count times of 30 ("SunshineLakeb"), 100 ("SunshineLakec" and "SunshineLaked"), and 1000 ("SunshineLakej") seconds. Tr. 1090:15-21 (Brittain); PTX-960.16, 18, 23, DTX-526.74-76, 97. One scan ("SunshineLakeb") was discarded as the result of instrument error. Tr. 1090:22-1091:11 (Brittain); DTX-526.74. Of the remaining three scans, Dr. Atwood purports to have identified a peak in only the 1000 second "SunshineLakej" scan. Tr. 412:2-20 (Atwood).



68.     The single "peak" identified by Dr. Atwood in the 27.1º2Θ region is a noise spike, not a genuine peak. Tr. 1090:2-14 (Brittain). None of Dr. Atwood's three remaining scans of the 27.1º2Θ region has a peak with sufficient width and height to be a genuine peak. Tr. 1091:12-23 (Brittain). Again, the "peak" identified by Dr. Atwood in the Sunshine Lakej scan is not reproducible and does not appear in each of the three scans, as a real peak would. Tr. 1089:25-1091:23 (Brittain).

69.     In the region of 12.3º2Θ, Dr. Atwood ran three additional scans having count times of 100 ("apix8"), 400 ("SunshineLakef"), and 1000 ("SunshineLakei") seconds. Tr. 1092:15-20 (Brittain); PTX-960.8, 21, DTX-526.35, 90-91, 96. Of three scans, Dr. Atwood purports to have identified a peak in only the 1000s "SunshineLakej" scan. Tr. 409:10-411:8 (Atwood).



70.     Finally, in the 12.3º2Θ region, Dr. Atwood identified a genuine peak. Tr. 1091:25-1092:14 (Brittain). Each of Dr. Atwood's three scans of the 12.3º2Θ region has a peak with sufficient width and height to be a genuine peak. Tr. 411:1-411:8 (Atwood), 1092:15-25 (Brittain). Notwithstanding the different count times of each scan, the peak is reproducible and shown clearly in each of the three scans, as a genuine peak should be. Tr. 1092:15-25 (Brittain). The genuine peak identified in Dr. Atwood's scans of the 12.3º2Θ region is located at approximately 12.43-12.44º2Θ. Tr. 1093:13-1094:1 (Brittain).

71.     Dr. Atwood was able to identify only one genuine peak at 12.43-12.44º2Θ. Tr. 1087:2-9, 1090:2-14, 1091:25-1092:14 (Brittain). The 12.3º2Θ region is not a region which is free from XRPD peaks of excipients and contaminants. Tr. 1094:18-1095:16, 1096:1-13 (Brittain). There is another probable source for the peak at 12.43-12.44º2Θ other than crystalline apixaban. Tr. 1096:1-13 (Brittain).

72.     The parties agree that Sunshine Lake's ANDA product contains crystalline excipients, which will be a source of peaks in its XRPD pattern other than crystalline apixaban. Tr. 1056:16-25 (Brittain), 405:21-23, 407:1-13 (Atwood). In particular, a high amount of

17

anhydrous lactose, which is a crystalline excipient, is added during Sunshine Lake's production process. Tr. 1056:16-25 (Brittain); DTX-518.2; DTX-512.116. Anhydrous lactose spontaneously converts to lactose monohydrate. Tr. 1094:23-1095:9 (Brittain), 419:7-16 (Atwood).

73.     Dr. Brittain obtained an XRPD pattern of a sample of anhydrous lactose, which showed a peak at about 12.45º2Θ. Tr. 1094:18-22, 1095:23-25 (Brittain); DTX-504.8. The parties agree that some of Dr. Brittain's sample of anhydrous lactose had spontaneously converted into lactose monohydrate. Tr. 419:7-16 (Atwood), 1094:17-1095:9 (Brittain). Lactose monohydrate has an XRPD peak at around 12.4º2Θ. Tr. 1095:10-16 (Brittain).

74.     When compared, the genuine peak identified by Dr. Atwood at approximately 12.43-12.44º2Θ matches with the peak Dr. Brittain found at about 12.45º2Θ in his sample of anhydrous lactose contaminated with lactose monohydrate. Tr. 1095:17-7 (Brittain).



75.     Based upon Dr. Atwood's experimental procedure, Dr. Brittain testified that some of the anhydrous lactose in the tablet that Dr. Atwood tested had converted into lactose monohydrate. Tr. 1111:1-7 (Brittain). Therefore, the genuine peak at 12.43-12.44º2Θ identified by Dr. Atwood is most probably due to lactose monohydrate contamination of the anhydrous lactose excipient. Tr. 1096:1-13 (Brittain).

76.     Dr. Atwood conducted at least 12 tests of Sunshine Lake's 2.5 mg tablet and only relied upon three of them. Tr. 409:10-411:8, 412:2-20, 414:7-415:7 (Atwood); PTX-960.5, 8, 10, 13, 16, 18, 21, 23, DTX-526.10, 33, 35-36, 74-76, 90-93, 96. As an explanation of why he only chose to rely on a selected minority of the XRPD scans he ran, Dr. Atwood explained that for the purpose of achieving sufficient sensitivity to identify any potential crystalline apixaban in Sunshine Lake's ANDA product, only a 1000 second scan can be considered a sufficiently "slow scan" to identify crystalline apixaban. Tr. 484:18-485:18 (Atwood). However, Dr. Atwood's 100 second scan and a 400 second scan showed the genuine peak at 12.43-12.44°2Θ just as clearly as the 1000 second scan. Tr. 1092:15-25 (Brittain); PTX-960.8, 21, DTX-526.35, 90-91, 96.

77.     Dr. Atwood did not attempt to find or match 10 peaks of N-1 apixaban, as suggested by the USP and industry standard. Tr. 917:5-9 (Zaworotko); 1082:23-1083:5 (Brittain), 483:13-21 (Atwood). Dr. Atwood did not identify or match all of the six peaks of N-1 apixaban identified in the '945 Patent. Tr. 1067:5-19, 1082:23-1083:5 (Brittain), 415:9-21, 483:13-21 (Atwood). Under the circumstances, identification of a single genuine peak at 12.43-12.44°2Θ is not enough to show the presence of crystalline apixaban in Sunshine Lake's ANDA product. Tr. 1096:15-1097:4 (Brittain).

78.     Dr. Atwood has not explained why the single genuine peak he identified is or should be controlling over Sunshine Lake's 31 tests of its exhibit batches, which showed no crystalline conversion. Plaintiffs have not alleged Sunshine Lake's ANDA product contains any specific amount of crystalline apixaban. Plaintiffs' have not shown by a preponderance of the evidence that Sunshine Lake's apixaban products contain crystalline apixaban. Tr. 1096:15-1097:12 (Brittain).

## V.    SUNSHINE LAKE'S ANDA PRODUCT DOES NOT CONTAIN CRYSTALLINE APIXABAN PARTICLES HAVING A  $D_{90}$  EQUAL TO OR LESS THAN ABOUT 89 μM

79.     Plaintiffs have not shown by a preponderance of the evidence that Sunshine Lake's apixaban products have a $D_{90}$ equal to or less than 89 μm. Tr. 495:18-498:18 (Atwood), 1097:19-1098:16 (Brittain).

80.     Dr. Atwood admits that he has performed no particle size testing on Sunshine Lake's ANDA products. Tr. 496:5-498:18 (Atwood). Dr. Atwood admits that he has not performed any $D_{90}$ calculations with respect to Sunshine Lake's ANDA product. Tr. 495:5-498:18 (Atwood).

81.     Dr. Atwood admits that he did no actual testing or visualization of any pockets or of any crystalline apixaban being in such pockets. Tr. 498:7-18 (Atwood).

82.     Dr. Atwood offers only the classical models of nucleation and crystal growth in support of his assertion that Sunshine Lake's ANDA products have apixaban particles with a $D_{90}$ equal to or less than 89 μm. Tr. 495:18-496:2 (Atwood).

83.     These models are not applicable to amorphous solid dispersions, containing a nucleation and crystallization inhibitor such as povidone. Tr. 1103:10-13 (Brittain), 924:6-17, 927:12-19 (Zaworotko). Dr. Atwood admitted that his explanation and illustration of nucleation and crystal growth only apply to pure materials. Tr. 493:20-25, 495:18-496:2 (Atwood).

84.     As Dr. Brittain testified, Dr. Atwood's theorizing regarding nucleation and crystal growth in pockets should not be relied upon when there is information to the contrary in the literature and in actual experimental evidence. Tr. 1118:13-1120:5 (Brittain).

## VI.    CONCLUSION

85.     Sunshine Lake's 2.5 mg and 5 mg ANDA products will not infringe claims 21 and 22 of the '945 Patent. Tr. 1098:17-1099:1 (Brittain).

DATED:  February 7, 2020

*Of Counsel:*

Paul H. Kochanski
Kendall K. Gurule
**LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP**
20 Commerce Drive
Cranford, NJ 07016
Telephone: (908) 654-5000
pkochanski@lernerdavid.com
kgurule@lernerdavid.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Sunshine Lake
Pharma Co., Ltd. and HEC Pharm USA Inc.*

26012174.1

21

## <u>CERTIFICATE OF SERVICE</u>

I, Karen L. Pascale, Esquire, hereby certify that on February 7, 2020, I caused to be

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF (which will send notification that such filing is available for viewing and

downloading to all registered counsel), and in addition caused true and correct copies of the

foregoing document to be served upon the following counsel of record in the manner indicated:

### <u>*By E-Mail*</u>

Joseph J. Farnan, Jr. [farnan@farnanlaw.com]
Brian E. Farnan [bfarnan@farnanlaw.com]
Michael J. Farnan [mfarnan@farnanlaw.com]
**FARNAN LLP**
919 North Market Street
12th Floor
Wilmington, DE  19801

Amy K. Wigmore [amy.wigmore@wilmerhale.com]
Gregory H. Lantier [gregory.lantier@wilmerhale.com]
Heather M. Petruzzi [heather.petruzzi@wilmerhale.com]
Christa J. Laser [christa.laser@wilmerhale.com]
Alexis Cohen [alexis.cohen@wilmerhale.com]
William G. McElwain [william.mcelwain@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Ave, NW
Washington, DC 20006

Andrew J. Danford [andrew.danford@wilmerhale.com]
Timothy A. Cook [tim.cook@wilmerhale.com]
Kevin M. Yurkerwich [kevin.yurkerwich@wilmerhale.com]
Kevin S. Prussia [kevin.prussia@wilmerhale.com]
Katherine P. Kieckhafer [katherine.kieckhafer@wilmerhale.com]
Annaleigh E. Curtis (annaleigh.curtis@wilmerhale.com]
William F. Lee [william.lee@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109

*WHEliquisANDAPlaintiffsServiceList@wilmerhale.com*

*Attorneys for Plaintiffs Bristol-Myers Squibb*
*Company and Pfizer Inc.*

22063937.1

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (# 5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendants Sunshine Lake*
*Pharma Co., Ltd. and HEC Pharm USA Inc.*