# PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN*‡†**
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR
†FLORIDA BAR

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

February 21, 2020

**VIA HAND DELIVERY & CM/ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*
C.A. No. 17-374-LPS (D. Del.) (Cons.)

Dear Chief Judge Stark,

Pursuant to the Court's November 18, 2019, Oral Order (D.I. 683), I write on behalf of Defendants Sigmapharm Laboratories LLC, Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc., and Unichem Laboratories Ltd. to enclose a paper copy of Defendants' admitted trial exhibits in the above-referenced matter. Also enclosed are two USB drives containing electronic versions of Defendants' admitted trial exhibits and the demonstrative exhibits used by Defendants at trial. Those demonstrative exhibits are not being submitted as evidence, but are intended solely for the convenience of the Court. Defendants are happy to provide the Court with paper copies of the demonstrative exhibits, if the Court so desires. A table identifying the admitted trial exhibits included on the enclosed USB drives and provided to the Court in paper form is included on the next pages.

Respectfully,

John C. Phillips, Jr.

JOHN C. PHILLIPS, JR. (#110)

cc:  All Counsel of Record (via email)
Michael J. Farnan (hand delivery)

| DTX No. | Description |
|---|---|
| DTX-4 | The Discovery of Apixaban (BMS-562247), A Potent, Selective and Orally Bioavailable Coagulation Factor Xa Inhibitor, presentation prepared by Donald Pinto, et al. |
| DTX-97 | Memo from J. Qiao and X. Cheng to P. Lam regarding Progress Reports - Factory Xa Inhibitors - May 2001 through December 2001 |
| DTX-202 | 11/29/2000 Email chain from S. Rosenfeld to P. Lam et al. regarding Factor Xa Inhibitor Follow on Timelines |
| DTX-257 | UNITED STATES PHARMACOPEIA 28, NATIONAL FORMULARY 23 (2005), <941> X-Ray Diffraction, 2531-2515 (the "USP") |
| DTX-303 | U.S. Patent Application Publication No. 2007/0191306 to Munir N. Nassar et al. |
| DTX-305 | Gregory E. Amidon et al., *Particle, Powder, and Compact Characterization*, in *Developing Solid Dosage Forms: Pharmaceutical Theory and Practice* 163-86 (Yihong Qiu et al. eds., 1st ed. 2009) |
| DTX-312 | Jennifer Carreiro & Jack Ansell, *Apixaban, An Oral Direct Factor Xa Inhibitor: Awaiting the Verdict*, 17(12) Expert Opinion Investigational Drugs 1937-45 (2008) |
| DTX-317 | Section 2.9.31. *Particle Size Analysis by Laser Light Diffraction*, EUROPEAN PHARMACOPOEIA 8.0. 333-36 (2010) |
| DTX-320 | FDA GUIDANCE FOR INDUSTRY, DISSOLUTION TESTING OF IMMEDIATE RELEASE SOLID ORAL DOSAGE FORMS, CDER (Aug. 1997) |
| DTX-330 | INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 13320-1 PARTICLE SIZE ANALYSIS—LASER DIFFRACTION METHODS i-v, 1-34 (Nov. 1, 1999) |
| DTX-336 | Russell J. Lantz, Jr. & Joseph B. Schwartz, *Mixing*, in 2 *Pharmaceutical Dosage Forms: Tablets*, 1-71 (Herbert A. Lieberman et al. eds., 2d ed. 1990) |
| DTX-337 | Russell J. Lantz, Jr., *Size Reduction*, in 2 *Pharmaceutical Dosage Forms: Tablets*, 107-200 (Herbert A. Lieberman et al. eds., 2d ed. 1990) |
| DTX-341 | Alan Rawle, *Basic Principles of Particle Size Analysis, Malvern Instruments* |
| DTX-343 | Henk G. Merkus, *Particle Size Measurements: Fundamentals, Practice, Quality* 138-94 (2009) |

| DTX-344 | International Publication No. WO 2010/147978 to Richard G. Nause |
|---|---|
| DTX-349 | Donald J.P. Pinto et al., *Discovery of 1-(4-Methoxyphenyl)-7-oxo-6-(4-(2-oxopiperidin-1-yl)phenyl)-4,5,6,7-tetrahydro-1H-pyrazolo[3,4-c]pyridine-3-carboxamide (Apixaban, BMS-562247), A Highly Potent, Selective, Efficacious, and Orally Bioavailable Inhibitor of Blood Coagulation Factor Xa*, 50(22) J. MEDICINAL CHEMISTRY 5339-56 (2007) |
| DTX-354 | Boris Y. Shekunov et al., *Particle Size Analysis in Pharmaceutics: Principles, Methods and Applications*, 24(2) PHARMACEUTICAL RES. 203-27 (2007) |
| DTX-355 | S. Stegemann et al., *When Poor Solubility Becomes an Issue: From Early Stage to Proof of Concept*, 31 Eur. J. Pharmaceutical Sci. 249-61 (2007) |
| DTX-356 | Zhigang Sun et al., *Particle Size Specifications for Solid Oral Dosage Forms: A Regulatory Perspective*, Am. Pharmaceutical Rev. (2010) |
| DTX-358 | *General Notices and Requirements*, in *United States Pharmacopeia 28, National Formulary 23* (2005) |
| DTX-359 | U.S. Patent Application Publication No. 2006/0160841 to Chenkou Wei et al. |
| DTX-364 | Lawrence X. Yu et al., *Biopharmaceutics Classification System: The Scientific Basis for Biowaiver Extensions*, 19(7) Pharmaceutical Res. 921-25 (2002) |
| DTX-366 | E.L. Parrott, *Compression*, in 2 *Pharmaceutical Dosage Forms Tablets* 201 (Herbert A. Lieberman et al. ed. 1990) |
| DTX-368 | Kola and Landis, *Can the pharmaceutical industry reduce attrition rates?* 3 Nature Reviews/Drug Discovery, August 2004, 711-715 |
| DTX-370 | Ghan and Lalla, *Effect of Compressional Forces on Piroxicam Polymorphs*, J. Pharm. Pharmacol., 44, 1992, 678-681 |
| DTX-384 | Amendment filed June 16, 2015 in the prosecution of U.S. Pat. App. No. 13/579,796 |
| DTX-437 | Dahan et al., *Prediction of Solubility and Permeability Class Membership: Provisional BCS Classification of the World's Top Oral Drugs*, Dec. 2009 |
| DTX-458 | Excerpt from the file history of the '945 patent dated 11/30/2015 |
| DTX-502 | *Curriculum Vitae* of Harry G. Brittain |
| DTX-503 | U.S. Pub. No. 2015/001836 to Shriprakash Dhar Dwivedi, et. al. |
| DTX-504 | Dr. Brittain's Laboratory Notebooks and XRPD Patterns Corresponding to His |

|         | Studies of Sunshine Lake's Apixaban Formulations |
|---------|---|
| DTX-505 | Sunshine Lake's 34 and 36-month Testing Data |
| DTX-509 | Amendments to Sunshine Lake's ANDA re 34 and 36-month Testing Data, Submitted in April 2019 |
| DTX-518 | Amendment to Sunshine Lake's ANDA Submitted in May 2018, Section 3.2.P.1, Description and Composition of the Drug Product |
| DTX-526 | Raw XRPD Data of Dr. Atwood - in Text Form |
| DTX-545 | Testing Protocol |
| DTX-546 | Report of Analysis |
| DTX-547 | *Curriculum Vitae* of Dr. David Apperley |
| DTX-549 | David Apperley, Report 1 |
| DTX-550 | David Apperley, Report 2 |
| DTX-551 | David Apperley, Report 3 |
| DTX-562 | Peter Guerrieri & Lynne S. Taylor, *Role of Salt and Excipient Properties on Disproportionation in the Solid-State*, 26 Pharm. Research 2015 (2009) |
| DTX-563 | Haichen Nie et al., *Stability of Pharmaceutical Salts in Solid Oral Dosage Forms*, 43 Drug Dev. & Indus. Pharm. 1215 (2017) |
| DTX-567 | P. Heinrich Stahl & Masahiro Nakano, *Pharmaceutical Aspects of the Drug Salt Form*, in *Handbook of Pharmaceutical Salts, Properties, Selection, and Use* 83, 98 (P. Heinrich Stahl & Camille G. Wermuth eds., 2008) |
| DTX-571 | *Curriculum Vitae* of Graham Buckton |
| DTX-574 | Stephen R. Byrn, George Zogafi & Xiaoming (Sean) Chen, *Solid-State Properties of Pharmaceutical Materials* |
| DTX-575 | Gregory A. Stephenson, Aktham Aburub & Timothy A. Woods, *Physical Stability of Salts of Weak Bases in the Solid-State* |
| DTX-576 | Michael B. Maurin, David J.W. Grant & P. Heinrich Stahl, *The Physiochemical Background: Fundamentals of Ionic Equilibria* |
| DTX-579 | Yong Chen, et al., *Improving the solubility and Bioavailability of Apixaban via Apixaban-Oxalic Acid Cocrystal*, 16 Crystal Growth & Design 2923-2930 (2016) |

| | |
|---|---|
| DTX-580 | Jennifer Carreiro & Jack Ansell, Apixaban, *an Oral Direct Factor Xa Inhibitor: Awaiting the Verdict* |
| DTX-581 | Kenechukwi Mezue et al., *Novel Oral Anticoagulants in Atrial Fibrillation: Update on Apixaban* |
| DTX-582 | Yan Song et al., *Relative Bioavailability of Apixaban Solution or Crushed Tablet Formulations Administered by Mouth or Nasogastric Tube in Healthy Subjects* |
| DTX-583 | Vijay V. Upreti et al., *Effect of Famotidine on the Pharmacokinetics of Apixaban, an Oral Direct Factor Xa Inhibitor* |
| DTX-584 | Lifei Wang et al., *Tissue Distribution and Elimination of [14C] Apixaban in Rats* |
| DTX-586 | *Cirriculum Vitae* of Karl A. Scheidt |
| DTX-590 | Claim Construction Mem. Order at 5, ECF Docket No. 381 |
| DTX-596 | Serajuddin, A.T.M., *Salt Formation to Improve Drug Solubili*ty, Advances Drug Delivery Reviews, 59, 603-616 (2007) |
| DTX-597 | Remington's Pharmaceutical Sciences (17th ed. 1985) *Chapter 34, Instrumental Methods of Analysis* (p. 619-652) at p. 623-624, 627 |
| DTX-599 | Secretan, P.-H. et al., *A Comprehensive Study of Apixaban's Degradation Pathways Under Stress Conditions Using Liquid Chromatography Coupled to Multistage Mass Spectrometry, RSC Adv., 5, 35586-35597* (2015) |
| DTX-600 | Section 3.2.S.7.1.6 Forced Degradation Studies, BMS-562247 |
| DTX-601 | 2009-07-09 Memorandum from Liya Tang |
| DTX-602 | Gorog, S., *Chapter 1: Various Aspects of the Estimation of Impurities in Drugs, In Identification and Determination of Impurities in Drugs, Ed*. Gorog, S., Elsevier (2000) |
| DTX-604 | Giron D., *Characterisation of Salts of Drug Substances, J. Thermal Analysis and Calorimetry 23*, 441-457 (2003) |
| DTX-620 | Material Safety Data Sheet for Sodium Ethoxide, Spectrum Chemical (2006) |
| DTX-629 | May 14, 2008 Lam email to Zhigang re: Zhigang: A neutral compound… |
| DTX-630 | Section 3.2.S.1.3, BMS-562247 |
| DTX-631 | 2.3.P.2 Pharmaceutical Development, BMS-562247 |

| | |
|---|---|
| DTX-632 | Factor Xa Inhibitor Backup (BMS-562247) Development Plan |
| DTX-633 | Antithrombotic Alliance |
| DTX-634 | 2003-03-17 Memorandum from Tim Malloy |
| DTX-635 | Memorandum re: FIM/Synthesis Lock Strategy Document Factor Xa inhibitor BMS-562247 |
| DTX-636 | fXa Compound |
| DTX-644 | *Curriculum Vitae* of Dr. Robert Schurko |
| DTX-645 | Figures for Responsive Expert Report of Robert Schurko, Ph.D. |
| DTX-647 | Manufacturing Process and Process Controls |
| DTX-650 | Catalent Final Report |
| DTX-652 | Medichem, Chemical Profile for Apixaban, |
| DTX-713 | *Curriculum Vitae* of Dr Michael Zaworotko |
| DTX-720 | Harry G. Brittain, *X-ray Diffraction III: Pharmaceutical Applications of X-ray Powder Diffraction*, 16(7) Spectroscopy 14-18 (July 2001) |
| DTX-724 | Ann W. Newman & G. Patrick Stahly, *Form Selection of Pharmaceutical Compounds*, in *Handbook of Pharmaceutical Analysis* (Lena Ohannesian and Antony J. Streeter, eds., 2002) |
| DTX-728 | Section 3.2.S.7.3 Stability Data, DMF # 030774 |
| DTX-729 | Rafel Barbas et al., *Assembling the Puzzle of Apixaban Solid Forms*, 14 Molecular Pharmaceutics 1909-1916 (2018) |
| DTX-743 | Scan 07 (Atwood Raw Data) |
| DTX-749 | Scan 14 (Atwood Raw Data) |
| DTX-750 | Scan 15 (Atwood Raw Data) |
| DTX-753 | Mino R. Caira, *Current Applications of Powder X-Ray Diffraction in Drug Discovery and Development*, American Pharmaceutical Review 54-58 (Jan.-Feb. 2014) ("Caira"). |
| DTX-754 | M. Fernanda Peyronel & Alejandro G. Marangoni, *X-Ray Powder Diffractometry*, AOCS Lipid Library, http://www.lipidlibrary.aocs.org/Biochemistry ("Peyronel") |

| | |
|---|---|
| DTX-764 | Kristin Lehmkemper, *Long-Term Physical Stability of PVP- and PVPVA-Amorphous Solid Dispersions*, 14 Molecular Pharmaceutics 157–71 (2017) |
| DTX-767 | R. Kalaiselvan et al., *Inhibition of Albendazole Crystallization in Poly(vinylpyrrolidone) Solid Molecular Dispersions*, 61 Pharmazie 618-624 (2006) |
| DTX-768 | Renu Chadha et al., *Analytical Techniques Used to Characterize Drug-Polyvinylpyrrolidone Systems in Solid and Liquid States – An Overview*, 65 J. Sci. & Indus. Research 459-469 |
| DTX-942 | Unichem ANDA; Unichem response to FDA Complete Response Letter; Resubmission Major Complete Response Amendment Drug Substance / Drug Product / Process / Biopharmaceutics / Bioequivalence / Labeling; submitted to FDA Aug. 24, 2018 |
| DTX-943 | Unichem ANDA; Section 3.2.R.3.S PSD by Wet Dispersion; submitted to FDA Aug. 24, 2018 |
| DTX-946 | Unichem ANDA: Section 3.2.S.4.4 Batch Analysis; submitted to FDA Aug. 24, 2018 |
| DTX-964 | *Curriculum vitae* of Randall Mark Zusman, MD, FACC |
| DTX-974 | FedEx Tracking Updates (Loveland Colorado) |
| DTX-979 | Shipping Record (DC to Columbia, Missouri) |
| DTX-984 | Bristol-Myers Squibb Pharmaceutical Research Institute, Encyclopedia of Solid State Forms |
| DTX-994 | Sunshine Lake ANDA: Cover letter explaining new Sunshine Lake ANDA: Section 3.2.P.2, and explaining omission of the Amendment Summary, Aug.20, 2019 |
| DTX-995 | Sunshine Lake ANDA Amendments for Apixaban Tablets, 2.5 mg and 5 mg, Aug. 2019 |
| DTX-996 | Sunshine Lake ANDA: Section 3.2.P.2, Pharmaceutical development, Aug. 2019 |
| DTX-998 | *Curriculum vitae* of Clayton Heathcock |
| DTX-999 | *Curriculum vitae* of Wayne Genck |
| DTX-1001 | Exhibit 3 to Genck Rebuttal - Exhibit List and Materials Considered by Wayne Genck |

| DTX-1002 | *Curriculum vitae* of Walter G. Chambliss |