# PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN**†**
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY

ALSO MEMBER OF
 *PENNSYLVANIA BAR
**NEW JERSEY BAR
 †MARYLAND BAR
 †FLORIDA BAR

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806
————
(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

February 28, 2020

**VIA HAND DELIVERY & CM/ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

Re:     *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*
         C.A. No. 17-374-LPS (D. Del.) (Cons.)

Dear Chief Judge Stark,

I write on behalf of Defendants Sigmapharm Laboratories LLC, Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc., and Unichem Laboratories Ltd. in the above-captioned case to enclose two (2) USB drives containing electronic versions of the following documents with hyperlinks to exhibits, transcripts, cases and statutes:

- Defendants' Corrected Opening Post-Trial Brief on Invalidity (D.I. 716)
- Defendants' Corrected Proposed Findings of Fact on Invalidity (D.I. 717)
- Defendant Sigmapharm Laboratories, LLC's Responsive Post-Trial Brief on Non-Infringement (D.I. 705)
- Defendant Sigmapharm Laboratories LLC's Responsive Findings of Fact on Non-Infringement (D.I. 706)
- Defendant Sunshine Lake's Post-Trial Brief on Noninfringement (D.I. 707)
- Sunshine Lake's Proposed Findings of Fact on Noninfringement (D.I. 708)
- Defendant Unichem Laboratories Ltd.'s Corrected Responsive Post-Trial Brief on Non-Infringement (D.I. 709)
- Defendant Unichem Laboratories Ltd.'s Corrected Proposed Findings of Fact on Non-Infringement (D.I. 710)
- Defendants' Reply Post-Trial Brief on Invalidity (D.I. 715)

The Honorable Leonard P. Stark                                                   Page 2 of 2
February 28, 2020

       Counsel are available at the Court's convenience if Your Honor has any questions.

                                  Respectfully,

                                  *David A. Bilson*

                                  DAVID A. BILSON (#4986)

cc:    All Counsel of Record (via email)
       Michael J. Farnan (hand delivery)