

June 17, 2020

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    Re:   *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*, **C.A. No. 17-cv-374-LPS (consolidated)**

Dear Chief Judge Stark:

    The Hatch-Waxman Act's statutory stay of FDA approval of the remaining Defendants' ANDAs expires on June 28, 2020. To prevent potentially unnecessary and expedited proceedings on a motion for a temporary restraining order, Plaintiffs respectfully request that the Court require each of the Defendants to provide the Court and Plaintiffs Bristol-Myers Squibb Co. and Pfizer Inc. with 5 business days' notice before launching any generic apixaban product. That brief notice period will facilitate an orderly process for Plaintiffs to seek emergency relief, if necessary, that preserves the status quo during the pendency of the Court's decision or any appeal. A proposed order is attached to this letter.

    Plaintiffs further respectfully request that the Court set a status conference within the next week to discuss the parties' positions on the potential need for emergency relief and the schedule and procedures for any necessary briefing. Counsel for Plaintiffs are available at the Court's convenience.

                        Respectfully submitted,

                        /s/ Michael J. Farnan

                        Michael J. Farnan

cc: All Counsel of Record (via CM/ECF and email)