**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>   Plaintiffs and Counterclaim-Defendants,<br><br>   v.<br><br>AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD.,<br><br>   Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS<br>(CONSOLIDATED) |

**[PROPOSED] ORDER REQUIRING NOTICE OF INTENDED GENERIC LAUNCH**

At Wilmington, this _____ day of June, 2020:

For good cause shown, **IT IS HEREBY ORDERED** that:

(1)   Before launching any generic apixaban product, Defendant Sigmapharm Laboratories, LLC, Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc., and Defendant Unichem Laboratories, Ltd. shall provide the Court and Plaintiffs Bristol-Myers Squibb Co. and Pfizer Inc. with 5 business days' notice of any intended launch.

_____
The Honorable Leonard P. Stark