## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS (CONSOLIDATED) |

### STATUS REPORT REGARDING LAUNCH OF SIGMAPHARM'S ANDA PRODUCT

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. (together, "Plaintiffs") and Defendant Sigmapharm Laboratories, LLC ("Sigmapharm") jointly submit this status report as directed by the Court during the telephonic conference on Friday, June 19, 2020. (*See* D.I. 726.)

The parties met and conferred by telephone on the evening of Friday, June 19, after the conference call with the Court, and again on the afternoon of Saturday, June 20, 2020.  On both meet and confers, Amy Wigmore and Tim Cook attended for Plaintiffs, while Marc Wezowski and Philip Segrest attended for Sigmapharm.

Following the telephonic conference with the Court on Friday, Sigmapharm's counsel consulted and advised with their client regarding ███████████████████████ ████████████████████████████████████████████████. ████████████████ ███████████████████████████████ as a courtesy motivated by the desire to accommodate the Court's schedule, as well as in light of the scheduling exigencies and special needs implicated by the current public health crises affecting the timing and scheduling of court matters generally, Sigmapharm agrees and represents ████████████████████

– 1 –

– 2 –

███████████████████████████████████████████████████

█████████████████████████████████████ Based on this representation, Plaintiffs will not seek a temporary restraining order or preliminary injunction pending the Court's decision at this time.

The parties respectfully request that the Court set an additional status conference sometime during the week of July 20-24, 2020, if no opinion and order resolving the bench trial has issued before that date, to determine whether any further discussions about any potential provisional remedy may be needed.

Dated:   June 22, 2020

Respectfully submitted,

| FARNAN LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ Michael J. Farnan | /s/ David A. Bilson |
| Joseph J. Farnan, Jr. (Bar No. 100245) | John C. Phillips, Jr. (Bar. No. 110) |
| Brian E. Farnan (Bar No. 4089) | David A. Bilson (Bar No. 4986) |
| Michael J. Farnan (Bar No. 5165) | 1200 North Broom Street |
| 919 N. Market Street, 12th Floor | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Tel: (302) 655-4200 |
| Tel: (302) 777-0300 | dab@pmhdelaw.com |
| farnan@farnanlaw.com | jcp@pmhdelaw.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | *Counsel for Defendant Sigmapharm Laboratories LLC* |
| *Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.* | |