# PHILLIPS, MCLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
LISA C. MCLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

June 19, 2020

**VIA CM/ECF**                                                      *Redacted Public Version*

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:   *Bristol-Myers Squibb Company, et al. v. Aurobindo Pharma USA Inc., et al.*
            C.A. No. 17-374-LPS (D. Del.) (Cons.)

Dear Chief Judge Stark,

    Defendant Unichem Laboratories Ltd. ("Unichem") opposes Plaintiffs' attempt to require Unichem to provide advance notice of market launch for at least two reasons.

    First, Plaintiffs' request seeks Unichem's confidential business information, which Unichem contends is improper and objectionable for the reasons set forth in defendant Sigmapharm's letter of June 18, 2020 (D.I. 727).

    Second, Plaintiffs' request is premature as to Unichem. Plaintiffs' letter contains a critical error, in that [REDACTED]

    As such, Unichem submits that the Court should deny Plaintiffs' request as both improperly seeking Unichem's confidential business information and as premature. Unichem looks forward to addressing this matter in greater detail during this afternoon's status teleconference with the Court.

The Honorable Leonard P. Stark
June 19, 2020
Page 2 of 2

Respectfully,

*/s/ David A. Bilson*

David A. Bilson (#4986)