IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants. | C.A. No. 17-374-LPS <br> (CONSOLIDATED) |

## ORDER

At Wilmington this **5th** day of **August, 2020**:

For the reasons stated in the Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs have proven that Sigmapharm's ANDA products infringe claims 13 and 104 of the '208 patent and claims 21 and 22 of the '945 patent.

2. Plaintiffs have proven that Sunshine Lake's ANDA products infringe claims 21 and 22 of the '945 patent.

3. Plaintiffs have proven that Unichem's ANDA products infringe claims 21 and 22 of the '945 patent.

4. Defendants have not proven that any of claims 13 and 104 of the '208 patent or claims 21 and 22 of the '945 patent are invalid.

5. The parties shall meet and confer and submit, no later than **August 10, 2020**, a proposed order consistent with the Opinion, to enter final judgment **FOR** Plaintiffs and **AGAINST** Defendants with respect to the asserted claims of the '208 and '945 patents. By that

same date, the parties shall submit a joint status report, providing their position(s) as to whether any further proceedings are required.

_____
UNITED STATES DISTRICT JUDGE