IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS<br>(CONSOLIDATED) |

## JOINT STATUS REPORT

Pursuant to the Court's August 5, 2020 Order (D.I. 736), the parties submit this joint status report to notify the Court that the parties do not believe any further proceedings in this Court are required before judgment is entered. Per the attached proposed form of judgment, the parties propose that any assessment of costs or motion for attorneys' fees under Fed. R. Civ. P. 54(d) and D. Del. L.R. 54.1-54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, be deferred until all appeals relating to this case have been exhausted.

Dated:   August 10, 2020                                    Respectfully submitted,

FARNAN LLP                                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael J. Farnan                                       /s/ Robert M. Vrana
Joseph J. Farnan, Jr. (Bar No. 100245)                      Karen L. Pascale (No. 2903)
Brian E. Farnan (Bar No. 4089)                              Robert M. Vrana (No. 5666)
Michael J. Farnan (Bar No. 5165)                            Rodney Square
919 N. Market Street, 12th Floor                            1000 North King Street
Wilmington, DE 19801                                        Wilmington, DE 19801
Tel: (302) 777-0300                                         Tel: (302) 571-6600
Fax: (302) 777-0301                                         kpascale@ycst.com
farnan@farnanlaw.com                                        rvrana@ycst.com

– 2 –

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*

*Counsel for Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (Bar. No. 110)
David A. Bilson (Bar No. 4986)
Phillips, Goldman, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
dab@pgmhlaw.com
jcp@pgmhlaw.com

*Counsel for Defendants Unichem Laboratories, Ltd. and Sigmapharm Laboratories LLC*