# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-374-LPS <br> (CONSOLIDATED) |
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> UNICHEM LABORATORIES, LTD., <br><br> Defendant and Counterclaim-Plaintiff. | C.A. No. 17-382-LPS |

**NOTICE OF APPEAL**
**BY DEFENDANT UNICHEM LABORATORIES, LTD.**

| | |
|---|---|
| Paul A. Braier<br>P. Branko Pejic<br>Michael J. Fink<br>Jill M. Browning<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191<br>Tel: (703) 716-1191<br>pbraier@gbpatent.com<br>bpejic@gbpatent.com<br>mfink@gbpatent.com<br>jbrowning@gbpatent.com<br><br>*Counsel for Defendant Unichem*<br>*Laboratories, Ltd.* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>Phillips, McLaughlin & Hall, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Tel: (302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pghdelaw.com<br><br><br><br><br>*Counsel for Defendant Unichem*<br>*Laboratories, Ltd.*<br><br>Dated: September 4, 2020 |

Defendant Unichem Laboratories, Ltd. ("Unichem") appeals to the U.S. Court of Appeals for the Federal Circuit from the Order and Final Judgment entered on August 13, 2020 (D.I. 739), following the Court's Opinion (D.I. 735) entered on August 5, 2020.  Unichem's appeal extends to all earlier findings, rulings, determinations, conclusions, orders, opinions, and decisions in the case, which merge into the Final Judgment.  This Notice is filed with payment of the docketing and filing fee ($505) required by the U.S. District Court for the District of Delaware fee schedule (effective September 1, 2018), Federal Circuit Rule 52(a)(2), Federal Rule of Appellate Procedure 3(e), and 28 U.S.C. § 1917.

Dated: September 4, 2020

| OF COUNSEL: | Respectfully submitted, |
|---|---|
| Paul A. Braier | */s/ John C. Phillips, Jr.* |
| P. Branko Pejic | John C. Phillips, Jr. (#110) |
| Jill M. Browning | David A. Bilson (#4986) |
| Michael J. Fink | PHILLIPS, McLAUGHLIN & HALL, P.A. |
| GREENBLUM & BERNSTEIN, P.L.C. | 1200 N. Broom Street |
| 1950 Roland Clarke Place | Wilmington, DE 19806 |
| Reston, VA 20191 | (302) 655-4200 |
| Tel: (703) 716-1191 | jcp@pmhdelaw.com |
| pbraier@gbpatent.com | dab@pmhdelaw.com |
| bpejic@gbpatent.com | |
| jbrowning@gbpatent.com | |
| mfink@gbpatent.com | |
| | *Counsel For Defendant Unichem Laboratories, Ltd.* |
| *Counsel For Defendant Unichem Laboratories, Ltd.* | |

{J376023 04461456.DOCX}