IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-374-LPS (CONSOLIDATED) |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> SUNSHINE LAKE PHARMA CO., LTD. and HEC PHARM USA INC., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-380-LPS |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT BY DEFENDANT SUNSHINE LAKE**

Notice is hereby given that Defendant Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc. ("Sunshine Lake") in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order and Final Judgment entered on August 13, 2020 (D.I. 739), following the Court's Opinion (D.I. 735) entered on August 5, 2020. Sunshine Lake's appeal extends to all earlier findings, rulings, determinations, conclusions, orders, opinions, and decisions in the case, which merge into the Final Judgment. This Notice is filed with payment of the docketing and filing fee ($505) required by the U.S. District Court for the District of Delaware

1

fee schedule (effective September 1, 2018), Federal Circuit Rule 52(a)(2), Federal Rule of Appellate Procedure 3(e), and 28 U.S.C. § 1917.

| | |
|---|---|
| DATED:   September 9, 2020 | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | Karen L. Pascale (#2903) |
| Paul H. Kochanski | Robert M. Vrana (#5666) |
| Kendall K. Gurule | Rodney Square |
| **LERNER, DAVID, LITTENBERG,** | 1000 North King Street |
| **KRUMHOLZ & MENTLIK, LLP** | Wilmington, Delaware 19801 |
| 20 Commerce Drive | (302) 571-6600 |
| Cranford, NJ 07016 | kpascale@ycst.com |
| Telephone: (908) 654-5000 | rvrana@ycst.com |
| pkochanski@lernerdavid.com | |
| kgurule@lernerdavid.com | *Attorneys for Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.* |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*<u>By E-Mail</u>*

Joseph J. Farnan, Jr. [farnan@farnanlaw.com]
Brian E. Farnan [bfarnan@farnanlaw.com]
Michael J. Farnan [mfarnan@farnanlaw.com]
**FARNAN LLP**
919 North Market Street
12th Floor
Wilmington, DE  19801

Amy K. Wigmore [amy.wigmore@wilmerhale.com]
Gregory H. Lantier [gregory.lantier@wilmerhale.com]
Heather M. Petruzzi [heather.petruzzi@wilmerhale.com]
Christa J. Laser [christa.laser@wilmerhale.com]
Alexis Cohen [alexis.cohen@wilmerhale.com]
William G. McElwain [william.mcelwain@wilmerhale.com]
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Ave, NW
Washington, DC 20006

Andrew J. Danford [andrew.danford@wilmerhale.com]
Timothy A. Cook [tim.cook@wilmerhale.com]
Kevin M. Yurkerwich [kevin.yurkerwich@wilmerhale.com]
Kevin S. Prussia [kevin.prussia@wilmerhale.com]
Katherine P. Kieckhafer [katherine.kieckhafer@wilmerhale.com]
Annaleigh E. Curtis (annaleigh.curtis@wilmerhale.com]
William F. Lee [william.lee@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109

*WHEliquisANDAPlaintiffsServiceList@wilmerhale.com*

*Attorneys for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*

22063937.1

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

---

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (# 5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendants Sunshine Lake Pharma Co., Ltd. and HEC Pharm USA Inc.*